**FILED & ENTERED**

**JUL 06 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gooch    DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| In re: | Case No.: 6:21-bk-15024-WJ |
|---|---|
| JOSE L GRANADOS and<br>VICTORIA ANN GUTIERREZ VAUGHN,<br><br>Debtors. | CHAPTER 13<br><br>**SCHEDULING ORDER REGARDING OBJECTION TO CLAIM** |

On July 6, 2022, the Court held a hearing regarding the objection of the debtors to claim #19 filed by The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of the CWMBS Inc., CHL Mortgage Pass Through Trust 2006-OA5, Mortgage Pass Through Certificates, Series 2006-OA5.  For the extensive reasons stated on the record, the Court hereby ORDERS:

1. The hearing regarding the objection is hereby continued to September 26, 2022 at 11:00 a.m.  If the matter is not resolved by the parties in advance, then the debtors and the creditor are directed to each file a brief no later than September 12, 2022 which advises the Court regarding the position of each party regarding the objection.

IT IS SO ORDERED.

###

Date: July 6, 2022

Wayne Johnson
United States Bankruptcy Judge