Austin P. Nagel, SBN 118247
Kirsten Martinez, SBN 310674
Bonial & Associates, P.C.
3160 Crow Canyon Place, Suite 215
San Ramon, California 94583
Telephone: (213) 863-6010
Fax: (213) 863-6065
Austin.Nagel@BonialPC.com
Kirsten.Martinez@BonialPC.com

Attorneys for Secured Creditor,
The Bank of New York Mellon FKA The Bank of New York, as Trustee for The Certificateholders of the CWMBS Inc., CHL Mortgage Pass-Through Trust 2006-OA5, Mortgage Pass Through Certificates, Series 2006-OA5, as serviced by NewRez LLC d/b/a Shellpoint Mortgage Servicing

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION**

| | |
|---|---|
| In re:<br><br>Jose L Granados and<br>Victoria Ann Gutierrez Vaughn,<br><br><br><br><br><br><br><br><br><br>Debtors | Case No. 6:21-bk-15024-WJ<br><br>Chapter 13<br><br>**STIPULATION RESOLVING 1) SECURED CREDITOR SHELLPOINT MORTGAGE'S OBJECTION TO CONFIRMATION; AND 2) DEBTORS' MOTION RE: OBJECTION TO PROOF OF CLAIM #19-SHELLPOINT MORTGAGE**<br><br>Hearing:<br>Date:   September 26, 2022<br>Time:   11:00 AM<br>Place:  Crtrm 304, 3420 Twelfth Street<br>            Riverside, CA 92501 |

**TO THE HONORABLE WAYNE E. JOHNSON, UNITED STATES BANKRUPTCY COURT JUDGE, DEBTORS, DEBTORS' COUNSEL, THE TRUSTEE, AND OTHER INTERESTED PARTIES:**

Jose L Granados and Victoria Ann Gutierrez Vaughn ("Debtors") filed the instant Chapter 7 voluntary bankruptcy petition on or about September 21, 2021, as bankruptcy case number 6:21-bk-

15024-WJ. Debtors' bankruptcy petition was converted to Chapter 13 on February 28, 2022.

On March 18, 2022 Secured Creditor Shellpoint filed an objection to confirmation of Debtor's Chapter 13 Plan alleging arrears on behalf of the Debtors on the first mortgage with Secured Creditor and that the plan was unfeasible as there was insufficient income on Debtor's schedule to pay a Chapter 13 plan.

On March 29, 2022 Debtor's amended their Schedules showing sufficient income to pay a valid Chapter 13 Plan.  On June 1, 2022 Debtor's amended their Chapter 13 Plan and Schedules to account for the claim of Secured Creditor Shellpoint to pay outside the plan and stated there were no arrears.

On May 9, 2022, The Bank of New York Mellon FKA The Bank of New York, as Trustee for The Certificateholders of the CWMBS Inc., CHL Mortgage Pass-Through Trust 2006-OA5, Mortgage Pass Through Certificates, Series 2006-OA5, as serviced by NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Secured Creditor") filed its Proof of Claim, with an itemization of the claim, as claim number 19-1 in the amount of $415,577.71, including arrearage in the amount of $7,933.38. Secured Creditor's claim is secured by the real property located at 6158 Royal Diamond Court, Corona, CA 92880.

Debtors' Motion re: Objection to Proof of Claim #19 – Shellpoint Mortgage (the "Motion") was filed as docket entry number 64 in the above-captioned matter on June 2, 2022

Secured Creditor and Debtors, by and through their attorneys of record, have conferred and **IT IS HEREBY STIPULATED** that:

1. Debtors agree to adhere to all the terms and conditions provided for under their written loan agreement with Shellpoint Mortgage including payments as required to escrow account for payment of taxes and insurance.  Any projected escrow payments, currently estimated to be $4,645.67 (which consists of $142.07 for an escrow deficiency and $4503.60 for projected escrow shortage), will be paid as they have been paid from the payments made directly to Secured Creditor Shellpoint Mortgage that include a principal payment and escrow/insurance payment as indicated on monthly statements sent by Secured Creditor Shellpoint Mortgage to which Debtors will continue to pay as required.

2. Debtors stipulate with Secured Creditor Shellpoint Mortgage to pay the sum of $547.96 on or before September 30, 2022 for costs and fees.

3. All payments due Secured Creditor must be paid to at the following address:

7768-N-6774

NewRez LLC d/b/a Shellpoint Mortgage Servicing
PO Box 740039
Cincinnati, Ohio 45274-0039

4. Secured Creditor Shellpoint Mortgage shall amend its Proof of Claim to reflect prepetition arrearage in the amount of $0.00 upon the execution of this Stipulation, payment of the costs and fees set forth in paragraph 2 above and withdraw their objection to confirmation.

5. Debtors will withdrawal their objection to Claim No. 19 with Secured Creditor Shellpoint Mortgage after the execution of this Stipulation with Secured Creditor Shellpoint Mortgage and after amended Proof of Claim.

6. Debtors and Secured Creditor agree to bear their own fees and costs in filing and opposing Secured Creditor's Objection to Confirmation of Plan and Debtor Objection to Secured Creditor's Proof of Claim.

**APPROVED AS TO FORM AND CONTENT:**

Dated: 8/31/2022                                Dated: 9/1/2022

_____                       /s/ Austin P. Nagel
Gilbert A Diaz                                  Austin P Nagel
Attorney for Debtors                            Kirsten Martinez
                                                Attorneys for Secured Creditor

3

7768-N-6774

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**14841 Dallas Parkway, Suite 425**
**Dallas, Texas 75254**

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION RESOLVING 1) SECURED CREDITOR SHELLPOINT MORTGAGE'S OBJECTION TO CONFIRMATION; AND 2) DEBTORS' MOTION RE: OBJECTION TO PROOF OF CLAIM #19-SHELLPOINT MORTGAGE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **September 1, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

*U.S. Trustee*
ustpregion16.rs.ecf@usdoj.gov

*Trustee*
Rod Danielson
notice-efile@rodan13.com

*Debtors' Attorney*
Gilbert A. Diaz
gilbertdiaz@lawyer.com

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) **September 1, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*U.S. Bankruptcy Court Judge*
Honorable Wayne E. Johnson
United States Bankruptcy Court,
3420 Twelfth Street, Suite 384
Riverside, CA 92501-3819

*Debtors*
Jose L. Granados
Victoria Ann Gutierrez Vaughn
6158 Royal Diamond Ct
Corona, CA 92880

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 1, 2022 | **Corey Banks** | */s/Corey Banks* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

7768-N-6774

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**