1
2
3
4
5
6

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

In re:

JOSE L GRANADOS and

VICTORIA ANN GUTIERREZ VAUGHN

Case No.: 6:21-bk-15024-WJ

**DECLARATION OF DEBTORS REGARDING SECURED DEBT PAYMENT HISTORY**

Confirmation Hearing
Date:      September 26, 2022
Time:      11:00 a.m.
Crtm:      Courtroom 302
             United States Bankruptcy Court
             Central District of California
             3420 Twelfth Street
             Riverside, CA 92501

DECLARATION OF JOSE L GRANADOS AND VICTORIA ANN GUTIERREZ VAUGHN

We, Jose Granados and Victoria Ann Gutierrez Vaughn, declare:

1.  We are the debtors in this Chapter 13 bankruptcy case filed on September 21, 2021 (converted from a Chapter 7).

2. The assets in this bankruptcy case include the real property located at the following street address: 6158 Royal Diamond Ct., Corona, CA 92880 ("Property"). We have listed the Property on Schedule A with a value of $723,000.00.

3. The Property is our current residence.

4. The Property is encumbered by the following deeds of trust:

    a. First deed of trust in favor of Shellpoint.

        i. The current amount owed is $426,200.00.

        ii. The monthly mortgage payment is currently $3,545.25. The payment decreased to $3,432.39 as of June 2022 either because there was an extra payment in April of 2022 or an escrow surplus.

        iii. The unpaid, accrued arrearage is $0.00.

    b. Second deed of trust in favor of Real Time Resolutions, Inc.

        i. The current amount owed is $97,985.75.

        ii. The monthly mortgage payment is currently $742.30 starting November 2021.

        iii. The unpaid, accrued arrearage is $0.00.

5. During Each of the months listed below, we made the following payments:

| Month | Amount paid to 1st Lienholder | Amount Paid to 2nd Lienholder |
|---|---|---|
| October 2021 | 3545.25 | 694.83 |
| November 2021 | 3545.25 | 742.30 |
| December 2021 | 3545.25 | 742.30 |
| January 2022 | 3545.25 | 742.30 |
| February 2022 | 3545.25 | 742.30 |
| March 2022 | 3545.25 | 742.30 |
| April 2022 | 3545.25 3545.25 | 742.30 |

2

| May 2022 | 3545.25 | 742.30 |
| June 2022 | 3432.39 | 742.30 |
| July 2022 | 3432.39 | 742.30 |
| August 2022 | 3432.39 | 742.30 |
| September 2022 | 3432.39 | 742.30 (to be paid by due date September 25, 2022) |

6. Attached to this declaration are true and correct copies of proof of any and all payments made from October 2021 through September 2022.

7. In 2021, our total income from all sources was $177,916.00.

8. Our total income from 2022 (year to date) from all sources is $80,225.69 as of the date of this declaration.

We declare under penalty of perjury that the foregoing is true and correct.

Dated:  9-2-2022            _____
                           Jose L Granados

Dated:  9-2-2022            _____
                           Victoria Ann Gutierrez Vaughn

Secured Debt Payment History Declaration



JOSE LUIS GUTIERREZ
VICTORIA A GUTIERREZ-VAUGHN
6158 ROYAL DIAMOND CT
EASTVALE CA  92880-8873

**Uni-Statement**

Account Number:

Statement Period:
Sep 17, 2021
through
Oct 18, 2021

Page 4 of 5



---

## EASY CHECKING                                                        (CONTINUED)

U.S. Bank National Association                                    **Account Number**

**Other Withdrawals**

| Date | Description of Transaction | Ref Number | Amount |
|------|----------------------------|------------|--------|
| Sep 27 | Electronic Withdrawal         To NEWREZ-SHELLPOIN | | 3,545.25- |
| | REF=212700100197320N00SD      6371542226ACH PMT   0520604549 | | |

# usbank.

JOSE LMBGR ADATOS
VICTORIA A GUTIERREZ-VAUGHN
6158 ROYAL DIAMOND CT
EASTVALE CA 92880-8873

**Uni-Statement**

Account Number:
1

Statement Period:
Sep 17, 2021
through
Oct 18, 2021

Page 5 of 5

## EASY CHECKING                                                    (CONTINUED)

U.S. Bank National Association                                    Account Number

**Other Withdrawals (continued)**

| Date | Description of Transaction | Ref Number | Amount |
|------|---------------------------|------------|--------|
|      |                           |            |        |

| | | | Total Other Withdrawals | $ | — |

| | Total for Statement Period | Total Year to Date |
|---|---|---|
| Total Returned Item Fees | $      0.00 | $     36.00 |
| Total Overdraft Fees | $      0.00 | $    108.00 |
| TOTAL | $      0.00 | $    144.00 |

## Checks Presented Conventionally

| Check | Date | Ref Number | Amount |
|-------|------|-----------|--------|
| 45572 | Sep 27 | 8054667372 | 694.83 |

| | | Conventional Checks Paid (1) | $ | 694.83- |

## Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|----------------|------|----------------|------|----------------|
| Sep 17 | 2,259.41 | Sep 28 | 1,448.94 | Oct 8 | 2,364.96 |
| Sep 20 | 2,028.96 | Sep 29 | 1,409.94 | Oct 12 | 1,359.06 |
| Sep 21 | 1,960.71 | Sep 30 | 839.17 | Oct 13 | 1,203.84 |
| Sep 22 | 1,621.70 | Oct 1 | 2,580.22 | Oct 14 | 1,154.85 |
| Sep 23 | 1,389.66 | Oct 4 | 2,146.84 | Oct 15 | 2,698.62 |
| Sep 24 | 5,816.26 | Oct 6 | 1,879.32 | Oct 18 | 2,340.44 |
| Sep 27 | 1,464.06 | Oct 7 | 1,478.32 | | |

Balances only appear for days reflecting change.

# usbank®

JOSE LUIS GRADOS
VICTORIA A GUTIERREZ-VAUGHN
6158 ROYAL DIAMOND CT
EASTVALE CA  92880-8873

**Uni-Statement**

Account Number:

Statement Period:
Oct 19, 2021
through
Nov 16, 2021

Page 3 of 4

## EASY CHECKING                                                                                    (CONTINUED)

U.S. Bank National Association                                                         Account Number

**Card Withdrawals (continued)**
Card Number: xxxx-xxxx-xxxx-0165

| Date | Description of Transaction | Ref Number | Amount |
|------|----------------------------|------------|--------|

| | Card 0165  Withdrawals Subtotal | $ | |
| | Total Card Withdrawals | $ | |

**Other Withdrawals**

| Date | Description of Transaction | Ref Number | Amount |
|------|----------------------------|------------|--------|
| Oct  29 | Electronic Withdrawal         To NEWREZ-SHELLPOIN | | 3,545.25- |
| | REF=213020109839010N00SD      6371542226ACH PMT   0520604549 | | |



JOSE LUIS GUTIERREZ
VICTORIA A GUTIERREZ-VAUGHN
6158 ROYAL DIAMOND CT
EASTVALE CA  92880-8873

**Uni-Statement**
Account Number:

Statement Period:
Oct 19, 2021
through
Nov 16, 2021

Page 4 of 4



## EASY CHECKING                                                    (CONTINUED)

U.S. Bank National Association                                      Account Number

### Other Withdrawals (continued)

| Date | Description of Transaction | Ref Number | Amount |
|------|---------------------------|------------|--------|

**Total Other Withdrawals**              $

|  | Total for Statement Period | Total Year to Date |
|--|----------------------------|--------------------|
| Total Returned Item Fees | $      0.00 | $      36.00 |
| Total Overdraft Fees | $      0.00 | $     108.00 |
| TOTAL | $      0.00 | $     144.00 |

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount |
|-------|------|------------|--------|
| 49273 | Oct 27 | 8653290925 | 742.30 |

**Conventional Checks Paid (1)**              $      742.30-

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|---------------|------|---------------|------|---------------|
| Oct 19 | 2,133.85 | Oct 28 | 2,256.86 | Nov 5 | 2,092.71 |
| Oct 20 | 2,029.81 | Oct 29 | 516.91 | Nov 8 | 1,181.48 |
| Oct 21 | 1,913.96 | Nov 1 | 166.04 | Nov 9 | 1,015.17 |
| Oct 22 | 3,390.51 | Nov 2 | 1,141.09 | Nov 12 | 2,158.18 |
| Oct 25 | 3,212.66 | Nov 3 | 390.03 | Nov 15 | 1,608.97 |
| Oct 26 | 3,162.74 | Nov 4 | 167.03 | Nov 16 | 1,456.37 |
| Oct 27 | 2,269.61 |  |  |  |  |

Balances only appear for days reflecting change.

**US bank**

JOSE L GUTIERREZ-VAUGHN
VICTORIA A GUTIERREZ-VAUGHN
6158 ROYAL DIAMOND CT
EASTVALE CA  92880-8873

**Uni-Statement**
Account Number:

Statement Period:
Nov 17, 2021
through
Dec 15, 2021

Page 5 of 5

## EASY CHECKING (CONTINUED)

U.S. Bank National Association

**Account Number 1-575-1515-4241**

### Other Withdrawals (continued)

| Date | Description of Transaction | Ref Number | Amount |
|------|---------------------------|------------|--------|
| Dec 13 | Electronic Withdrawal     To NEWREZ-SHELLPOIN<br>REF=213470142019570N00SD    6371542226ACH PMT   0520604549 |  | 3,545.25- |

| | | | | |
|---|---|---|---|---|
| | | | **Total Other Withdrawals** | **$      7,059.14-** |

| | Total for Statement Period | Total Year to Date |
|---|---|---|
| Total Returned Item Fees | $      0.00 | $      36.00 |
| Total Overdraft Fees | $      0.00 | $      108.00 |
| TOTAL | $      0.00 | $      144.00 |

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount |
|-------|------|------------|--------|
| 52897 | Nov 26 | 9253073453 | 742.30 |

| | | |
|---|---|---|
| **Conventional Checks Paid (1)** | **$** | **742.30-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|---------------|------|---------------|------|---------------|
| Nov 17 | 1,908.10 | Nov 26 | 2,032.89 | Dec  7 | 1,933.31 |
| Nov 18 | 1,516.83 | Nov 29 | 1,577.05 | Dec  9 | 1,842.47 |
| Nov 19 | 942.50 | Nov 30 | 1,530.38 | Dec 10 | 3,858.61 |
| Nov 22 | 366.61 | Dec  1 | 772.20 | Dec 13 | 114.42 |
| Nov 23 | 304.63 | Dec  3 | 2,403.09 | Dec 14 | 168.48 |
| Nov 24 | 1,365.88 | Dec  6 | 2,124.15 | Dec 15 | 136.62 |

Balances only appear for days reflecting change.



JOSE L GUTIERREZ-VAUGHN
VICTORIA A GUTIERREZ-VAUGHN
6158 ROYAL DIAMOND CT
EASTVALE CA  92880-8873

**Uni-Statement**

Account Number:

Statement Period:
Dec 16, 2021
through
Jan 18, 2022



Page 4 of 5

## EASY CHECKING                                                    (CONTINUED)

U.S. Bank National Association                                    Account Number

**Card Withdrawals (continued)**
Card Number: xxxx-xxxx-xxxx-0165

| Date | Description of Transaction | Ref Number | Amount |
|------|----------------------------|------------|--------|

|  | **Card 0165  Withdrawals Subtotal** | $ |  |
|  | **Total Card Withdrawals** | $ |  |

**Other Withdrawals**

| Date | Description of Transaction | Ref Number | Amount |
|------|----------------------------|------------|--------|
| Jan  7 | Electronic Withdrawal        To NEWREZ-SHELLPOIN |  | 3,545.25- |
|  | REF=220070037272400N00SD    6371542226ACH PMT  0520604549 |  |  |

# usbank.

JOSE M GUTIERREZ
VICTORIA A GUTIERREZ-VAUGHN
6158 ROYAL DIAMOND CT
EASTVALE CA  92880-8873

**Uni-Statement**
Account Number:

Statement Period:
Dec 16, 2021
through
Jan 18, 2022

Page 5 of 5

## EASY CHECKING                                    (CONTINUED)
U.S. Bank National Association                                    Account Number

**Other Withdrawals (continued)**

| Date | Description of Transaction | Ref Number | Amount |
|------|---------------------------|------------|--------|
| | | | |

| | | Total Other Withdrawals | $ |

| | Total for Statement Period | 2022 Total Year to Date | 2021 Total Year to Date |
|---|---|---|---|
| Total Returned Item Fees | $    0.00 | $    0.00 | $    36.00 |
| Total Overdraft Fees | $    0.00 | $    0.00 | $    108.00 |
| TOTAL | $    0.00 | $    0.00 | $    144.00 |

**Checks Presented Conventionally**

| Check | Date | Ref Number | Amount |
|-------|------|-----------|--------|
| 56554 | Dec 28 | 8310910554 | 742.30 |

| | | Conventional Checks Paid (1) | $    742.30- |

**Balance Summary**

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|---------------|------|---------------|------|---------------|
| Dec 16 | 41.16 | Dec 28 | 1,096.84 | Jan 7 | 466.05 |
| Dec 17 | 1,742.02 | Dec 29 | 1,083.94 | Jan 10 | 381.44 |
| Dec 20 | 1,200.63 | Dec 30 | 589.53 | Jan 11 | 244.36 |
| Dec 21 | 1,220.19 | Dec 31 | 2,340.56 | Jan 12 | 167.61 |
| Dec 22 | 978.86 | Jan 3 | 2,071.00 | Jan 13 | 73.62 |
| Dec 23 | 823.93 | Jan 4 | 1,954.17 | Jan 14 | 1,778.84 |
| Dec 24 | 2,144.31 | Jan 5 | 1,774.20 | Jan 18 | 1,473.63 |
| Dec 27 | 1,921.92 | Jan 6 | 1,754.83 | | |

Balances only appear for days reflecting change.



**U.S.bank**

JOSE M GUTIERREZ
VICTORIA A GUTIERREZ-VAUGHN
6158 ROYAL DIAMOND CT
EASTVALE CA 92880-8873

**Uni-Statement**
Account Number:



Jan 19, 2022
through
Feb 15, 2022

Page 4 of 5

| EASY CHECKING | (CONTINUED) |
|---|---|
| U.S. Bank National Association | **Account Number 1-575-1515-4241** |

**Card Withdrawals (continued)**
Card Number: xxxx-xxxx-xxxx-0165

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|

| | Card 0165  Withdrawals Subtotal | $ | 4,609.11- |
| | Total Card Withdrawals | $ | 4,619.06- |

**Other Withdrawals**

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|
| Feb 7 | Electronic Withdrawal      To NEWREZ-SHELLPOIN | | 3,545.25- |
| | REF=220380189913960N00SD   6371542226ACH PMT  0520604549 | | |

| | Total Other Withdrawals | $ | 5,511.26- |

**Checks Presented Conventionally**

| Check | Date | Ref Number | Amount |
|---|---|---|---|
| 59997 | Jan 27 | 8910779171 | 742.30 |
| | Conventional Checks Paid (1) | $ | 742.30- |

**U.S. bank.**

JOSE M GUTIERREZ
VICTORIA A GUTIERREZ-VAUGHN
6158 ROYAL DIAMOND CT
EASTVALE CA  92880-8873

**Uni-Statement**

Account Number:
1
Statement Period:
Feb 16, 2022
through
Mar 15, 2022

Page 5 of 5

| EASY CHECKING | | (CONTINUED) |
|---|---|---|

U.S. Bank National Association                                    Account Number 1-575-1515-4241

**Other Withdrawals (continued)**

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|
| Mar 4 | Electronic Withdrawal          To NEWREZ-SHELLPOIN<br>REF=220630127446110N00SD     6371542226ACH PMT  0520604549 | | 3,545.25- |

|  | Total Other Withdrawals | $ | 15,618.94- |
|---|---|---|---|

**Checks Presented Conventionally**

| Check | Date | Ref Number | Amount |
|---|---|---|---|
|  | | Conventional Checks Paid (1) | $ | 742.30- |

**Balance Summary**

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Feb 16 | 889.76 | Feb 28 | 882.51 | Mar 8 | 840.84 |
| Feb 17 | 440.98 | Mar 1 | 700.97 | Mar 9 | 664.71 |
| Feb 18 | 2,225.09 | Mar 2 | 1,505.82 | Mar 10 | 645.21 |
| Feb 22 | 1,578.80 | Mar 3 | 4,176.01 | Mar 11 | 2,077.30 |
| Feb 23 | 1,332.39 | Mar 4 | 1,834.90 | Mar 14 | 1,632.88 |
| Feb 24 | 1,198.52 | Mar 7 | 1,582.18 | Mar 15 | 1,146.54 |
| Feb 25 | 2,616.42 | | | | |

Balances only appear for days reflecting change.

# US bank.

JOSE M GUTIERREZ
VICTORIA A GUTIERREZ-VAUGHN
6158 ROYAL DIAMOND CT
EASTVALE CA 92880-8873

**Uni-Statement**

Account Number:

Statement Period:
Mar 16, 2022
through
Apr 15, 2022

Page 4 of 5



## EASY CHECKING                                                    (CONTINUED)
U.S. Bank National Association                      Account Number 1-575-1515-4241

**Card Withdrawals (continued)**
Card Number: xxxx-xxxx-xxxx

| Date | Description of Transaction | Ref Number | Amount |
|------|---------------------------|------------|--------|
|      |                           |            |        |

|  |  |  |
|--|--|--|
| Card 0165  Withdrawals Subtotal | $ | |
| Total Card Withdrawals | $ | |

**Other Withdrawals**

| Date | Description of Transaction | Ref Number | Amount |
|------|---------------------------|------------|--------|
| Mar 22 | Electronic Withdrawal          To NEWREZ-SHELLPOIN<br>REF=220810134952330N00SD     6371542226ACH PMT   0520604549 | | 3,545.25- |
| Apr 6 | Electronic Withdrawal          To NEWREZ-SHELLPOIN<br>REF=220960079483560N00SD     6371542226ACH PMT   0520604549 | | 3,545.25- |

# us bank

JOSE M GUTIERREZ
VICTORIA A GUTIERREZ-VAUGHN
6158 ROYAL DIAMOND CT
EASTVALE CA  92880-8873

**Uni-Statement**
Account Number:

Statement Period:
Mar 16, 2022
through
Apr 15, 2022

Page 5 of 5

## EASY CHECKING                                                      (CONTINUED)

U.S. Bank National Association                                     **Account Number**

**Other Withdrawals (continued)**

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Apr 15 | Electronic Withdrawal | To | | 1 - |
| | REF=221050105152310N00 | | | |
| | | | Total Other Withdrawals | $ |

**Checks Presented Conventionally**

| Check | Date | Ref Number | Amount |
|---|---|---|---|
| 67064 | Mar 28 | 8015982255 | 742.30 |
| | | Conventional Checks Paid (1) | $  742.30- |

**Balance Summary**

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| | | | | | |

Balances only appear for days reflecting change.

# US bank.

JOSE M GUTIERREZ
VICTORIA A GUTIERREZ-VAUGHN
6158 ROYAL DIAMOND CT
EASTVALE CA  92880-8873

**Uni-Statement**
Account Number:

Statement Period:
Apr 16, 2022
through
May 16, 2022
Page 5 of 6

## EASY CHECKING                                                    (CONTINUED)

U.S. Bank National Association

**Account Number 1-575-1515-4241**

**Card Withdrawals (continued)**
Card Number: xxxx-xxxx-xxxx

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|
| | | | |

| | | | |
|---|---|---|---|
| | Card 0165  Withdrawals Subtotal | $ | |
| | Total Card Withdrawals | $ | |

**Other Withdrawals**

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|
| May  6 | Electronic Withdrawal          To NEWREZ-SHELLPOIN | | 3,545.25- |
| | REF=221260097514360N00SD        6371542226ACH PMT   0520604549 | | |
| | Total Other Withdrawals | $ | |

**Checks Presented Conventionally**

| Check | Date | Ref Number | Amount |
|---|---|---|---|
| 70206 | Apr 25 | 8015361189 | 742.30 |
| | | Conventional Checks Paid (1) | $          742.30- |

**Balance Summary**

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Apr 18 | 1,434.03 | Apr 20 | 2,428.64 | Apr 22 | 2,168.47 |
| Apr 19 | 2,329.04 | Apr 21 | 1,212.51 | Apr 25 | 1,012.45 |

# usbank

JOSE M GUTIERREZ
VICTORIA A GUTIERREZ-VAUGHN
6158 ROYAL DIAMOND CT
EASTVALE CA 92880-8873

**Uni-Statement**

Account Number:

Statement Period:
May 17, 2022
through
Jun 15, 2022

Page 5 of 5

## EASY CHECKING                                                          (CONTINUED)

U.S. Bank National Association                          **Account Number 1-575-1515-4241**

**Other Withdrawals (continued)**

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|
| Jun 3 | Electronic Withdrawal        To NEWREZ-SHELLPOIN | | 3,432.39- |
|  | REF=221540125016030N00SD    6371542226ACH PMT  0520604549 | | |

|  | **Total Other Withdrawals** | **$** | |
|---|---|---|---|

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount |
|---|---|---|---|
| 73887 | May 26 | 8912870904 | 742.30 |

|  | **Conventional Checks Paid (1)** | **$** | **742.30-** |
|---|---|---|---|

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| May 17 | 1,811.80 | May 26 | 840.96 | Jun 7 | 53.57 |
| May 18 | 1,760.49 | May 27 | 2,230.88 | Jun 8 | 61.56 |
| May 19 | 299.50 | May 31 | 2,029.17 | Jun 10 | 1,688.08 |
| May 20 | 1,875.28 | Jun 1 | 1,821.19 | Jun 13 | 1,356.64 |
| May 23 | 1,204.61 | Jun 2 | 1,487.50 | Jun 14 | 773.86 |
| May 24 | 1,016.49 | Jun 3 | 517.82 | Jun 15 | 2,194.39 |
| May 25 | 1,759.49 | Jun 6 | 261.71 | | |

Balances only appear for days reflecting change.

# Checking ...4241 $1,400.27

### PENDING

| Date | Description | Amount | |
|---|---|---|---|
| 7/01/2022 | Atm Withdrawal Without Charge | $240.00 | |
| 7/01/2022 | Debit Purchase | $83.15 | |
| 6/28/2022 | First Amer Home Buyer P8187815050 Ca | $80.50 | |
| 6/30/2022 | Tmobile*postpaid Pda 800-937-8997 Wa | $146.46 | |
| 7/01/2022 | Doordash*el Pollo Loco +16506819470 Ca | $17.55 | |

### COMPLETED

| Date | Description | Amount | Balance |
|---|---|---|---|
| 6/30/2022 | Shellpoint Mortgage Servicing | $3,432.39 | $1,967.93 |
| 6/30/2022 | State Farm | $314.73 | $5,400.32 |
| 6/30/2022 | Sezzle | $32.00 | $5,715.05 |
| 6/30/2022 | Metrofax 06/29 Card 4900 | $9.95 | $5,747.05 |
| 6/30/2022 | R&b Boutique Httpsboutiquut 06/29 Card 0165 | $19.00 | $5,757.00 |
| 6/30/2022 | Ups | + $1,939.91 | $5,776.00 |
| 6/29/2022 | Transfer Deposit From Account 5954 | + $600.00 | $3,836.09 |
| 6/28/2022 | Doordash 06/26 Card 0165 | $22.00 | $3,236.09 |
| 6/27/2022 | Sezzle | $22.74 | $3,258.09 |
| 6/27/2022 | Sezzle | $15.00 | $3,280.83 |
| 6/27/2022 | Sezzle | $12.25 | $3,295.83 |
| 6/27/2022 | Sezzle | $9.25 | $3,308.08 |
| 6/27/2022 | Sezzle | $8.75 | $3,317.33 |
| 6/27/2022 | Sezzle | $8.00 | $3,326.08 |
| 6/27/2022 | Verizon | $115.46 | $3,334.08 |
| 6/27/2022 | Pmt Jcsd | $99.51 | $3,449.54 |
| 6/27/2022 | Doordash 06/26 Card 0165 | $27.53 | $3,549.05 |
| 6/27/2022 | Doordash 06/25 Card 0165 | $24.53 | $3,576.58 |
| 6/27/2022 | New Haven Animal 06/25 Card 0165 | $214.80 | $3,601.11 |
| 6/24/2022 | | $742.30 | $3,815.91 |



Loan Number
0520604549

Request
Payment Assistance

Menu



⚠ **Click here for COVID-19 Assistance!**

## Your Loan Details

Loan Details ›

Homeowner
**Jose Granados**
Monthly Payment
**$3,432.39**
Interest Rate
**2.000%**
Current Principal Balance
**$391,468.78**
Escrow Balance 
**-$2,735.33**

## Make a Payment

Payment History ›

 Last Payment
**$3,432.39**

 Received
**06/29/2022**

 Next Payment
**$3,432.39**

 Due Date
**08/01/2022**



JOSE LUIS GRANADOS
VICTORIA GUTIERREZ
6158 ROYAL DIMOND CT
EASTVALE CA 92880-8873

**Uni-Statement**
Account Number:

Statement Period:
Jun 16, 2022
through
Jul 18, 2022

Page 5 of 6

# EASY CHECKING                                                    (CONTINUED)

U.S. Bank National Association                              **Account Number**

**Other Withdrawals (continued)**

| Date | Description of Transaction | Ref Number | Amount |
|------|---------------------------|------------|--------|
| | | | - |
| Jun 30 | Electronic Withdrawal          To NEWREZ-SHELLPOIN | | 3,432.39- |
| | REF=221810139681760N00SD          6371542226ACH PMT   0520604549 | | |

| | | | |
|---|---|---|---|
| | **Total Other Withdrawals** | $ | 6,863.64- |



**Uni-Statement**
Account Number:

Statement Period:
Jun 16, 2022
through
Jul 18, 2022

Page 6 of 6

JOSE LUIS GRANADOS
VICTORIA GUTIERREZ GRANADOS
6158 ROYAL DIMOND CT
EASTVALE CA 92880-8873



---

# EASY CHECKING                                          (CONTINUED)
U.S. Bank National Association                           **Account Number**

## Checks Presented Conventionally

| Check | Date   | Ref Number | Amount |
|-------|--------|------------|--------|
| 77185 | Jun 24 | 9213197506 | 742.30 |

|  |  |  |
|---|---|---|
| **Conventional Checks Paid (1)** | **$** | **742.30-** |

## Balance Summary

| Date   | Ending Balance | Date   | Ending Balance | Date   | Ending Balance |
|--------|----------------|--------|----------------|--------|----------------|
| Jun 16 | 1,955.69       | Jun 28 | 3,236.09       | Jul  8 | 2,352.66       |
| Jun 17 | 3,845.50       | Jun 29 | 3,836.09       | Jul 11 | 1,611.11       |
| Jun 21 | 2,936.68       | Jun 30 | 1,967.93       | Jul 12 | 1,471.52       |
| Jun 22 | 2,843.13       | Jul  1 | 1,498.32       | Jul 13 | 1,983.98       |
| Jun 23 | 2,794.38       | Jul  5 | 909.24         | Jul 14 | 1,931.22       |
| Jun 24 | 3,815.91       | Jul  6 | 824.24         | Jul 15 | 2,760.04       |
| Jun 27 | 3,258.09       | Jul  7 | 670.68         | Jul 18 | 2,255.06       |

Balances only appear for days reflecting change.


JOSE LUIS GRANADOS
VICTORIA G TIERRADENTRO
6158 ROYAL DIMOND CT
EASTVALE CA 92880-8873

Uni-Statement

Account Number:

Statement Period:
Jul 19, 2022
through
Aug 15, 2022

Page 4 of 5



# EASY CHECKING                                                    (CONTINUED)
U.S. Bank National Association                                    **Account Number 1**

## Card Withdrawals (continued)
Card Number: xxxx-xxxx-xxxx-0165

| Date | Description of Transaction | Ref Number | Amount |
|------|---------------------------|------------|--------|
|      |                           | Card 0165  Withdrawals Subtotal | $ 2,378.16- |
|      |                           | Total Card Withdrawals | $ 2,390.11- |

## Other Withdrawals

| Date | Description of Transaction | Ref Number | Amount |
|------|---------------------------|------------|--------|
| Aug  5 | Electronic Withdrawal            To NEWREZ-SHELLPOIN | | 3,432.39- |
|      | REF=222170105958370N00SD      6371542226ACH PMT   0520604549 | | - |



JOSE LUIS GRANADOS
VICTORIA G TIERRABLANCA
6158 ROYAL DIMOND CT
EASTVALE CA 92880-8873

| Uni-Statement |
| --- |
| Account Number: |

Statement Period:
Jul 19, 2022
through
Aug 15, 2022

Page 5 of 5

---

# EASY CHECKING                                        (CONTINUED)

U.S. Bank National Association                    **Account Number 1**

## Other Withdrawals (continued)

| Date | Description of Transaction | Ref Number | Amount |
| --- | --- | --- | --- |
| | | **Total Other Withdrawals** | **$** |

## Checks Presented Conventionally

| Check | Date | Ref Number | Amount |
| --- | --- | --- | --- |
| 80864 | Jul 26 | 8314548011 | 742.30 |
| | | **Conventional Checks Paid (1)** | **$ 742.30-** |

## Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
| --- | --- | --- | --- | --- | --- |
| Jul 19 | 1,215.36 | Jul 28 | 793.38 | Aug 8 | 188.35 |
| Jul 20 | 1,487.43 | Jul 29 | 2,717.15 | Aug 9 | 67.37 |
| Jul 21 | 1,178.09 | Aug 1 | 2,189.76 | Aug 10 | 167.37 |
| Jul 22 | 2,603.44 | Aug 2 | 1,881.12 | Aug 11 | 79.45 |
| Jul 25 | 2,207.69 | Aug 3 | 1,871.01 | Aug 12 | 1,679.55 |
| Jul 26 | 1,007.46 | Aug 4 | 1,681.61 | Aug 15 | 1,276.63 |
| Jul 27 | 891.91 | Aug 5 | 195.01 | | |

Balances only appear for days reflecting change.

# shellpoint
A DIVISION OF NEWREZ

Loan Number
0520604549

Request
Payment Assistance

Menu

- Escrow Amount    -$1,350.05
- Principal Balance    $387,290.70

Payment History >

| | Last Payment | | Received |
|---|---|---|---|
| | **$3,432.39** | | **09/01/2022** |

| | Next Payment | | Due Date |
|---|---|---|---|
| | **$3,432.39** | | **10/01/2022** |

**Schedule Recurring Payment**

**Make a One Time Payment**

⚠ **Click here for COVID-19 Assistance!**

Click here for affordable payment options

💬 Chat Online    >

@ Go Paperless    >

📇 Contact Us    >

© 2022, Shellpoint Mortgage Servicing, LLC

Licensing & Disclosure Information
Terms and Conditions

Mortgage Servicing Fee Schedule
Servicing Legal Disclosure

Do not sell my information

Privacy Policy

Download Mobile App

ⁱria.

⋮ Account options    ↑↓    🔍

**PENDING**

| | | |
|---|---|---|
| ≡$ | Phone Authorized Pmt Newrez-shellpoin<br>Pending 09/02/2022 | $3,432.39 |
| ≡$ | Phone Authorized Pmt Capital One Auto<br>Pending 09/02/2022 | $512.46 |
| ≡$ | 3344 El Pollo Loco El Monte Ca<br>Pending 08/31/2022 | $10.44 |
| ≡$ | Sezzle* Sezzle Rbbo P1 +18885401867 Mn<br>Pending 09/01/2022 | $15.00 |
| ≡$ | New Haven Animal Hospitontario Ca<br>Pending 09/01/2022 | $41.20 |
| ≡$ | Sezzle* Sezzle Emlb P1 +18885401867 Mn 1<br>Pending 09/02/2022 | $26.23 |

**COMPLETED**

| | | | |
|---|---|---|---|
| ≡$ | Mobile Banking Transfer Deposit 09/02 5954<br>09/02/2022 | +$200.00 | $4,123.95 |
| ≡$ | Mobile Banking Transfer Deposit 09/02 2534<br>09/02/2022 | +$512.46 | $3,923.95 |
| ≡$ | Electronic Deposit 09/02 United Parcel<br>09/02/2022 | +$2,084.37 | $3,411.49 |
| 🗌 | Hairbyrula Laverne 08/31 Card 0165<br>09/01/2022 | $120.00 | $1,327.12 |

1,667.90

ount >

Manage goals

✉ Deposit a check    Zelle Send money    ⊕ Products & offers