UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>JOSE L GRANADOS and<br><br>VICTORIA ANN GUTIERREZ VAUGHN | Case No.: 6:21-bk-15024-WJ<br><br>**NOTICE OF WITHDRAWAL OF DEBTORS OBJECTION TO PROOF OF CLAIM #19-SHELLPOINT MORTGAGE**<br><br>Date:   September 26, 2022<br>Time:   11:00 a.m.<br>Crtm:   Courtroom 304<br>         United States Bankruptcy Court<br>         Central District of California<br>         3420 Twelfth Street<br>         Riverside, CA 92501 |

TO THE HONORABLE WAYNE E. JOHNSON, UNITED STATES BANKRUPTCY COURT JDUGE, CREDITORS, CREDITORS COUNSEL, THE TRUSTEE, AND OTHER INTERESTED PARTIES:

DEBTORS HEREBY WITHDRAWALS THEIR OBJECTION TO CLAIM NUMBER 19 FILED ON MAY 9, 2022 BY CREDITOR SHELLPOINT MORTGAGE, AKA THE BANK OF NEW

YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWMBS INCL, CHL MORTGAGE PASS-THROUGH TRUST 2006-OA5, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-OA5

Debtors and Creditor Shellpoint have reached a stipulated agreement that was filed with the court as Docket Number 80 and filed September 1, 2022 where all issues were resolved. Debtors have paid the amount for costs to creditor on September 23, 2022, before the deadline of September 30, 2022 in the amount of $547.96. Creditors have agreed in the stipulation to amend their proof of claim to show zero arrears. There are no further issues to resolve so Debtors withdrawal their objection.

Dated: 9/23/22

Gilbert A Diaz Jr
Attorney for Debtors

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3685 Main Street Ste 325
Riverside CA 92501

A true and correct copy of the foregoing document entitled (*specify*): Notice of Widrawal of Debtors Objection to Proof of Claim #19-Shellpoint Mortgage

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 09/23/2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Todd A Frealy, taftrustee@lnbyb.com; taf@trustesolutions.net; Alpt Patl, apatel3@aisinfo.com; Arvind Nath Rawal, arawal@aisinfo.com; Cameron C Ridley, Cameron.Ridley@usdoj.gov; Untied STates Trustee, ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 09/23/2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

New Rez LLC dba Shellpoint Mortgage Servicing, PO Box 10826, Greenville, South Carolina 29603-0826
Austin P. Nagel, 3160 Crow Canyon Place Ste 215, San Ramon, CA 94583
Rod Danielson, Chapter 13 Trustee, 3787 University Ave., Riverside, CA 92501 and to his Counsel Bridget Kelly.
Honorable Wayne Johnson, 3420 Twelfth St Ste 384, Riverside, CA 92501-3819

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

9/23/22    Gilbert A Diaz Jr
Date        Printed Name                                    Signature

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                **F 9013-3.1.PROOF.SERVICE**