UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

In re:

JOSE L GRANADOS and

VICTORIA ANN GUTIERREZ VAUGHN

Case No.: 6:21-bk-15024-WJ

**DECLARATON OF COUNSEL FOR DEBTORS GILBERT A DIAZ JR IN RESPONSE TO ORDER TO SHOW CAUSE RE PROOF OF CLAIM #19-SHELLPOINT MORTGAGE**

Date: November 7, 2022
Time: 1:30 p.m.
Crtm: Courtroom 304
    United States Bankruptcy Court
    Central District of California
    3420 Twelfth Street
    Riverside, CA 92501

TO THE HONORABLE WAYNE E. JOHNSON, UNITED STATES BANKRUPTCY COURT JDUGE, CREDITORS, CREDITORS COUNSEL, THE TRUSTEE, AND OTHER INTERESTED PARTIES:

1.

1

2. I am the attorney of record for debtors and the following expenditures of time were required to respond to Shellpoint Mortgage, debtors primary mortgage holder's, assertion that there were mortgage arrears pre-petition even though this was incorrect and Shellpoint's counsel, Mr. Nagel, stated that future, potential escrow deficiencies were the reason for indicating pre-petition mortgage arrears.

3. On March 29, 2022 I received email from Mr. Nagel, counsel for Shellpoint Mortgage, indicating that the proof of claim will include a delinquent mortgage payment, escrow shortages and late charges.         Review Correspondence:         .4 hours

4. On March 29, 2022 I emailed Mr. Nagel, counsel for Shellpoint mortgage inquiring as to the anticipated escrow shortages and which month there was arrears for.
Correspondence         .4 hours

5. On April 5, 2022, I emailed Mr. Yoo, paralegal to Mr. Nagel, counsel for Shellpoint Mortgage indicating I responded to his correspondence on March 29, 2022.
                    Correspondence:         .1 hours

6. On April 6, 2022 I received email from Mr. Nagel, counsel for Shellpoint Mortgage, acknowledging receiving of my correspondence. Correspondence         .2 hours

7. April 11, 2022, I emailed Mr. Nagel, counsel for Shellpoint Mortgage, again inquiring where the arrears were coming from and that when we spoke with Shellpoint directly, there is no outstanding balance or arears.
                    Correspondence         .4 hours

8. On April 12, 2022, Mr. Nagel, counsel for Shellpoint Mortgage sent email indicating that he believes there were arrears from November of 2021. Review correspondence:    .4 hours

2

DECLARATON OF COUNSEL FOR DEBTORS GILBERT A DIAZ JR

9. On April 13, 2022, I emailed counsel Mr. Nagel, for Shellpoint Mortgage, again inquiring how his client is claiming there are arrears. Correspondence: .4 hours

10. On April 15, 2022 Mr. Nagel, counsel for Creditor Shellpoint Mortgage emailed me indicating their response regarding their anticipated proof of claim that would include arrears. Review the document was: .4 hours

11. April 21, 2022, I emailed Mr. Nagel, counsel for Creditor Shellpoint mortgage inquiring as to where and how my clients are to pay $547.96 in costs when Shellpoint Bankruptcy department was called and they indicated the account was current.

Correspondence    .2 hours

12. On May 9, 2022 Shellpoint Mortgage through their counsel, filed Proof of Claim No. 19, that included an amount of $7,933.38 listed as an amount necessary to cure any default as of the date of the petition and attached only an accounting through February 2022 and the proof of claim was filed in May of 2022.    Review Filing:    1.5 hours

13. I thereafter drafted and filed an objection to proof of claim after compiling all necessary bank statements showing cleared payments and a complete mortgage statement from Shellpoint through May of 2022 showing how payments were held in escrow by Shellpoint but already cleared debtors bank accounts on time. I compiled and prepared declarations and all supporting document for objection.    Preparation:    2.5 hours

14. Appeared at Confirmation hearing, Status Conference, and Hearing on Objection.

15. Hearing continued on objection to proof of claim number 19 filed by Shellpoint Mortgage. On July 6, 2022, I emailed Mr. Nagel, indicating that we would pay costs to settle for an amended proof of claim with no arrears.    Correspondence.    .2 hours

16. On July 12, 2022, I reviewed email from Mr. Nagel indicating agreement to file amended proof of claim.

Review correspondence:                                        .2 hours

17. On July 14, 2022, I Reviewed proposed stipulation re settling of objection and proof of claim number 19.

Review Correspondence                                         .8 hours

18. On July 18, 2022 I corresponded with Mr. Nagel indicating that the stipulation received did not reflect our agreement.    Correspondence                    .6 hours

19. On July 21, 2022 I reviewed revised stipulation from Mr. Nagel.   Review        .6 hours

20. On August 1, 2022 I send Mr. Nagel red-line revisions for stipulation.

Correspondence:                                               .5 hours

21. August 10, 2022, I had a phone call with Mr. Nagel regarding the proposed revisions.

Correspondence:                                               .5 hours

22. On August 10, 2022, I reviewed proposed points and authorities from Mr. Nagel regarding including future escrow shortages as pre-petition arrears.

Review:                                                       1 hours

23. On August 17, 2022 I send email to inquire as to status of stipulation revisions after our phone conversation.    Correspondence:                            .2 hours

24. On August 29, 2022 I reviewed revised stipulation sent by Mr. Nagel.  Review:   .8 hours

25. On August 30, 2022 email to Mr. Nagel regarding final proposed changes to stipulation but requesting a date change to pay agreed amount of fees as the original due date would be in two days and that was not enough time.    Correspondence:            .2 hours

26. On August 31, 2022 reviewed revised stipulation from Mr. Nagel.  Review:    .4 hours

DECLARATON OF COUNSEL FOR DEBTORS GILBERT A DIAZ JR

27. Sent executed stipulation to Mr. Nagel for filing on September 1, 2022     .2 hours

28. September 6, 2022 emailed Mr. Nagel inquiring when he would be filing amended proof of claim showing zero arrears so we can be ready for continued confirmation hearing on September 26, 2022.

29. September 26, 2022 appeared for continued Confirmation hearing, Status Conference, and Hearing on Objection to Proof of Claim Number 19.     Appearance:     .6 hours

30. I have expended approximately 13.7 hours corresponding, reviewing, preparing pleadings, regarding Shellpoint Mortgages allegations that my client's owed pre-petition arrears that resulted in the filing of Proof of Claim No. 19 showing pre-petition arrears that was incorrect.

31. According to the RARA filed and signed by my client's, my hourly rate is $200.00 an hour.

32. 13.7 hours at $200 and hour is $2,740.00 in additional attorney fees.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10/17/22

Gilbert A. Diaz Jr
Attorney for Debtors

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3685 Main Street Ste 325
Riverside CA 92501

A true and correct copy of the foregoing document entitled (specify): DECLARATON OF COUNSEL FOR DEBTORS GILBERT A DIAZ JR IN RESPONSE TO ORDER TO SHOW CAUSE
RE PROOF OF CLAIM #19-SHELLPOINT MORTGAGE

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) 10/17/2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Todd A Frealy, taftrustee@lnbyb.com; taf@trustesolutions.net; Alpt Patl, apatel3@aisinfo.com; Arvind Nath Rawal, arawal@aisinfo.com; Cameron C Ridley, Cameron.Ridley@usdoj.gov; Untied STates Trustee, ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (date) 10/17/2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

New Rez LLC dba Shellpoint Mortgage Servicing, PO Box 10826, Greenville, South Carolina 29603-0826
Austin P. Nagel, 3160 Crow Canyon Place Ste 215, San Ramon, CA 94583
Rod Danielson, Chapter 13 Trustee, 3787 University Ave., Riverside, CA 92501 and to his Counsel Bridget Kelly.
Honorable Wayne Johnson, 3420 Twelfth St Ste 384, Riverside, CA 92501-3819

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/17/22 | Gilbert A Diaz Jr | /s/ |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    **F 9013-3.1.PROOF.SERVICE**