EXHIBIT D

Austin P. Nagel, SBN 118247
Kirsten Martinez, SBN 310674
Bonial & Associates, P.C.
3160 Crow Canyon Place, Suite 215
San Ramon, California 94583
Telephone: (213) 863-6010
Fax: (213) 863-6065
Austin.Nagel@BonialPC.com
Kirsten.Martinez@BonialPC.com

Attorney for Secured Creditor
The Bank of New York Mellon FKA The Bank of
New York, as Trustee for The Certificateholders
of the CWMBS Inc., CHL Mortgage Pass-Through
Trust 2006-OA5, Mortgage Pass Through
Certificates, Series 2006-OA5, as serviced by
NewRez LLC d/b/a Shellpoint Mortgage Servicing

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>Jose L. Granados and<br>Victoria Ann Gutierrez Vaughn,<br><br><br><br><br><br><br><br><br>Debtors. | Case No. 6:21-bk-15024-WJ<br><br>Chapter 13<br><br>**ORDER GRANTING STIPULATION RESOLVING 1) SECURED CREDITOR SHELLPOINT MORTGAGE'S OBJECTION TO CONFIRMATION; AND 2) DEBTORS' MOTION RE: OBJECTION TO PROOF OF CLAIM #19-SHELLPOINT MORTGAGE**<br><br>Hearing:<br>Date:    September 26, 2022<br>Time:   11:00 AM<br>Place:   Crtrm 304, 3420 Twelfth Street<br>             Riverside, CA 92501 |

Pursuant to the Stipulation Resolving 1) Secured Creditor Shellpoint Mortgage's Objection To Confirmation; And 2) Debtors' Motion Re: Objection To Proof Of Claim #19-Shellpoint Mortgage (the "Stipulation") filed on September 1, 2022 by , The Bank of New York Mellon FKA The Bank of New York, as Trustee for The Certificateholders of the CWMBS Inc., CHL Mortgage Pass-Through

1  Trust 2006-OA5, Mortgage Pass Through Certificates, Series 2006-OA5, as serviced by NewRez LLC
2  d/b/a Shellpoint Mortgage Servicing, and good cause appearing, follows:
3      **IT IS HEREBY ORDERED** that the terms and conditions set forth in the Stipulation are hereby
4  approved and made order of this Court.
5      ###