# EXHIBIT E

# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

**Monday, September 26, 2022**                                                                 **Hearing Room    304**

**11:00 AM**
**6:21-15024**    Jose L Granados and Victoria Ann Gutierrez Vaughn                                    Chapter 13

**#3.00**    Hrg re objection to claim number 19 filed by Mukta Suri on behalf of The Bank of New York Mellon

FROM: 7-6-22

Docket    64

**Tentative Ruling:**

No appearances by debtors are required today but attorneys for debtors do need to appear.

This hearing will occur by video using Zoom (not CourtCall). Courtroom 304 has not yet transitioned to facilitate appearances simultaneously by video and in person. Hybrid hearings are not occurring in courtroom 304 at this time. Therefore, even though Judge Johnson's courtroom is now open for in-person hearings on all other matters, this hearing today will occur by Zoom only. No appearances will be possible in the courtroom for this matter. All parties should attend the hearing today by video using the following information:

Meeting URL: https://cacb.zoomgov.com/j/1604047298
Meeting ID:   160 404 7298
Password:     091555

| **Party Information** |
|---|

**Debtor(s):**

Jose L Granados                                        Represented By
                                                       Gilbert A Diaz

**Joint Debtor(s):**

Victoria Ann Gutierrez Vaughn                          Represented By
                                                       Gilbert A Diaz

**Trustee(s):**

Rod Danielson (TR)                                     Pro Se

# United States Bankruptcy Court
# Central District of California
## Riverside
## Wayne Johnson, Presiding
## Courtroom 304 Calendar

**Monday, September 26, 2022**  **Hearing Room   304**

11:00 AM
**CONT...    Jose L Granados and Victoria Ann Gutierrez Vaughn**  **Chapter 13**