Exhibit F

1  Austin P. Nagel, SBN 118247
   Kirsten Martinez, SBN 310674
2  Bonial & Associates, P.C.
3  3160 Crow Canyon Place, Suite 215
   San Ramon, California 94583
4  Telephone: (213) 863-6010
   Fax: (213) 863-6065
5  Austin.Nagel@BonialPC.com
6  Kirsten.Martinez@BonialPC.com

7  Attorney for Secured Creditor

8

9                    **UNITED STATES BANKRUPTCY COURT**

10      **FOR THE CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION**

11  | In re: | Case No. 6:21-bk-15024-WJ |
12  | Jose L. Granados and Victoria Ann Gutierrez Vaughn, | Chapter 13 |
13  | | **WITHDRAWAL OF OBJECTION TO CONFIRMATION OF PLAN** |
14  |
15  | | Hearing: |
    | | Date:  September 26, 2022 |
16  | | Time:  11:00 AM |
    | | Place: 304 |
17  | | 3420 Twelfth Street |
    | Debtors. | Riverside, CA 92501 |
18

19  **TO THE HONORABLE WAYNE E. JOHNSON, UNITED STATES BANKRUPTCY COURT**

20  **JUDGE, THE DEBTORS, DEBTORS' COUNSEL, THE TRUSTEE, AND OTHER**

21  **INTERESTED PARTIES:**

22      **PLEASE TAKE NOTICE** that THE BANK OF NEW YORK MELLON FKA THE BANK OF

23  NEW YORK,AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWMBS INC., CHL

24  MORTGAGE PASS-THROUGH TRUST 2006-OA5, MORTGAGE PASS THROUGH

25  CERTIFICATES, SERIES 2006-OA5 ("Secured Creditor") having resolved its Objection to Plan

26  pursuant to a written stipulation filed as docket entry number 80 including the parties waiver of attorney's

27  fees and costs hereby withdraws its Objection to Confirmation of Plan (the "Objection") filed as docket

28  entry number 53 in the above-captioned matter.

WITHDRAWAL OF OBJECTION                    1                              7768-N-6774
TO CONFIRMATION OF PLAN                                                   WDOTP_CA_00001

Case 6:21-bk-15024-WJJ    Doc 106    Filed 10/05/22    Entered 10/05/22 11:54:36    Desc
Exhibit Front Page    Page 3 of 3

1    Dated: October 5, 2022                                    Respectfully Submitted,
                                                               Bonial & Associates, P.C.
2

3                                                     By:    *Austin P Nagel*
                                                            Austin P Nagel
4                                                           Attorney for Secured Creditor

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WITHDRAWAL OF OBJECTION                              2                            7768-N-6774
TO CONFIRMATION OF PLAN                                                           WDOTP_CA_00001

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**14841 Dallas Parkway, Suite 425
Dallas, Texas 75254**

A true and correct copy of the foregoing document entitled (*specify*): Withdrawal of Objection to Confirmation of Plan will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) October 5, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| *U.S. Trustee* | *Trustee* | *Debtors' Attorney* |
|---|---|---|
| ustpregion16.rs.ecf@usdoj.gov | Rod Danielson | Gilbert A. Diaz |
| | notice-efile@rodan13.com | gilbertdiaz@lawyer.com |

☐   Service information continued on attached page

**2.   SERVED BY UNITED STATES MAIL**:
On (*date*) October 5, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

| *U.S. Bankruptcy Court Judge* | *Debtors* |
|---|---|
| Honorable Wayne E. Johnson | Jose L. Granados |
| United States Bankruptcy Court, 3420 | Victoria Ann Gutierrez Vaughn |
| Twelfth Street, Suite 384 | 6158 Royal Diamond Ct |
| Riverside, CA 92501-3819 | Corona, CA 92880 |

☐   Service information continued on attached page

**3.   SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 5, 2022 | **Corey Banks** | *Corey Banks* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

7768-N-6774

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*                                                                **F 9013-3.1.PROOF.SERVICE**