# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

**Monday, November 7, 2022**      Hearing Room    304

<u>1:30 PM</u>

**6:21-15024**    Jose L Granados and Victoria Ann Gutierrez Vaughn      Chapter 13

#5.00    Hrg re order to show casue regarding sanctions (1) Bonial & Associates, P.C. and (2) Newrez LLC dba Shellpointg Mortgage

         Docket      0

**Matter Notes:**

PRESENT:

Counsel for the Debtor(s):

G. DIAZ   |   B. KELLY   |   A. NAGEL

( ) Vacated. Matter is moot due to dismissal or conversion of case.

(X) Continued to   1/24/23 AT 10:00 AM.

( ) Prevailing party shall prepare an order.

( ) Chambers shall prepare an order.

**Tentative Ruling:**

- NONE LISTED -

| Party Information |
|---|

**Debtor(s):**

Jose L Granados                                    Represented By
                                                           Gilbert A Diaz

**Joint Debtor(s):**

Victoria Ann Gutierrez Vaughn           Represented By
                                                          Gilbert A Diaz

# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

| Monday, November 7, 2022 | Hearing Room 304 |
|---|---|

**1:30 PM**
**CONT...**     Jose L Granados and Victoria Ann Gutierrez Vaughn                    Chapter 13

**Trustee(s):**

Rod Danielson (TR)                            Pro Se