Louis M. Phillips (LA State Bar No. 10505)
*Pro Hac Vice Pending*
KELLY HART & PITRE
301 Main Street, Suite 1600
Baton Rouge, LA 70801
Telephone:  225/381-9643
Facsimile:  225/338-5308
Email:  louis.phillips@kellyhart.com

Jeffrey W. Dulberg (State Bar No. 181200)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail:  jdulberg@pszjlaw.com

Attorneys for Bonial & Associates, PC

Glenn E. Glover (AL State Bar No. 2983G53G)
*Pro Hac Vice Pending*
BRADLEY ARANT BOULT CUMMINGS LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203
Phone: (205) 521-8000
Facsimile: (205) 488-6647
Email: gglover@bradley.com

Attorney for Newrez LLC d/b/a Shellpoint
Mortgage Servicing

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>JOSE I. GRANADOS AND VICTORIA ANN GUTIERREZ VAUGHN,<br><br><br>          Debtors. | Case No. 6:21-bk-15024-WJ<br><br>Chapter 13<br><br>**DECLARATION OF MELBA ARREDONDO IN SUPPORT OF SUPPLEMENTAL RESPONSE OF BONIAL & ASSOCIATES, PC AND THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE CWMBS INC., CHL MORTGAGE PASS-THROUGH TRUST 2006-OA5, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-OA5, AS SERVICED BY NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING TO AMENDED ORDER TO SHOW CAUSE**<br><br>[Relates to Docket Nos. 94 and 114] |

Hearing
Date:       January 24, 2023
Time:       10:00 a.m.
Location:   U.S. Bankruptcy Court
            Courtroom 304
            3420 Twelfth Street
            Riverside, CA 92501
Judge:       Hon. Wayne E. Johnson

**TO THE HONORABLE WAYNE E. JOHNSON, UNITED STATES BANKRUPTCY JUDGE, THE DEBTORS, NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING, THE U.S. TRUSTEE, AND PARTIES REQUESTING SPECIAL NOTICE:**

I, Melba Arredondo, pursuant to 28 U.S.C. § 1746, under penalty of perjury, declare as follows:

1.      I am a Director in the Bankruptcy Department at NewRez LLC d/b/a Shellpoint Mortgage ("Shellpoint"), and I submit this Declaration in support of the supplemental response (the "Supplemental Response") [Docket No. 114] filed in response to this Court's *Amended Order to Show Cause Regarding Sanctioning (1) Bonial & Associates, P.C. and (2) Newrez LLC D/B/A Shellpoint Mortgage* [Docket No. 94], filed concurrently herewith. I submit this Declaration based on my personal knowledge and review of the documents listed below and the Supplemental Response.

2.      The Documents listed below are records made in the ordinary course of the business of Shellpoint, are kept in the regularly conducted business of Shellpoint, and were made within the scope of a regular practice of Shellpoint.

3.      Attached as **Exhibit A** is a true and correct copy of the *Annual Escrow Account Disclosure Statement - Account History dated January 28, 2020* from the account of the above-captioned debtors with Shellpoint (the "Debtors Account").

4.      Attached as **Exhibit B** is a true and correct copy of the *Annual Escrow Account Disclosure Statement Account History dated May 22, 2020* from the Debtors Account.

5.      Attached as **Exhibit C** is a true and correct copy of the *Annual Escrow Account Disclosure Statement Account History dated May 18, 2021* from the Debtors Account.

6.      Attached as **Exhibit D** is a true and correct copy of the *Deferment Agreement effective 10/01/2020* from the Debtors Account.

7.      The "Original POC" as defined in the Supplemental Response filed concurrently with this Declaration was approved for filing by Shellpoint, and the exhibits and attachments to the Original POC are true and correct copies of the same documents and records made and kept by Shellpoint.

8.      As of the date of this Declaration Shellpoint has not added any amount to the monthly statements sent to the Debtors to provide for any additional monthly amounts toward either the Deficiency or the Projected Escrow Shortage (as those terms are defined in the Supplemental Response).

9.      If Shellpoint is permitted to collect the agreed upon pre-conversion arrearage of $4,645.67 per the Stipulation, it will be able to do so through subsequent escrow analyses and subsequent notices of mortgage payment change.


I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated: January 10, 2023          /s/ *Melba Arredondo*
                                 **Melba Arredondo**

# EXHIBIT A
# Annual Escrow Account Disclosure Statement -
# Account History dated January 28, 2020

Shellpoint Mortgage Servicing
P.O. Box 619063
Dallas TX  75261-9063
DO NOT SEND MAIL OR PAYMENTS TO THIS ADDRESS




3-811-09216-0000872-001-1-000-000-000-000

JOSE GRANADOS
6158 ROYAL DIAMOND CT
EASTVALE CA  92880-8873

3-811-09216-0000872-001-2-000-000-000-000

Final

**Shellpoint**
**Mortgage Servicing**

Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC  29603 0826
For Inquiries:  (800) 365-7107



Analysis Date:                                   January 28, 2020

Loan:          0520604549

Property Address:

JOSE GRANADOS
6158 Royal Diamond Court
Corona CA  92880

6158 Royal Diamond Court
Corona, CA  92880

### Annual Escrow Account Disclosure Statement - Account History

The following is an overview of your escrow account with Shellpoint Mortgage Servicing. It contains  the history of escrow payments made on your behalf in the prior year, and a snapshot of the anticipated disbursements for the coming year. Any potential adjustments due to increases or decreases with your escrow items may affect your monthly escrow payment. If your escrow payment increases, your monthly payment will also increase. If the escrow payment decreases, your mortgage payment will decrease.

| Payment Information | Contractual | Effective Mar 01, 2020 |
|---|---|---|
| P & I Pmt: | $2,739.75 | $2,739.75** |
| Escrow Pmt: | $783.72 | $782.77 |
| Other Funds Pmt: | $0.00 | $0.00 |
| Asst. Pmt (-): | $0.00 | $0.00 |
| Reserve Acct Pmt: | $0.00 | $0.00 |
| Total Payment: | $3,523.47 | $3,522.52 |

| Prior Esc Pmt | February 01, 2020 |
|---|---|
| P & I Pmt: | $2,739.75 |
| Escrow Pmt: | $783.72 |
| Other Funds Pmt: | $0.00 |
| Asst. Pmt (-): | $0.00 |
| Resrv Acct Pmt: | $0.00 |
| Total Payment: | $3,523.47 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | February 01, 2020 |
| Escrow Balance: | $0.00 |
| Anticipated Pmts to Escrow: | $783.72 |
| Anticipated Pmts from Escrow (-): | $0.00 |
| Anticipated Escrow Balance: | $783.72 |

| Shortage/Overage Information | Effective Mar 01, 2020 |
|---|---|
| Upcoming Total Annual Bills | $8,717.96 |
| Required Cushion | $1,452.99 |
| Required Starting Balance | $4,159.97 |
| Escrow Shortage | -$3,376.25 |
| Surplus | $0.00 |

**Cushion Calculation:** Because Shellpoint Mortgage Servicing does not set your tax amounts or insurance premiums, your escrow balance contains a cushion of 1,452.99. A cushion is an additional amount of funds held in your escrow in order to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Your lowest monthly balance should not be below 1,452.99 or 1/6 of the anticipated payment from the account.

** The terms of your loan may result in changes to the monthly principal and interest payments during the year.

This is a statement of actual activity in your escrow account from July 2019 to Feb 2020.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Date | Payments to Escrow Anticipated | Actual | Payments From Escrow Anticipated | Actual | | Description | Escrow Balance Required | Actual |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Starting Balance | 2,113.56 | (4,463.58) |
| Jul 2019 | 704.52 | | | | * | | 2,818.08 | (4,463.58) |
| Aug 2019 | 704.52 | | | | * | | 3,522.60 | (4,463.58) |
| Sep 2019 | 704.52 | | | | * | | 4,227.12 | (4,463.58) |
| Oct 2019 | 704.52 | 768.69 | | | * | | 4,931.64 | (3,694.89) |
| Nov 2019 | 704.52 | 1,537.38 | | | * | | 5,636.16 | (2,157.51) |
| Nov 2019 | | | | 3,831.48 | * | County Tax | 5,636.16 | (5,988.99) |
| Dec 2019 | 704.52 | 768.69 | 3,699.62 | | * | County Tax | 2,641.06 | (5,220.30) |
| Dec 2019 | | 0.42 | | | * | Int on Escrow Pmt | 2,641.06 | (5,219.88) |
| Jan 2020 | 704.52 | | | | * | | 3,345.58 | (5,219.88) |
| Jan 2020 | | 5,219.88 | | | * | Escrow Only Payment | 3,345.58 | 0.00 |
| Feb 2020 | 704.52 | | | | * | | 4,050.10 | 0.00 |
| | | | | | | Anticipated Transactions | 4,050.10 | 0.00 |
| Feb 2020 | | 783.72ᵖ | | | | | | 783.72 |
| | $5,636.16 | $9,078.78 | $3,699.62 | $3,831.48 | | | | |

**An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.**

**P - The letter (P) beside an amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown.**

Shellpoint Mortgage Servicing
For Inquiries: (800) 365-7107

Final

| | | | |
|---|---|---|---|
| Analysis Date: | | | January 28, 2020 |
| Loan: | 0520604549 | | |

### Annual Escrow Account Disclosure Statement - Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | Description | Escrow Balance | |
|---|---|---|---|---|---|
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | 783.72 | 4,159.97 |
| Mar 2020 | 726.50 | | | 1,510.22 | 4,886.47 |
| Apr 2020 | 726.50 | 3,831.48 | County Tax | (1,594.76) | 1,781.49 |
| May 2020 | 726.50 | 1,055.00 | Hazard | (1,923.26) | 1,452.99 |
| Jun 2020 | 726.50 | | | (1,196.76) | 2,179.49 |
| Jul 2020 | 726.50 | | | (470.26) | 2,905.99 |
| Aug 2020 | 726.50 | | | 256.24 | 3,632.49 |
| Sep 2020 | 726.50 | | | 982.74 | 4,358.99 |
| Oct 2020 | 726.50 | | | 1,709.24 | 5,085.49 |
| Nov 2020 | 726.50 | | | 2,435.74 | 5,811.99 |
| Dec 2020 | 726.50 | 3,831.48 | County Tax | (669.24) | 2,707.01 |
| Jan 2021 | 726.50 | | | 57.26 | 3,433.51 |
| Feb 2021 | 726.50 | | | 783.76 | 4,160.01 |
| | $8,718.00 | $8,717.96 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your ending balance from the last month of the account history (escrow balance anticipated) is 783.72.  Your starting
balance (escrow balance required) according to this analysis should be $4,159.97.  This means you have a shortage of 3,376.25.
This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's
deposit, in which case we have the additional option of requesting payment within 30 days.  We have decided to collect it over 60 months.
We anticipate the total of your coming year bills to be 8,717.96.  We divide that amount by the number of payments expected during the coming year to
obtain your escrow payment.

| New Escrow Payment Calculation | |
|---|---|
| Unadjusted Escrow Payment | $726.50 |
| Surplus Reduction: | $0.00 |
| Shortage Installment: | $56.27 |
| Rounding Adjustment Amount: | $0.00 |
| Escrow Payment: | $782.77 |

**Paying the shortage:**  If your shortage is paid in full, your new monthly payment will
be $3,466.25 (calculated by subtracting the Shortage Amount to the left and
rounding, if applicable). Paying the shortage does not guarantee that your
payment will remain the same, as your tax or insurance bills may have changed.

**TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED, DISMISSED OR IS SUBJECT TO AN AUTOMATIC STAY OF BANKRUPTCY ORDER UNDER TITLE 11 OF THE UNITED STATES CODE, THIS
NOTICE IS FOR COMPLIANCE AND INFORMATION PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR ANY ATTEMPT TO COLLECT ANY SUCH OBLIGATION.**

---

 Detach Here



Shellpoint Mortgage Servicing

PO Box 10826

Greenville, SC  29603 0826
(800) 365-7107

**Escrow Shortage Reply (This is not a bill)**

| | |
|---|---|
| Loan Number: | 0520604549 |
| Full Shortage Amount: | $3,376.25 |
| Payment Amount: | $ _____ |

Your escrow shortage has been spread over  60 months, resulting
in an additional increase in your monthly payment in the amount
of 56.27.

Shellpoint Mortgage Servicing

P.O. Box 740039

Cincinnati, OH 45274-0039

IF YOU CHOOSE to pay your shortage in full, please visit
www.ShellpointMtg.com in order to expedite your payment. You
can also mail this coupon with your remittance of the full
shortage amount to the address to the left

# EXHIBIT B
## Annual Escrow Account Disclosure Statement
## Account History dated May 22, 2020

Shellpoint Mortgage Servicing
P.O. Box 619063
Dallas TX  75261-9063
DO NOT SEND MAIL OR PAYMENTS TO THIS ADDRESS

5-811-10458-0000010-001-1-000-000-000-000

 

JOSE GRANADOS
6158 ROYAL DIAMOND CT
EASTVALE CA  92880-8873

5-811-10458-0000010-001-2-000-000-000-000

Final

# Shellpoint
Mortgage Servicing

Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC 29603 0826
For Inquiries: (800) 365-7107



JOSE GRANADOS
6158 Royal Diamond Court
Corona CA 92880

Analysis Date:                                           May 22, 2020
Loan:        0520604549
Property Address:
6158 Royal Diamond Court
Corona, CA 92880

## Annual Escrow Account Disclosure Statement - Account History

The following is an overview of your escrow account with Shellpoint Mortgage Servicing. It contains the history of escrow payments made on your behalf in the prior year, and a snapshot of the anticipated disbursements for the coming year. Any potential adjustments due to increases or decreases with your escrow items may affect your monthly escrow payment. If your escrow payment increases, your monthly payment will also increase. If the escrow payment decreases, your mortgage payment will decrease.

| Payment Information | Contractual | Effective Jul 01, 2020 |
|---|---|---|
| P & I Pmt: | $2,739.75 | $2,739.75** |
| Escrow Pmt: | $782.77 | $786.73 |
| Other Funds Pmt: | $0.00 | $0.00 |
| Asst. Pmt (-): | $0.00 | $0.00 |
| Reserve Acct Pmt: | $0.00 | $0.00 |
| Total Payment: | $3,522.52 | $3,526.48 |

| Prior Esc Pmt | April 01, 2020 |
|---|---|
| P & I Pmt: | $2,739.75 |
| Escrow Pmt: | $782.77 |
| Other Funds Pmt: | $0.00 |
| Asst. Pmt (-): | $0.00 |
| Resrv Acct Pmt: | $0.00 |
| Total Payment: | $3,522.52 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | April 01, 2020 |
| Escrow Balance: | -$3,404.51 |
| Anticipated Pmts to Escrow: | $2,348.31 |
| Anticipated Pmts from Escrow (-): | $0.00 |
| Anticipated Escrow Balance: | -$1,056.20 |

| Shortage/Overage Information | Effective Jul 01, 2020 |
|---|---|
| Upcoming Total Annual Bills | $8,789.96 |
| Required Cushion | $1,464.99 |
| Required Starting Balance | $2,197.45 |
| Escrow Shortage | -$3,253.65 |
| Surplus | $0.00 |

**Cushion Calculation:** Because Shellpoint Mortgage Servicing does not set your tax amounts or insurance premiums, your escrow balance contains a cushion of 1,464.99. A cushion is an additional amount of funds held in your escrow in order to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Your lowest monthly balance should not be below 1,464.99 or 1/6 of the anticipated payment from the account.

** The terms of your loan may result in changes to the monthly principal and interest payments during the year.

This is a statement of actual activity in your escrow account from Mar 2020 to June 2020. Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Date | Payments to Escrow Anticipated | Actual | Payments From Escrow Anticipated | Actual | Description | Escrow Balance Required | Actual |
|---|---|---|---|---|---|---|---|
| | | | | | Starting Balance | 4,159.97 | 771.20 |
| Mar 2020 | 726.50 | 782.77 | | | * | 4,886.47 | 1,553.97 |
| Mar 2020 | | | | 3,831.48 | * County Tax | 4,886.47 | (2,277.51) |
| Apr 2020 | 726.50 | | 3,831.48 | | * County Tax | 1,781.49 | (2,277.51) |
| Apr 2020 | | | | 1,127.00 | * Hazard | 1,781.49 | (3,404.51) |
| May 2020 | 726.50 | | 1,055.00 | | * Hazard | 1,452.99 | (3,404.51) |
| Jun 2020 | 726.50 | | | | * | 2,179.49 | (3,404.51) |
| | | | | | Anticipated Transactions | 2,179.49 | (3,404.51) |
| Jun 2020 | | 2,348.31ᴾ | | | | | (1,056.20) |
| | $2,906.00 | $3,131.08 | $4,886.48 | $4,958.48 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.

P - The letter (P) beside an amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown.

Shellpoint Mortgage Servicing
For Inquiries: (800) 365-7107

Final

| | | | Analysis Date: | | May 22, 2020 |
| --- | --- | --- | --- | --- | --- |
| | | | Loan: | 0520604549 | |

### Annual Escrow Account Disclosure Statement - Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | Description | Escrow Balance | |
| --- | --- | --- | --- | --- | --- |
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | (1,056.20) | 2,197.45 |
| Jul 2020 | 732.50 | | | (323.70) | 2,929.95 |
| Aug 2020 | 732.50 | | | 408.80 | 3,662.45 |
| Sep 2020 | 732.50 | | | 1,141.30 | 4,394.95 |
| Oct 2020 | 732.50 | | | 1,873.80 | 5,127.45 |
| Nov 2020 | 732.50 | | | 2,606.30 | 5,859.95 |
| Dec 2020 | 732.50 | 3,831.48 | County Tax | (492.68) | 2,760.97 |
| Jan 2021 | 732.50 | | | 239.82 | 3,493.47 |
| Feb 2021 | 732.50 | | | 972.32 | 4,225.97 |
| Mar 2021 | 732.50 | | | 1,704.82 | 4,958.47 |
| Apr 2021 | 732.50 | 3,831.48 | County Tax | (1,394.16) | 1,859.49 |
| May 2021 | 732.50 | 1,127.00 | Hazard | (1,788.66) | 1,464.99 |
| Jun 2021 | 732.50 | | | (1,056.16) | 2,197.49 |
| | $8,790.00 | $8,789.96 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your ending balance from the last month of the account history (escrow balance anticipated) is (1,056.20).  Your starting
balance (escrow balance required) according to this analysis should be $2,197.45.  This means you have a shortage of 3,253.65.
This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's
deposit, in which case we have the additional option of requesting payment within 30 days.  We have decided to collect it over 60 months.
We anticipate the total of your coming year bills to be 8,789.96.  We divide that amount by the number of payments expected during the coming year to
obtain your escrow payment.

| New Escrow Payment Calculation | |
| --- | --- |
| Unadjusted Escrow Payment | $732.50 |
| Surplus Reduction: | $0.00 |
| Shortage Installment: | $54.23 |
| Rounding Adjustment Amount: | $0.00 |
| Escrow Payment: | $786.73 |

Paying the shortage:  If your shortage is paid in full, your new monthly payment will
be $3,472.25 (calculated by subtracting the Shortage Amount to the left and
rounding, if applicable). Paying the shortage does not guarantee that your
payment will remain the same, as your tax or insurance bills may have changed.

**TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED, DISMISSED OR IS SUBJECT TO AN AUTOMATIC STAY OF BANKRUPTCY ORDER UNDER TITLE 11 OF THE UNITED STATES CODE, THIS
NOTICE IS FOR COMPLIANCE AND INFORMATION PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR ANY ATTEMPT TO COLLECT ANY SUCH OBLIGATION.**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
 Detach Here



Shellpoint Mortgage Servicing
PO Box 10826

Greenville, SC  29603 0826
(800) 365-7107

**Escrow Shortage Reply (This is not a bill)**

| Loan Number: | 0520604549 |
| --- | --- |
| Full Shortage Amount: | $3,253.65 |
| Payment Amount: | $ _____ |

Your escrow shortage has been spread over  60 months, resulting
in an additional increase in your monthly payment in the amount
of 54.23.

Shellpoint Mortgage Servicing
P.O. Box 740039
Cincinnati, OH 45274-0039

IF YOU CHOOSE to pay your shortage in full, please visit
www.ShellpointMtg.com in order to expedite your payment. You
can also mail this coupon with your remittance of the full
shortage amount to the address to the left

020520604549

# EXHIBIT C
# Annual Escrow Account Disclosure Statement
# Account History dated May 18, 2021

**Shellpoint**
Mortgage Servicing

Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603
800-365-7107

Final

| | | |
|---|---|---|
| Analysis Date: | | May 18, 2021 |
| Loan: | | 0520604549 |

Property Address:
6158 Royal Diamond Court
Corona, CA 92880

JOSE GRANADOS
6158 ROYAL DIAMOND COURT
CORONA CA 92880-8873

### Annual Escrow Account Disclosure Statement Account History

The following is an overview of your escrow account with Shellpoint Mortgage Servicing. It contains the history of escrow payments made on your behalf in the prior year, and a snapshot of the anticipated disbursements for the coming year. Any potential adjustments due to increases or decreases with your escrow items may affect your monthly escrow payment. If your escrow payment increases, your monthly payment will also increase. If the escrow payment decreases, your mortgage payment will decrease.

| Payment Information | Contractual | Effective Jul 01, 2021 |
|---|---|---|
| P & I Pmt: | $2,739.75 | $2,739.75 |
| Escrow Pmt: | $786.73 | $805.50 |
| Other Funds Pmt: | $0.00 | $0.00 |
| Asst.Pmt (-): | $0.00 | $0.00 |
| Reserve Acct Pmt: | $0.00 | $0.00 |
| Total Payment: | $3,526.48 | $3,545.25 |

| Prior Esc Pmt | April 01, 2021 |
|---|---|
| P & I Pmt: | $2,739.75 |
| Escrow Pmt: | $786.73 |
| Other Funds Pmt: | $0.00 |
| Asst.Pmt (-): | $0.00 |
| Reserve Acct Pmt: | $0.00 |
| Total Payment: | $3,526.48 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | May 01, 2021 |
| Escrow Balance: | -$3,202.41 |
| Anticipated Pmts to Escrow: | $1,573.46 |
| Anticipated Pmts from Escrow (-): | $0.00 |
| Anticipated Escrow Balance: | -$1,628.95 |

| Shortage/Overage Information: | Effective Jul 01, 2021 |
|---|---|
| Upcoming Total Annual Bills: | $8,714.10 |
| Required Cushion: | $1,452.35 |
| Required Starting Balance: | $2,178.47 |
| Escrow Shortage: | -$3,807.42 |
| Surplus: | $0.00 |

**Cushion Calculation:** Because Shellpoint Mortgage Servicing does not set your tax amounts or insurance premiums, your escrow balance contains a cushion of $1,452.35. A cushion is an additional amount of funds held in your escrow in order to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Your lowest monthly balance should not be below $1,452.35 or 1/6 of the anticipated payment from the account.

This is a statement of actual activity in your escrow account from Jul 2020 to Jun 2021. Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Date | Payments to Escrow Anticipated | Actual | Payments From Escrow Anticipated | Actual | | Description | Escrow Balance Required | Actual |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Starting Balance | $2,197.45 | -$1,056.20 |
| Jul 2020 | $732.50 | | | | * | | $2,929.95 | -$1,056.20 |
| Aug 2020 | $732.50 | $782.77 | | | * | | $3,662.45 | -$273.43 |
| Sep 2020 | $732.50 | | | | * | | $4,394.95 | -$273.43 |
| Sep 2020 | | $273.43 | | | * | Escrow Only Payment | $4,394.95 | $0.00 |
| Oct 2020 | $732.50 | $786.73 | | | * | | $5,127.45 | $786.73 |
| Nov 2020 | $732.50 | | | | * | | $5,859.95 | $786.73 |
| Nov 2020 | | | | $3,789.55 | * | County Tax | $5,859.95 | -$3,002.82 |
| Dec 2020 | $732.50 | $1,573.46 | $3,831.48 | | * | County Tax | $2,760.97 | -$1,429.36 |
| Dec 2020 | | $4.58 | | | * | Int on Escrow Pmt | $2,760.97 | -$1,424.78 |
| Jan 2021 | $732.50 | | | | * | | $3,493.47 | -$1,424.78 |
| Feb 2021 | $732.50 | $786.73 | | | * | | $4,225.97 | -$638.05 |
| Mar 2021 | $732.50 | $786.73 | | | * | | $4,958.47 | $148.68 |
| Mar 2021 | | | | $3,789.55 | * | County Tax | $4,958.47 | -$3,640.87 |
| Apr 2021 | $732.50 | $1,573.46 | $3,831.48 | | * | County Tax | $1,859.49 | -$2,067.41 |
| Apr 2021 | | | | $1,135.00 | * | Hazard | $1,859.49 | -$3,202.41 |
| May 2021 | $732.50 | | $1,127.00 | | | Hazard | $1,464.99 | -$3,202.41 |
| Jun 2021 | $732.50 | | | | * | | $2,197.49 | -$3,202.41 |
| | | | | | | Anticipated Transactions | $2,197.49 | -$3,202.41 |
| | | | | | | | | Continued |

Final

Analysis Date:          May 18, 2021
Loan:                   0520604549

| Date | Payments to Escrow | | Payments From Escrow | | Description | Escrow Balance | Actual |
| | Anticipated | Actual | Anticipated | Actual | | Required | |
| Jun 2021 | | $1,573.46ᴾ | | | | $2,197.49 | -$1,628.95 |
| | $8,790.00 | $8,141.35 | $8,789.96 | $8,714.10 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

P - The letter (P) beside an amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown.

Final

| | | Analysis Date: | May 18, 2021 |
|---|---|---|---|
| | | Loan: | 0520604549 |

### Annual Escrow Account Disclosure Statement - Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments To Escrow | From Escrow | Description | Escrow Balance Anticipated | Required |
|---|---|---|---|---|---|
| | | | Starting Balance | -$1,628.95 | $2,178.47 |
| Jul 2021 | $726.18 | | | -$902.77 | $2,904.65 |
| Aug 2021 | $726.18 | | | -$176.59 | $3,630.83 |
| Sep 2021 | $726.18 | | | $549.59 | $4,357.01 |
| Oct 2021 | $726.18 | | | $1,275.77 | $5,083.19 |
| Nov 2021 | $726.18 | | | $2,001.95 | $5,809.37 |
| Dec 2021 | $726.18 | $3,789.55 | County Tax | -$1,061.42 | $2,746.00 |
| Jan 2022 | $726.18 | | | -$335.24 | $3,472.18 |
| Feb 2022 | $726.18 | | | $390.94 | $4,198.36 |
| Mar 2022 | $726.18 | | | $1,117.12 | $4,924.54 |
| Apr 2022 | $726.18 | $3,789.55 | County Tax | -$1,946.25 | $1,861.17 |
| May 2022 | $726.18 | $1,135.00 | Hazard | -$2,355.07 | $1,452.35 |
| Jun 2022 | $726.18 | | | -$1,628.89 | $2,178.53 |
| | $8,714.16 | $8,714.10 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your ending balance from the last month of the account history (escrow balance anticipated) is -$1,628.95. Your starting balance (escrow balance required) according to this analysis should be $2,178.47. This means you have a shortage of $3,807.42.
This shortage may be collected from you over a period of 48 month(s) or more unless the shortage is less than one month's deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to collect it over 48 month(s).
We anticipate the total of your coming year bills to be $8,714.10. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
|---|---|
| Unadjusted Escrow Payment: | $726.18 |
| Surplus Reduction: | $0.00 |
| Shortage Installment: | $79.32 |
| Rounding Adjustment Amount: | $0.00 |
| Escrow Payment: | $805.50 |

**Paying the shortage:** If your shortage is paid in full, your new monthly payment will be $3,465.93 (calculated by subtracting the Shortage Amount to the left and rounding, if applicable). Paying the shortage does not guarantee that your payment will remain the same, as your tax or insurance bills may have changed.

TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED, DISMISSED OR IS SUBJECT TO AN AUTOMATIC STAY OF BANKRUPTCY ORDER UNDER TITLE 11 OF THE UNITED STATES CODE, THIS NOTICE IS FOR COMPLIANCE AND INFORMATION PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR ANY ATTEMPT TO COLLECT ANY SUCH OBLIGATION.



**Shellpoint Mortgage Servicing**
P.O. Box 10826
Greenville, SC 29603
800-365-7107

Escrow Shortage Reply (This is not a bill)

| | |
|---|---|
| Loan Number: | 0520604549 |
| Full Shortage Amount: | $3,807.42 |
| Payment Amount: | $ _____ |

Your escrow shortage has been spread over 48 month(s), resulting in an additional increase in your monthly payment in the amount of $79.32.

IF YOU CHOOSE to pay your shortage in full, please visit www.ShellpointMtg.com in order to expedite your payment. You can also mail this coupon with your remittance of the full shortage amount to the address to the right.

Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603

**Please read the following important notices as they may affect your rights.**

NewRez LLC dba Shellpoint Mortgage Servicing is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. NewRez LLC dba Shellpoint Mortgage Servicing's NMLS ID is 3013.

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code. However, it may be a notice of possible enforcement of the lien against the collateral property, which has not been discharged in your bankruptcy.

**Attention Servicemembers and Dependents:** The federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including interest rate protections and prohibiting foreclosure under most circumstances during and twelve months after the servicemember's military or other service. Counseling for covered servicemembers is available from Military OneSource (800-342-9647) and the United States Armed Forces Legal Assistance or other similar agencies. For more information, please visit the Military OneSource website www.militaryonesource.mil/.

**Notice of Error or Information Request Address**
You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Informational Request, please write to us at the following address: Shellpoint Mortgage Servicing P.O. Box 10826 Greenville SC, 29603.

Shellpoint Mortgage Servicing utilizes third-party providers in connection with the servicing of your loan, but Shellpoint Mortgage Servicing remains responsible for all actions taken by third-party providers.

A successor in interest is someone who acquires an ownership interest in a property secured by a mortgage loan by transfer upon the death of a relative, as a result of a divorce or legal separation, through certain trusts, between spouses, from a parent to a child, or when a borrower who is a joint tenant or tenant by the entirety dies. If you are a successor in interest, or you think you might be, please contact by phone, mail or email to start the confirmation process.

**Our system of record has your preferred language as English.**

**If you prefer to receive communication in a language other than English, please contact us at 800-365-7107 to speak with a translator in your preferred language about the servicing of your loan or a document you received.**

**Si prefiere recibir las comunicaciones en otro idioma que no sea el inglés, por favor, contáctenos en el 800-365-7107 para hablar con un traductor en el idioma de su preferencia sobre la gestión de su préstamo o cualquier documento que haya recibido.**

如果您要使用英语以外的其他语言进行交流，请致电 800-365-7107，我们将根据您首选的语言安排相应的译员，与您就贷款服务事项或您所接收的文件进行商讨

Please note that we operate as NewRez Mortgage LLC dba Shellpoint Mortgage Servicing in Arkansas and Texas.

**California**

As required by law, you are hereby notified that a negative credit bureau report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill your credit obligation.

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

**California**

Como es requerido por la ley usted esta siendo notificado por este medio que un reporte de crédito negativo afectando su reporte de crédito puede ser remitido a una agencia de reporte de créditos, si usted no puede satisfacer los términos de su obligación.

El acto estatal de Rosenthal Fair Debt Collection Practices, y el acto federal de Fair Debt Collection Practices requieren que, a menos de circunstancias inusuales, los cobradores no  podrán contactarlo antes de las 8 a.m. o después de las 9 p.m. Ellos no lo podrán acosar usando amenazas violentas o arrestarlo o usar un lenguaje ofensivo. Los cobradores no podrán usar declaraciones falsas o engañosas o llamarlo a su trabajo si ellos saben o tienen razón para saber que usted no puede recibir llamadas personales en su trabajo. En general, cobradores no le podrán decir a otra persona, aparte de su abogado o su esposa, acerca de su deuda. Los cobradores se podrán comunicar con otras personas para poder comunicarse con usted, y para entablar un juicio. Para más información sobre las actividades de colección de deuda, usted puede contactar Federal Trade Commission al 1-877-FTC-HELP o www.ftc.gov.

This page intentionally left blank.

# EXHIBIT D

# Deferment Agreement effective 10/01/2020



**Shellpoint**
Mortgage Servicing



P.O. BOX 51850
LIVONIA MI 48151-5850
RETURN SERVICE REQUESTED

S-SFRECS20  L-2303  R-106
PCQ19H00201261 - 634161513 I02699
(BANA) BANK OF AMERICA
ENTERPRISE DOC PROCESSING
EDP MAIL ROOM, ATTN:  COLLATERAL REQUEST
MAIL CODE: FL1-908-01, 4909 SAVARESE CIR
TAMPA FL 33634

| CONTACT INFORMATION | |
|---|---|
| **Correspondence:** | P.O. Box 10826 |
| | Greenville, SC 29603-0826 |
| **Business Hours:** | **Mon - Thurs:** 8:00AM-6:00PM |
| | **Fri:** 8:00AM-5:00PM |
| **Phone Number:** | 866-825-2174 |
| **Fax:** | 866-467-1187 |
| **Email:** | Lossmitigation@shellpointmtg.com |
| **Website:** | www.shellpointmtg.com |

Loan Number:    0520604549
Property:    6158 Royal Diamond Court
Corona, CA 92880

09/04/2020

Dear Homeowners:

**CONGRATULATIONS! YOU ARE APPROVED FOR A DEFERMENT!**

The enclosed agreement outlines the terms of this deferment.  There is no action needed on your part to take advantage of this offer; however, we recommend keeping the enclosed original agreement for your records.

Your next monthly payment is due on 10/01/2020. Payments can be mailed to the address listed below:

Payment Address:
Shellpoint Mortgage Servicing
P.O. Box 740039
Cincinnati, OH 45274-0039

We also offer other convenient payment options, including:

- Free ACH (automatic payment drafting from your checking or savings account)
- Online payment at www.shellpointmtg.com
- Phone (either with our automated system or a live Customer Care representative)

If you have any questions about this Deferment Agreement, please call us at 866-825-2174 or send written inquiries to the correspondence address below.

Correspondence Address:
Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0826

**¿Hablas español?** Esta carta contiene información importante sobre su préstamo hipotecario. Si usted no entiende el contenido de esta carta, por favor contacte a uno de nuestros representantes que hablan Español al numero **866-825-2174**.

Sincerely,

***Loss Mitigation Team***
Shellpoint Mortgage Servicing

**SEE REVERSE SIDE OR ATTACHED FOR AN IMPORTANT STATEMENT OF YOUR RIGHTS.**

The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is: Federal Trade Commission, Equal Credit Opportunity, 600 Pennsylvania Avenue, NW, Washington, DC 20580.

**Please read the following important notices as they may affect your rights.**

NewRez LLC dba Shellpoint Mortgage Servicing is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. NewRez LLC dba Shellpoint Mortgage Servicing's NMLS ID is 3013.

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code. However, it may be a notice of possible enforcement of the lien against the collateral property, which has not been discharged in your bankruptcy.

**Attention Servicemembers and Dependents:**  The federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including interest rate protections and prohibiting foreclosure under most circumstances during and twelve months after the servicemember's military or other service.  Counseling for covered servicemembers is available from Military OneSource (800-342-9647) and the United States Armed Forces Legal Assistance or other similar agencies. For more information, please visit the Military OneSource website www.militaryonesource.mil/.

**Notice of Error or Information Request Address:** You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Informational Request, please write to us at the following address: Shellpoint Mortgage Servicing P.O. Box 10826 Greenville, SC 29603-0826

Shellpoint Mortgage Servicing utilizes third-party providers in connection with the servicing of your loan, but Shellpoint Mortgage Servicing remains responsible for all actions taken by third-party providers.

A successor in interest is someone who acquires an ownership interest in a property secured by a mortgage loan by transfer upon the death of a relative, as a result of a divorce or legal separation, through certain trusts, between spouses, from a parent to a child, or when a borrower who is a joint tenant or tenant by the entirety dies. If you are a successor in interest, or you think you might be, please contact by phone, mail or email to start the confirmation process.

**Our system of record has your preferred language as English.**

**If you prefer to receive communication in a language other than English, please contact us at 866-825-2174 to speak with a translator in your preferred language about the servicing of your loan or a document you received.**

**Si prefiere recibir las comunicaciones en otro idioma que no sea el inglés, por favor, contáctenos en el 866-825-2174 para hablar con un traductor en el idioma de su preferencia sobre la gestión de su préstamo o cualquier documento que haya recibido.**

**如果您要使用英语以外的其他语言进行交流，请致电** 866-825-2174，**我们将根据您首选的语言安排相应的译员，与您就贷款服务事项或您所接收的文件进行商讨。**

Please note that we operate as NewRez Mortgage LLC dba Shellpoint Mortgage Servicing in Arkansas and Texas.

<u>California</u>
As required by law, you are hereby notified that a negative credit bureau report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill your credit obligation.

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

<u>California</u>
Como es requerido por la ley usted esta siendo notificado por este medio que un reporte de crédito negativo afectando su reporte de crédito puede ser remitido a una agencia de reporte de créditos, si usted no puede satisfacer los términos de su obligación.

El acto estatal de Rosenthal Fair Debt Collection Practices, y el acto federal de Fair Debt Collection Practices requieren que, a menos de circunstancias inusuales, los cobradores no podrán contactarlo antes de las 8 a.m. o después de las 9 p.m. Ellos no lo podrán acosar usando amenazas violentas o arrestarlo o usar un lenguaje ofensivo. Los cobradores no podrán usar declaraciones falsas o engañosas o llamarlo a su trabajo si ellos saben o tienen razón para saber que usted no puede recibir llamadas personales en su trabajo. En general, cobradores no le podrán decir a otra persona, aparte de su abogado o su esposa, acerca de su deuda. Los cobradores se podrán comunicar con otras personas para poder comunicarse con usted, y para entablar un juicio. Para más información sobre las actividades de colección de deuda, usted puede contactar Federal Trade Commission al 1-877-FTC-HELP o www.ftc.gov

# DEFERMENT AGREEMENT

This Deferment Agreement ("Deferment"), effective 10/01/2020, between Jose Granados ("Borrower") and Shellpoint Mortgage Servicing ("Lender") amends and supplements (1) the Mortgage, Deed of Trust, or Security Deed (the "Security Instrument") dated and recorded on 11/29/2005, (2) and the Note, bearing the same date as, and secured by, the Security Instrument, which covers the real and personal property described in the Security Instrument and defined therein as the "Property", located at 6158 Royal Diamond Court Corona, CA 92880.

The borrower has requested that the Lender defer a portion of the terms as stated in the Note and Security Instrument. The Lender has agreed to do so pursuant to the terms and conditions stated in this Deferment. In consideration of the agreements made in this Deferment, and other good and valuable consideration which the parties agree they have received, the Borrower and Lender agree to modify the terms of the Note and Security Instrument as follows. The Borrower and the Lender agree that the provisions of this Deferment supersede and replace any inconsistent provisions set forth in the Note and Security Instrument.

1.  The Borrower acknowledges that interest has accrued but not been paid and the Lender has incurred or paid and other expenses necessary to protect or enforce its interest in the Note and the Security Instrument, and that such interest, costs and expenses, in the total amount of $8,315.20, have been added to the indebtedness under the terms of the Note and Security Instrument.  This amount will then be placed in a non-interest bearing account that you will be responsible for once the interest bearing portion of the principal balance is paid in full or reaches maturity whichever occurs first.  This amount will be in addition to any previous deferment that you may have on your account.

2.  The Borrower promises to pay the Unpaid Principal Balance, plus interest, to the order of the Lender, until the Unpaid Principal Balance has been paid. The Borrower promises to make monthly payments of principal and interest of $2,739.75, beginning on the 10/01/2020, and continuing thereafter on the same day of each succeeding month. If on 03/01/2036 (the "Modified Maturity Date"), the Borrower still owes amounts under the Note and the Security Instrument, as amended by this Deferment, the Borrower will pay these amounts in full on the Modified Maturity Date.

3.  Except to the extent that they are modified by this Deferment, the Borrower will comply with all of the covenants, agreements, and requirements of the Note and the Security Instrument, including without limitation, the Borrower's covenants and agreements to make all payments of taxes, insurance premiums, assessments, escrow items, impounds, and all other payments that the Borrower is obligated to make under the Security Instrument.

4.  Nothing in this Deferment shall be understood or construed to be a satisfaction or release in whole or in part of the Note and Security Instrument. Except as otherwise specifically provided in this Deferment, the Note and Security Instrument will remain unchanged and in full effect, and the Borrower and Lender will be bound by, and comply with, all of the terms and provisions thereof, as amended by this Deferment.

_Marina Wroblewski_
_____
Marina Wroblewski


September 4, 2020
_____
Date

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California  90067**

A true and correct copy of the foregoing document entitled (*specify*):  ***DECLARATION OF MELBA ARREDONDO IN SUPPORT OF SUPPLEMENTAL RESPONSE OF BONIAL & ASSOCIATES, PC AND THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE CWMBS INC., CHL MORTGAGE PASS-THROUGH TRUST 2006-OA5, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-OA5, AS SERVICED BY NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING TO AMENDED ORDER TO SHOW CAUSE*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **January 10, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On (*date*) **January 10, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **January 10, 2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**<u>VIA OVERNIGHT DELIVERY</u>**
Honorable Wayne Johnson
United States Bankruptcy Court
Central District of California
3420 Twelfth Street, Suite 384 / Courtroom 304
Riverside, CA 92501-3819

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 10, 2023 | Nancy H. Brown | /s/ Nancy H. Brown |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
DOCS_LA:346881.1 10224/001

**F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- *Rod Danielson (TR)    notice-efile@rodan13.com*
- *Gilbert A Diaz    gilbertdiaz@lawyer.com*
- *Shannon Johnson    shannon.johnson@jcap.com*
- *Austin P Nagel    Kim.Bellanger-Smith@BonialPC.com, Notices.Bonial@ecf.courtdrive.com*
- *Alipt Patel    apatel3@aisinfo.com*
- *Arvind Nath Rawal    arawal@aisinfo.com*
- *Cameron C Ridley    Cameron.Ridley@usdoj.gov*
- *United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov*

2. **SERVED BY UNITED STATES MAIL**:

**Debtors**
Jose L. Granados
Victoria Ann Gutierrez Vaughn
6158 Royal Diamond Court
Corona, CA  92880

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.