Louis M. Phillips (LA State Bar No. 10505)
*Pro Hac Vice Pending*
KELLY HART & PITRE
301 Main Street, Suite 1600
Baton Rouge, LA 70801
Telephone: 225/381-9643
Facsimile: 225/338-5308
Email: louis.phillips@kellyhart.com

Jeffrey W. Dulberg (State Bar No. 181200)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: jdulberg@pszjlaw.com

Attorneys for Bonial & Associates, PC

Glenn E. Glover (AL State Bar No. 2983G53G)
*Pro Hac Vice Pending*
BRADLEY ARANT BOULT CUMMINGS LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203
Phone: (205) 521-8000
Facsimile: (205) 488-6647
Email: gglover@bradley.com

Attorney for Newrez LLC d/b/a Shellpoint
Mortgage Servicing

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>JOSE I. GRANADOS AND VICTORIA ANN GUTIERREZ VAUGHN,<br><br><div align="center">Debtors.</div> | Case No. 6:21-bk-15024-WJ<br><br>Chapter 13<br><br>**DECLARATION OF AUSTIN P. NAGEL IN SUPPORT OF SUPPLEMENTAL RESPONSE OF BONIAL & ASSOCIATES, PC AND THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE CWMBS INC., CHL MORTGAGE PASS- THROUGH TRUST 2006-OA5, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-OA5, AS SERVICED BY NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING TO AMENDED ORDER TO SHOW CAUSE**<br><br>**[Relates to Docket Nos. 94 and 114]** |

<table>
<tr><td colspan="2">Hearing</td></tr>
</table>

Hearing
Date:        January 24, 2023
Time:       10:00 a.m.
Location:   U.S. Bankruptcy Court
                 Courtroom 304
                 3420 Twelfth Street
                 Riverside, CA 92501
Judge:     Hon. Wayne E. Johnson

**TO THE HONORABLE WAYNE E. JOHNSON, UNITED STATES BANKRUPTCY**

**JUDGE, THE DEBTORS, NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING,**

**THE U.S. TRUSTEE, AND PARTIES REQUESTING SPECIAL NOTICE:**

I, Austin P. Nagel, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1.      I am an attorney with the firm Bonial & Assocs. ("Bonial"), and I submit this Declaration in support of the supplemental response (the "Supplemental Response") [Docket No. 114] filed in response to this Court's *Amended Order to Show Cause Regarding Sanctioning (1) Bonial & Associates, P.C. and (2) Newrez LLC D/B/A Shellpoint Mortgage* [Docket No. 94], filed concurrently herewith. I submit this Declaration based on my personal knowledge and review of the documents listed below and the Supplemental Response.

2.      I have reviewed the Supplemental Response and the factual recitations attributable to Bonial contained therein are true and correct.

3.      The Amended Order to Show Cause Regarding Sanctioning (1) Bonial & Associates, P.C. and (2) NewRez LLC D/B/A Shellpoint Mortgage NewRez LLC D/B/A Shellpoint Mortgage [Docket No. 94] is incorporated herein and proposed to be introduced by reference.

4.      The Debtors' Voluntary Petition and Original Schedules are docketed at docket #1 and are incorporated herein and proposed to be introduced by reference.

5.      The Order Converting Case to Chapter 13 is docketed at docket #35 and is incorporated herein and proposed to be introduced by reference.

6.      The Notice of 341 Meeting and Bar Date is docketed at docket #36 and is incorporated herein and proposed to be introduced by reference.

7.      The Debtors' Original Chapter 13 Plan (LBR F3015-1) is docketed at docket #51 and is incorporated herein and proposed to be introduced by reference.

8.      NewRez LLC D/B/A Shellpoint Mortgage NewRez LLC D/B/A Shellpoint Mortgage's ("Shellpoint") Objection to Confirmation of Plan is docketed at docket #53 and is incorporated herein and proposed to be introduced by reference.

9.      Claim No. 19-1 on the Official Claim Register is the Original Proof of Claim of Shellpoint and is incorporated herein and proposed to be introduced by reference.

10.     Claim No. 19-2 on the Official Claim Register is the Amended Proof of Claim of Shellpoint and is incorporated herein and proposed to be introduced by reference.

11.     The Debtors' Amended Chapter 13 Plan is docketed at docket #61 and is incorporated herein and proposed to be introduced by reference.

12.     The Debtors' Objection to Proof of Claim #19-Shellpoint Mortgage and attachments thereto is docketed at docket #64 and is incorporated herein and proposed to be introduced by reference.

13.     The Stipulation Resolving 1) Secured Creditor Shellpoint Mortgage's Objection Confirmation; and 2) Debtors' Motion re: Objection to Proof of Claim #19-Shellpoint Mortgage is docketed at docket #80 and is incorporated herein and proposed to be introduced by reference.

14.     Shellpoint's Withdrawal of Objection to Confirmation of Plan is docketed at docket #100 and is incorporated herein and proposed to be introduced by reference.

15.     The Declaration of Austin P. Nagel in response to Court's Order to Show Cause (and all attachments thereto) is docketed at docket #103 and is incorporated herein and proposed to be introduced by reference.

16.    The Chapter 13 Trustee's Statement Regarding Plan Confirmation is docketed at docket #83 and is incorporated herein and proposed to be introduced by reference.

17.    The Transcript regarding Hearing Held 07/06/22 is docketed at docket #98 and is incorporated herein and proposed to be introduced by reference.

18.    The Transcript regarding Hearing Held 11/07/22 is docketed at docket #110 and is incorporated herein and proposed to be introduced by reference.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated: January 10, 2023

_____
Austin Nagel

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California  90067**

A true and correct copy of the foregoing document entitled (*specify*):  ***DECLARATION OF AUSTIN P. NAGEL IN SUPPORT OF SUPPLEMENTAL RESPONSE OF BONIAL & ASSOCIATES, PC AND THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE CWMBS INC., CHL MORTGAGE PASS  THROUGH TRUST 2006-OA5, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-OA5, AS SERVICED BY NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING TO AMENDED ORDER TO SHOW CAUSE*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **January 10, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On (*date*) **January 10, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **January 10, 2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**VIA OVERNIGHT DELIVERY**
Honorable Wayne Johnson
United States Bankruptcy Court
Central District of California
3420 Twelfth Street, Suite 384 / Courtroom 304
Riverside, CA 92501-3819

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 10, 2023 | Nancy H. Brown | */s/ Nancy H. Brown* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- *Rod Danielson (TR)    notice-efile@rodan13.com*
- *Gilbert A Diaz    gilbertdiaz@lawyer.com*
- *Shannon Johnson    shannon.johnson@jcap.com*
- *Austin P Nagel    Kim.Bellanger-Smith@BonialPC.com, Notices.Bonial@ecf.courtdrive.com*
- *Alipt Patel    apatel3@aisinfo.com*
- *Arvind Nath Rawal    arawal@aisinfo.com*
- *Cameron C Ridley    Cameron.Ridley@usdoj.gov*
- *United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov*

2. **SERVED BY UNITED STATES MAIL**:

**Debtors**
Jose L. Granados
Victoria Ann Gutierrez Vaughn
6158 Royal Diamond Court
Corona, CA  92880

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**