| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Jeffrey W. Dulberg (CA Bar No. 181200)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067<br>Telephone:  310/277-6910<br>Facsimile:  310.201.0760<br>Email:  jdulberg@pszjlaw.com<br><br>☒ *Attorney for*:  Bonial & Associates, PC | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**JAN 11 2023**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY gooch      DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -RIVERSIDE DIVISION**

| In re:<br><br>JOSE I. GRANADOS AND VICTORIA ANN GUTIERREZ VAUGHN,<br><br><div align="right">Debtors</div><br><br><div align="right">Plaintiff(s)</div><br>vs.<br><br><div align="right">Defendant(s)</div> | CASE NO.: 6:21-bk-15024-WJ<br><br>CHAPTER: 13<br><br>ADVERSARY NO.:<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]**<br><br>[No hearing required per LBR 2090-1(b)(6)] |

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2016*                                                                                                      **F 2090-1.2.ORDER.NONRES.ATTY**

The court, having reviewed the Application of the non-resident attorney to appear in a specific case under LBR 2090-1(b), and good cause appearing, orders as follows:

☒ The Application is granted and the following person may appear as requested in the above-entitled case (*specify name of applicant*):  Glenn E. Glover, Esq.

☒ Permission to appear pro hac vice is effective upon payment of the requisite fee to the United States District Court for the Central District of California.

###

Date: January 11, 2023

_____
Wayne Johnson
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2016                                                                                                                      F 2090-1.2.ORDER.NONRES.ATTY