| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Jeffrey W. Dulberg (CA Bar No. 181200)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067<br>Telephone:  310/277-6910<br>Facsimile:  310.201.0760<br>Email:  jdulberg@pszjlaw.com | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**JAN 11 2023**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY gooch    DEPUTY CLERK** |

☒ *Attorney for*:  Bonial & Associates, PC

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -RIVERSIDE DIVISION**

| In re:<br><br>JOSE I. GRANADOS and<br>VICTORIA ANN GUTIERREZ VAUGHN,<br><br>                                                              Debtors<br><br>                                                              Plaintiff(s)<br>vs.<br><br><br><br>                                                              Defendant(s) | CASE NO.: 6:21-bk-15024-WJ<br>CHAPTER: 13<br>ADVERSARY NO.:<br><br>**ORDER ON APPLICATION OF**<br>**NON-RESIDENT ATTORNEY TO APPEAR IN**<br>**A SPECIFIC CASE [LBR 2090-1(b)]**<br><br>[No hearing required per LBR 2090-1(b)(6)] |

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2016*                                                                                                                F 2090-1.2.ORDER.NONRES.ATTY

DOCS_LA:346856.1 10224/001

The court, having reviewed the Application of the non-resident attorney to appear in a specific case under LBR 2090-1(b), and good cause appearing, orders as follows:

☒  The Application is granted and the following person may appear as requested in the above-entitled case (*specify name of applicant*):  Louis M. Phillips, Esq.

☒  Permission to appear pro hac vice is effective upon payment of the requisite fee to the United States District Court for the Central District of California.

###

Date: January 11, 2023

_Wayne Johnson_
Wayne Johnson
United States Bankruptcy Judge

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2016*                                                                 F 2090-1.2.ORDER.NONRES.ATTY

DOCS_LA:346856.1 10224/001