Louis M. Phillips (LA State Bar No. 10505)
*Pro Hac Vice Pending*
KELLY HART & PITRE
301 Main Street, Suite 1600
Baton Rouge, LA 70801
Telephone: 225/381-9643
Facsimile: 225/338-5308
Email: louis.phillips@kellyhart.com

Jeffrey W. Dulberg (State Bar No. 181200)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: jdulberg@pszjlaw.com

Attorneys for Bonial & Associates, PC

Glenn E. Glover (AL State Bar No. 2983G53G)
*Pro Hac Vice Pending*
BRADLEY ARANT BOULT CUMMINGS LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203
Phone: (205) 521-8000
Facsimile: (205) 488-6647
Email: gglover@bradley.com

Attorney for Newrez LLC d/b/a Shellpoint Mortgage Servicing

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

| | |
|---|---|
| In re: | Case No. 6:21-bk-15024-WJ |
| JOSE I. GRANADOS AND VICTORIA ANN GUTIERREZ VAUGHN, | Chapter 13 |
| Debtors. | **SUBMISSION OF CORRECTED SIGNATURE PAGE TO DECLARATION OF MELBA ARREDONDO IN SUPPORT OF SUPPLEMENTAL RESPONSE OF BONIAL & ASSOCIATES, PC AND THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE CWMBS INC., CHL MORTGAGE PASS-THROUGH TRUST 2006-OA5, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-OA5, AS SERVICED BY NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING TO AMENDED ORDER TO SHOW CAUSE** |
| | **[Relates to Docket No. 115]** |

DOCS_LA:346887.1 10224/001

|  |  |
|---|---|
|  | Hearing |
|  | Date: January 24, 2023 |
|  | Time: 10:00 a.m. |
|  | Location: U.S. Bankruptcy Court |
|  | Courtroom 304 |
|  | 3420 Twelfth Street |
|  | Riverside, CA 92501 |
|  | Judge: Hon. Wayne E. Johnson |

Attached hereto as Exhibit "A" is the corrected signature page of Melba Arredondo to the *Declaration of Melba Arredondo In Support of Supplemental Response of Bonial & Associates, PC and the Bank Of New York Mellon fka The Bank Of New York, as Trustee for the Certificate Holders of the Cwmbs Inc., CHL Mortgage Pass-Through Trust 2006-OA5, Mortgage Pass Through Certificates, Series 2006-OA5, As Serviced By Newrez LLC d/b/a Shellpoint Mortgage Servicing to Amended Order to Show Cause* [Docket No. 115].

Dated: January 11, 2023

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Jeffrey W. Dulberg*
Jeffrey W. Dulberg (State Bar No. 181200)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail:  jdulberg@pszjlaw.com

*Attorneys for Bonial & Associates, PC*

3

DOCS_LA:346887.1 10224/001

# EXHIBIT A

1  I declare under penalty of perjury of the laws of the United States that the foregoing is true
2  and correct.
3  Dated: January 11, 2023

_____
Melba Arredondo

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California  90067**

A true and correct copy of the foregoing document entitled (*specify*):  **SUBMISSION OF CORRECTED SIGNATURE PAGE TO DECLARATION OF MELBA ARREDONDO IN SUPPORT OF SUPPLEMENTAL RESPONSE OF BONIAL & ASSOCIATES, PC AND THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE CWMBS INC., CHL MORTGAGE PASS-THROUGH TRUST 2006 OA5, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-OA5, AS SERVICED BY NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING TO AMENDED ORDER TO SHOW CAUSE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **January 11, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:  On (*date*) **January 11, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **January 11, 2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**<u>VIA OVERNIGHT DELIVERY</u>**
Honorable Wayne Johnson
United States Bankruptcy Court
Central District of California
3420 Twelfth Street, Suite 384 / Courtroom 304
Riverside, CA 92501-3819

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 11, 2023 | Nancy H. Brown | */s/ Nancy H. Brown* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                               **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:346881.1 10224/001

Main Document    Page 6 of 6

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- *Rod Danielson (TR)    notice-efile@rodan13.com*
- *Gilbert A Diaz    gilbertdiaz@lawyer.com*
- *Shannon Johnson    shannon.johnson@jcap.com*
- *Austin P Nagel    Kim.Bellanger-Smith@BonialPC.com, Notices.Bonial@ecf.courtdrive.com*
- *Alipt Patel    apatel3@aisinfo.com*
- *Arvind Nath Rawal    arawal@aisinfo.com*
- *Cameron C Ridley    Cameron.Ridley@usdoj.gov*
- *United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov*

**2.** **SERVED BY UNITED STATES MAIL**:

**Debtors**
Jose L. Granados
Victoria Ann Gutierrez Vaughn
6158 Royal Diamond Court
Corona, CA  92880

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                                     **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:346881.1 10224/001