United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 21-15024-WJ |
| Jose L Granados | Chapter 13 |
| Victoria Ann Gutierrez Vaughn | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 11, 2023 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Jose L Granados, Victoria Ann Gutierrez Vaughn, 6158 Royal Diamond Ct, Corona, CA 92880-8873 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2023       Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alipt Patel | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. apatel3@aisinfo.com |
| Arvind Nath Rawal | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A., c/o AIS Portfolio Services, LP arawal@aisinfo.com |
| Austin P Nagel | on behalf of Creditor The Bank Of New York Mellon Kim.Bellanger-Smith@BonialPC.com Notices.Bonial@ecf.courtdrive.com |
| Austin P Nagel | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for The Certificateholders of the CWMBS Inc., CHL Mortgage Pass-Through Trust 2006-OA5, Mortgage Pass Through Certificates, Series 2006 Kim.Bellanger-Smith@BonialPC.com, Notices.Bonial@ecf.courtdrive.com |
| Cameron C Ridley | |

District/off: 0973-6 | User: admin | Page 2 of 2

Date Rcvd: Jan 11, 2023 | Form ID: pdf042 | Total Noticed: 1

on behalf of U.S. Trustee United States Trustee (RS) Cameron.Ridley@usdoj.gov

Gilbert A Diaz
on behalf of Debtor Jose L Granados gilbertdiaz@lawyer.com

Gilbert A Diaz
on behalf of Joint Debtor Victoria Ann Gutierrez Vaughn gilbertdiaz@lawyer.com

Jeffrey W Dulberg
on behalf of Creditor Bonial & Associates  PC jdulberg@pszjlaw.com

Rod Danielson (TR)
notice-efile@rodan13.com

Shannon Johnson
on behalf of Creditor Jefferson Capital Systems LLC shannon.johnson@jcap.com

United States Trustee (RS)
ustpregion16.rs.ecf@usdoj.gov

TOTAL: 11

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Jeffrey W. Dulberg (CA Bar No. 181200)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067<br>Telephone:  310/277-6910<br>Facsimile:  310.201.0760<br>Email:  jdulberg@pszjlaw.com<br><br>☒ *Attorney for*:  Bonial & Associates, PC | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>JAN 11 2023<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** gooch    **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -RIVERSIDE DIVISION**

| In re:<br><br>JOSE I. GRANADOS and<br>VICTORIA ANN GUTIERREZ VAUGHN,<br><br>                                                  Debtors<br><br>                                                  Plaintiff(s)<br>                         vs.<br><br><br><br><br><br>                                                  Defendant(s) | CASE NO.: 6:21-bk-15024-WJ<br>CHAPTER: 13<br>ADVERSARY NO.:<br><br>**ORDER ON APPLICATION OF**<br>**NON-RESIDENT ATTORNEY TO APPEAR IN**<br>**A SPECIFIC CASE [LBR 2090-1(b)]**<br><br><br>[No hearing required per LBR 2090-1(b)(6)] |

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2016*                                                                                                                F 2090-1.2.ORDER.NONRES.ATTY

DOCS_LA:346856.1 10224/001

The court, having reviewed the Application of the non-resident attorney to appear in a specific case under LBR 2090-1(b), and good cause appearing, orders as follows:

☒ The Application is granted and the following person may appear as requested in the above-entitled case (*specify name of applicant*):  Louis M. Phillips, Esq.

☒ Permission to appear pro hac vice is effective upon payment of the requisite fee to the United States District Court for the Central District of California.

###

Date: January 11, 2023

_____
Wayne Johnson
United States Bankruptcy Judge

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2016*  F 2090-1.2.ORDER.NONRES.ATTY

DOCS_LA:346856.1 10224/001