ORIGINAL

# United States Bankruptcy Court
## Central District of California
Riverside
Wayne Johnson, Presiding
Courtroom 304 Calendar

---

**Tuesday, January 24, 2023**  **Hearing Room  304**

**10:00 AM**
**6:21-15024**   Jose L Granados and Victoria Ann Gutierrez Vaughn   **Chapter 13**

#1.00   Confirmation of Chapter 13 Plan

FROM: 4-20-22, 7-25-22, 9-26-22, 11-7-22

Docket   0

*[Handwritten appearances:]*
G. DIAZ
B. KELLY
A. FEUERSTEIN
J. DUCHBER
G. GLOVER
A. NAGEL
R. SHIELDS
H. BONIAL

**Matter Notes:**

PRESENT: For Chapter 13 Trustee: Bridget Kelly  For Debtor:

( )   Plan confirmed.

( )   Confirmation denied. Case dismissed without prejudice.

( )   Confirmation denied.
Case Dismissed with a 180 day bar to refiling pursuant to 11 U.S.C. § 109(g).

( )   Confirmation hearing continued. See next pages for a court order with the date and time of the continuance and additional terms of the continuance.

(X)   Continued to  **4/24/23**  at ~~2:30 p.m.~~ **11:00 AM.**

**Tentative Ruling:**

| **Party Information** |
|---|

**Debtor(s):**

Jose L Granados       Represented By
                      Gilbert A Diaz

**Joint Debtor(s):**

Victoria Ann Gutierrez Vaughn   Represented By
                                Gilbert A Diaz

# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

| Tuesday, January 24, 2023 | Hearing Room | 304 |

**10:00 AM**
**CONT...**     Jose L Granados and Victoria Ann Gutierrez Vaughn                                    Chapter 13

**Trustee(s):**
   Rod Danielson (TR)                                    Pro Se