# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

**Tuesday, January 24, 2023**　　　　　　　　　　　　　　　　　　　　　　　　　　　　Hearing Room　304

**10:00 AM**
**6:21-15024**　　Jose L Granados and Victoria Ann Gutierrez Vaughn　　　　　　　　Chapter 13

#2.00　　Hrg re status conference regarding confirmation of the chapter 13 plan

　　　　FROM: 4-4-22, 7-25-22, 9-26-22, 11-7-22

　　　　　　　　　Docket　　0

*[Handwritten right margin:]*
G. Diaz
B. Kelly
A. Feuerstein
J. Duthber
G. Glover
A. Nagel
K. Shields
H. Bonial

**Matter Notes:**

　　PRESENT:
　　_____

　　Counsel for the Debtor(s):
　　_____

　　( )　The status conference is concluded.

　　(X)　The status conference is continued to _4/24/23 at 11 a.m._
　　Counsel for the debtors shall appear at the next status conference but the debtors are not required to appear.

　　( )　The status conference is continued to _____.
　　Debtors are ordered to appear at the next status conference.

　　( )　Off calendar

　　( )　_____
　　_____
　　_____

**Tentative Ruling:**

| Party Information |
|---|

**Debtor(s):**

　　Jose L Granados　　　　　　　　　　　　　　　Represented By

# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

| | |
|---|---|
| **Tuesday, January 24, 2023** | **Hearing Room   304** |

**10:00 AM**
**CONT...**     Jose L Granados and Victoria Ann Gutierrez Vaughn                                    **Chapter 13**
                                            Gilbert A Diaz

**Joint Debtor(s):**

   Victoria Ann Gutierrez Vaughn          Represented By
                                                                            Gilbert A Diaz

**Trustee(s):**

   Rod  Danielson (TR)          Pro Se