# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

**Tuesday, January 24, 2023**　　　　　　　　　　　　　　　　　　　　　**Hearing Room   304**

**10:00 AM**
**6:21-15024**　　Jose L Granados and Victoria Ann Gutierrez Vaughn　　　　　　　**Chapter 13**

　　#3.00　　Hrg re order to show casue regarding sanctions (1) Bonial & Associates, P.C. and (2) Newrez LLC dba Shellpointg Mortgage

　　　　　　FROM: 11-7-22

　　　　　　　　　　　　　　Docket　　　0

*[Handwritten:]*
G. Diaz
B. Kelly
A. Feuerstein
J. Dulhber
G. Glover
A. Nagel
K. Shields
H. Bonial

**Matter Notes:**

　　PRESENT:

　　Counsel for the Debtor(s):

　　_____

　　_____

(　) Vacated. Matter is moot due to dismissal or conversion of case.

(✓) Continued to _4/24/23 at 11 a.m._ .

(　) Prevailing party shall prepare an order.

(　) Chambers shall prepare an order.

**Tentative Ruling:**
　- NONE LISTED -

| **Party Information** |
|---|

**Debtor(s):**

　　Jose L Granados　　　　　　　　　　　Represented By
　　　　　　　　　　　　　　　　　　　　　　Gilbert A Diaz

# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

**Tuesday, January 24, 2023**      Hearing Room    **304**

<u>10:00 AM</u>
**CONT...**     **Jose L Granados and Victoria Ann Gutierrez Vaughn**     **Chapter 13**

**Joint Debtor(s):**

    Victoria Ann Gutierrez Vaughn        Represented By
                                                Gilbert A Diaz

**Trustee(s):**

    Rod Danielson (TR)                   Pro Se