**FILED & ENTERED**

**FEB 02 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gooch     DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>JOSE L. GRANADOS and<br>VICTORIA ANN GUTIERREZ VAUGHN,<br><br>　　　　　　　Debtors. | Case No.: 6:21-bk-15024-WJ<br><br>CHAPTER 13<br><br>**SCHEDULING ORDER**<br><br>Hearing:<br>Date:　　January 24, 2023<br>Time:　　10:00 a.m.<br>Crtm:　　304 |

On January 24, 2023, the Court held a continued confirmation hearing in this case. For the reasons discussed on the record, the Court hereby ORDERS as follows:

1. The confirmation hearing and the status conference are continued to April 24, 2023 at 11:00 a.m. Counsel for the debtors shall file and serve a notice of the continuance no later than February 9, 2023.

2. No later than April 3, 2023, the debtors shall file a secured debt payment history declaration demonstrating that they have made all monthly post-petition mortgage payments from the petition date through April 2023.

3. If the trustee supports confirmation then, after the debtors file the required pleading, the chapter 13 trustee should file, no later than April 10, 2023, a pleading stating as much and attach a worksheet with the proposed terms of confirmation. If the chapter 13 trustee does not support confirmation then, no later than April 10, 2023, the trustee should file a motion requesting dismissal which states all grounds for dismissal and includes a declaration in support of the motion. If the debtors have not made all post-petition mortgage or rent payments for all post-petition months, the trustee normally requests dismissal of the case. If, for any reason, the trustee does not do so, the proposed terms of confirmation must (a) include provisions to cure all post-petition arrearages (as well as any pre-petition arrearage) and (b) provide for conduit payments for the monthly payments for the rest of the case.

4. The deadline for the debtors to respond to the trustee's pleading is April 17, 2023. If the trustee seeks dismissal, the debtors should file an opposition brief to the dismissal motion. If the trustee recommends confirmation, the debtors should state whether the debtors agree with the terms of confirmation proposed by the trustee.

5. The Court will review the pleadings and may issue a ruling without holding hearings on April 24, 2023 that (a) confirms the chapter 13 plan, (b) continues the matter, (c) dismisses the case or (d) grants other relief depending on various factors including, but not limited to, whether or not an agreement exists regarding confirmation, and whether or not the debtors have timely made payments and provided documents to the trustee during the case.  If no order is entered prior to April 24, 2023, all parties should check the Court's posted calendar the day before April 24, 2023.

IT IS SO ORDERED.

###

Date: February 2, 2023

*Wayne Johnson*
Wayne Johnson
United States Bankruptcy Judge