# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

| | |
|---|---|
| **Wednesday, February 22, 2023** | **Hearing Room 304** |

**2:30 PM**

**6:21-15024**  Jose L Granados and Victoria Ann Gutierrez Vaughn    **Chapter 13**

#20.00   Motion for relief from stay

CAPITAL ONE AUTO FINANCE VS DEBTORS

Property: 2021 Nissan Sentra SR Sedan 4D
[Personal Prop] Marjorie M. Johnson, attorney/movant

Docket    122
\*\*\* VACATED \*\*\*    REASON: SCHEDULING ORDER ENTERED 2-16-23

**Matter Notes:**
- NONE LISTED -

**Tentative Ruling:**
- NONE LISTED -

### Party Information

**Debtor(s):**

| | |
|---|---|
| Jose L Granados | Represented By<br>Gilbert A Diaz |

**Joint Debtor(s):**

| | |
|---|---|
| Victoria Ann Gutierrez Vaughn | Represented By<br>Gilbert A Diaz |

**Movant(s):**

| | |
|---|---|
| Capital One Auto Finance, a division | Represented By<br>Marjorie M Johnson |

# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

| Wednesday, February 22, 2023 | Hearing Room 304 |
|---|---|

**2:30 PM**
**CONT...** Jose L Granados and Victoria Ann Gutierrez Vaughn — Chapter 13

**Trustee(s):**
    Rod Danielson (TR)        Pro Se