United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 21-15024-WJ |
| Jose L Granados | Chapter 13 |
| Victoria Ann Gutierrez Vaughn | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 14, 2023 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jose L Granados, Victoria Ann Gutierrez Vaughn, 6158 Royal Diamond Ct, Corona, CA 92880-8873 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2023       Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2023 at the address(es) listed below:

| **Name** | **Email Address** |
|---|---|
| Alipt Patel | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. apatel3@aisinfo.com |
| Arvind Nath Rawal | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A., c/o AIS Portfolio Services, LP arawal@aisinfo.com |
| Austin P Nagel | on behalf of Creditor The Bank Of New York Mellon Kim.Bellanger-Smith@BonialPC.com Notices.Bonial@ecf.courtdrive.com |
| Austin P Nagel | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for The Certificateholders of the CWMBS Inc., CHL Mortgage Pass-Through Trust 2006-OA5, Mortgage Pass Through Certificates, Series 2006 Kim.Bellanger-Smith@BonialPC.com, Notices.Bonial@ecf.courtdrive.com |
| Cameron C Ridley | |

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 14, 2023 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of U.S. Trustee United States Trustee (RS) Cameron.Ridley@usdoj.gov |
| Cheryl A Skigin | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. ca.ecf@aislegaltrac.com, caskigin@earthlink.net |
| Gilbert A Diaz | on behalf of Joint Debtor Victoria Ann Gutierrez Vaughn gilbertdiaz@lawyer.com |
| Gilbert A Diaz | on behalf of Debtor Jose L Granados gilbertdiaz@lawyer.com |
| Jeffrey W Dulberg | on behalf of Creditor Bonial & Associates  PC jdulberg@pszjlaw.com |
| Marjorie M Johnson | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. mmjesq@yahoo.com, ca.ecf@aislegaltrac.com |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| Shannon Johnson | on behalf of Creditor Jefferson Capital Systems LLC shannon.johnson@jcap.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 13

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Cheryl A. Skigin<br>Law Office of Cheryl A. Skigin<br>8502 E Chapman Ave. #616<br>Orange, California 92869<br>Telephone: 714.273.0210<br>Facsimile: 714:242.2077<br>caskigin@earthlink.net<br><br>☒ *Attorney for Movant*<br>☐ *Movant appearing without an attorney* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>MAR 14 2023<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** gooch    **DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION**

| In re:<br><br>VICTORIA ANN GUTIERREZ VAUGHN and<br>JOSE L GRANADOS,<br><br>                                    Debtors. | CASE NO.: 6:21-bk-15024-WJ<br>CHAPTER: 13<br><br>**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**<br>**(PERSONAL PROPERTY)** |
|---|---|
| | Date:    February 22, 2023<br>Time:    2:30 p.m.<br>Crtrm.:   304 |

Movant: Capital One Auto Finance, a division of Capital One, N.A.

1. The Motion was:    ☐ Opposed    ☒ Unopposed    ☐ Settled by stipulation

2. The Motion affects the following personal property (Property):

   ☒ Vehicle (*year, manufacturer, type and model*): 2021 Nissan Sentra SR Sedan 4D

   *Vehicle identification number*: 3N1AB8DV0MY288197
   *Location of vehicle* (*if known*): Debtor

   ☐ Equipment (*manufacturer, type, and characteristics*):

   *Serial number(s)*:
   *Location* (*if known*):

   ☐ Other personal property (*type, identifying information, and location*):

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*                                                    Page 1                                      **F 4001-1.RFS.PP.ORDER**

☐ See Exhibit _____ attached to the Motion.

3. The Motion is granted under:

   a. ☒ 11 U.S.C. § 362(d)(1)

   b. ☒ 11 U.S.C. § 362(d)(2)

4. ☒ As to Movant, its successors, transferees and assigns, the stay of 11 U.S.C. § 362(a) is:

   a. ☒ Terminated as to the Debtor and the Debtor's bankruptcy estate.

   b. ☐ Modified or conditioned as set for the in Exhibit _____ to this order.

   c. ☐ Annulled retroactively to the bankruptcy petition date. Any postpetition acts taken by Movant to enforce its remedies regarding the Property do not constitute a violation of the stay.

5. ☒ Movant may enforce its remedies to repossess or otherwise obtain possession and dispose of the Property in accordance with applicable nonbankruptcy law but may not pursue any deficiency claim against the Debtor or property of the estate except by filing a proof of claim pursuant to 11 U.S.C. § 501.

6. ☒ In chapter 13 cases, the trustee must not make any further payments on account of Movant's secured claim after entry of this order. The secured portion of Movant's claim is deemed withdrawn upon entry of this order without prejudice to Movant's right to file an amended unsecured claim for any deficiency. Absent a stipulation or order to the contrary, Movant must return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this order.

7. ☒ The 14-day stay provided by FRBP 4001(a)(3) is waived.

###

Date: March 14, 2023

_Wayne Johnson_
Wayne Johnson
United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014                                    Page 2                              F 4001-1.RFS.PP.ORDER