UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

In re:

JOSE L GRANADOS and

VICTORIA ANN GUTIERREZ VAUGHN

Case No.: 6:21-bk-15024-WJ

**DECLARATION OF DEBTORS REGARDING SECURED DEBT PAYMENT HISTORY**

Confirmation Hearing
Date:   April 24, 2023
Time:   11:00 a.m.
Crtm:   Courtroom 302
        United States Bankruptcy Court
        Central District of California
        3420 Twelfth Street
        Riverside, CA 92501

DECLARATION OF JOSE L GRANADOS AND VICTORIA ANN GUTIERREZ VAUGHN

We, Jose Granados and Victoria Ann Gutierrez Vaughn, declare:

1. We are the debtors in this Chapter 13 bankruptcy case filed on September 21, 2021 (converted from a Chapter 7).

---

1

Secured Debt Payment History Declaration

2. The assets in this bankruptcy case include the real property located at the following street address: 6158 Royal Diamond Ct., Corona, CA 92880 ("Property"). We have listed the Property on Schedule A with a value of $723,000.00.

3. The Property is our current residence.

4. The Property is encumbered by the following deeds of trust:

   a. First deed of trust in favor of Shellpoint.

      i. The current amount owed is $378,391.38.

      ii. The monthly mortgage payment is currently $3,609.15.

      iii. The unpaid, accrued arrearage is $0.00.

   b. Second deed of trust in favor of Real Time Resolutions, Inc.

      i. The current amount owed is $97,985.75.

      ii. The monthly mortgage payment is currently $742.30 starting November 2021.

      iii. The unpaid, accrued arrearage is $0.00.

5. During Each of the months listed below, we made the following payments:

| Month | Amount paid to 1st Lienholder | Amount Paid to 2nd Lienholder |
|---|---|---|
| October 2021 | 3545.25 | 694.83 |
| November 2021 | 3545.25 | 742.30 |
| December 2021 | 3545.25 | 742.30 |
| January 2022 | 3545.25 | 742.30 |
| February 2022 | 3545.25 | 742.30 |
| March 2022 | 3545.25 | 742.30 |
| April 2022 | 3545.25<br>3545.25 | 742.30 |
| May 2022 | 3545.25 | 742.30 |
| June 2022 | 3432.39 | 742.30 |

Secured Debt Payment History Declaration

| | | |
|---|---|---|
| July 2022 | 3432.39 | 742.30 |
| August 2022 | 3432.39 | 742.30 |
| September 2022 | 3432.39 | 742.30 |
| October 2022 | 3432.39 | 742.30 |
| November 2022 | 3432.39 | 742.30 |
| December 2022 | 3432.39 | 742.30 |
| January 2023 | 3432.39 | 742.30 |
| February 2023 | 3609.15 | 742.30 |
| March 2023 | 3609.15 | 742.30 |
| April 2023 | 3609.15 | 742.30 (to be paid as required by April 27, 2023) |

6. Attached to this declaration are true and correct copies of proof of any and all payments made from October 2021 through April 2023.

7. In 2021, our total income from all sources was $177,916.00.

8. Our total income from 2022 from all sources is $162,325.32.

9. Our total income from 2023 from all sources is $18,649.98 as of the date of this declaration.

We declare under penalty of perjury that the foregoing is true and correct.

Dated: 3/30/2023

Jose L Granados

Dated: 3/30/2023

Victoria Ann Gutierrez Vaughn

# Checking ...4241

Available balance as of April 3, 2:49 p.m.

⋮ Account options

## PENDING

| | | |
|---|---|---|
| Phone Authorized Pmt Newrez-shellpoin | | $3,609.15 |
| Pending 04/03/2023 | | |

## COMPLETED

| Mobile Banking Transfer Deposit 04/02 5954 | +$100.00 |
|---|---|
| 04/03/2023 | $3,655.81 |

| Mobile Banking Transfer Deposit 04/01 5954 | +$1,000.00 |
|---|---|
| 04/03/2023 | $3,555.81 |

| Atm Withdrawal 03/31 Card 0165 | $300.00 |
|---|---|
| 03/31/2023 | $2,555.81 |

| Birch Lending | $133.61 |
|---|---|
| 03/31/2023 | $2,855.81 |

| Ups | +$2,581.33 |
|---|---|
| 03/31/2023 | $2,989.42 |

| State Farm | $332.90 |
|---|---|
| 03/30/2023 | $408.09 |

Pay bills & transfer | Deposit a check |  Assistant | Zelle Send money | Products & offers



JOSE LUIS GRANADOS
VICTORIA GUTIERREZ VAUGHN
6158 ROYAL DIAMOND CT
EASTVALE CA 92880-8873

Uni-Statement
Account Number:

Statement Period:
Feb 16, 2023
through
Mar 15, 2023

Page 5 of 6

# EASY CHECKING (CONTINUED)
U.S. Bank National Association  **Account Number 1-575-1515-4241**

**Card Withdrawals (continued)**
Card Number: xxxx-xxxx-xxxx-0165

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| | | Card 0165 Withdrawals Subtotal | $ | 3,768.59- |
| | | Total Card Withdrawals | $ | 3,780.54- |

**Other Withdrawals**

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Feb 16 | Electronic Withdrawal<br>REF=230460122209140N00 | To CAPITAL ONE AUTO<br>9541719806CARPAY   006208811884709 | | $  512.46- |
| Feb 16 | Electronic Withdrawal<br>REF=230470101667160N00SD | To NEWREZ-SHELLPOIN<br>6371542226ACH PMT   0520604549 | | 3,609.15- |
| Mar 2 | Electronic Withdrawal<br>REF=230600139379080N00 | To CAPITAL ONE AUTO<br>9541719806CARPAY   006208811884709 | | 512.46- |



JOSE LUIS GRANADOS
VICTORIA GUTIERREZ VAUGHN
6158 ROYAL DIAMOND CT
EASTVALE CA 92880-8873

**U.S. Bank** Uni-Statement
Account Number:

Statement Period:
Feb 16, 2023
through
Mar 15, 2023

Page 6 of 6

## EASY CHECKING (CONTINUED)
U.S. Bank National Association                                          Account Number 1-575-1515-4241

**Other Withdrawals (continued)**

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|
| Mar 13 | Electronic Withdrawal     To NEWREZ-SHELLPOIN<br>REF=230720157379140N00SD     6371542226ACH PMT  0520604549 | | 3,609.15- |
| | | **Total Other Withdrawals** $ | **13,557.62-** |

**Checks Presented Conventionally**

| Check | Date | Ref Number | Amount |
|---|---|---|---|
| 10391 | Feb 27 | 8015435697 | 742.30 |
| | | **Conventional Checks Paid (1)** $ | **742.30-** |



**Balance Summary**

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Feb 16 | 2,095.93 | Feb 27 | 611.63 | Mar 7 | 52.84 |
| Feb 17 | 1,887.43 | Feb 28 | 84.52 | Mar 8 | 205.87 |
| Feb 21 | 265.05 | Mar 1 | 736.58 | Mar 10 | 151.45 |
| Feb 22 | 425.75 | Mar 2 | 249.86 | Mar 13 | 100.31 |
| Feb 23 | 216.11 | Mar 3 | 238.61 | Mar 14 | 99.32 |
| Feb 24 | 164.00 | Mar 6 | 354.57 | Mar 15 | 50.62 |

Balances only appear for days reflecting change.