Austin P. Nagel, SBN 118247
Kirsten Martinez, SBN 310674
Bonial & Associates, P.C.
3160 Crow Canyon Place, Suite 215
San Ramon, California 94583
Telephone: (213) 863-6010
Fax: (213) 863-6065
Austin.Nagel@BonialPC.com
Kirsten.Martinez@BonialPC.com

Attorney for The Bank of New York
Mellon FKA The Bank of New York,
as Trustee for The Certificateholders of the
CWMBS Inc., CHL Mortgage Pass-Through
Trust 2006-OA5, Mortgage Pass Through
Certificates, Series 2006-OA5, as serviced by
NewRez LLC d/b/a Shellpoint Mortgage Servicing

# UNITED STATES BANKRUPTCY COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| In re:<br><br>Jose L. Granados and Victoria Ann Gutierrez Vaughn,<br><br><br><br><br><br><br><br>Debtors | Case No. 6:21-bk-15024-WJ<br><br>Chapter 13<br><br>**STIPULATION RESOLVING PLAN OBJECTION AND OBJECTION TO CLAIM**<br><br><u>Hearing</u>:<br>Date:   April 24, 2023<br>Time:  11:00 AM<br>Place:  Courtroom 304<br>           3420 Twelfth Street<br>           Riverside, CA 92501 |
|---|---|

**TO THE HONORABLE WAYNE E. JOHNSON, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTORS, DEBTORS' COUNSEL, THE TRUSTEE, AND OTHER INTERESTED PARTIES:**

The Bank of New York Mellon FKA The Bank of New York, as Trustee for The Certificateholders of the CWMBS Inc., CHL Mortgage Pass-Through Trust 2006-OA5, Mortgage Pass

1  Through Certificates, Series 2006-OA5, as serviced by NewRez LLC d/b/a Shellpoint Mortgage
2  Servicing ("Shellpoint") and Jose Granados and Victoria Ann Gutierrez Vaughn (collectively, the
3  "Debtors" and the Debtors collectively with Shellpoint, the "Parties"), by and through their respective
4  undersigned counsel, hereby stipulate to the following facts (the "Stipulation") regarding the status of
5  the mortgage loan (the "Loan") that is the subject of Proof of Claim Nos. 19-1 and 19-2 (the "Claim")
6  filed in the Debtor's Chapter 13 bankruptcy case by Shellpoint.

The Parties are attaching a proposed Order as **Exhibit A** for the Court's review and entry approving this Stipulation. If approved by this Court, this Stipulation fully and finally resolves all matters between the Parties raised in Shellpoint's Objection To Confirmation of Chapter 13 Plan [Doc. 53] and the Debtors' Objection To Proof Of Claim #19-Shellpoint Mortgage [Doc. 64], in addition to resolving all matters between this Court and Shellpoint in the Court's Order To Show Cause Regarding Sanctioning (1) Bonial & Associates, P.C. And Newrez LLC d/b/a/ Shellpoint Mortgage [Doc. 90] (the "Show Cause Order").

1. As of March 20, 2023, the Loan is due for the April 1, 2023 payment of $3,609.15, which payment consists of $2,916.51 for principal and interest and $692.64 for escrow.

2. The monthly payment on the Loan will change effective with the May 1, 2023 payment because of a change in the monthly escrow amount due that results from a recent escrow analysis. The monthly escrow payment due for the May 1, 2023 payment is $953.63 (the "New Escrow Payment").

3. The New Escrow Payment was calculated by a recent escrow analysis (the "New Escrow Analysis") performed by Shellpoint utilizing a May 2023-April 2024 "escrow account computation period" (as defined under RESPA). The New Escrow Payment consists of two parts: (a) a monthly "base" payment of $902.12 (the "New Base Payment") and (b) an additional monthly payment of $51.51 (the "New Shortage Payment").

4. The New Base Payment was calculated by projecting the total amount of taxes and insurances to be paid during the May 2023-April 2024 escrow account computation period in the amount of $10,825.46 and dividing $10,825.46 by 12 months.

5. The New Shortage Payment was calculated in two steps. First, Shellpoint identified the $3,090.31 difference between (a) the RESPA "target balance" of $2,231.12 that was identified in the

1   New Escrow Analysis and (b) the anticipated negative ($859.19) balance in the Debtors' escrow account
2   as of April 30, 2023, which negative ($859.19) amount reflects a $2,500 credit to the Debtor's escrow
3   account made on February 3, 2023 to remedy any harm suffered by the Debtors on account of the matters
4   raised by Debtors in these proceedings, and which $2,500 credit the Parties agreed to and the Court
5   tentatively approved at the January 24, 2023 continued hearing on the Show Cause Order.  Second,
6   Shellpoint divided this $3,090.31 difference by 60 months to reach the New Shortage Payment of $51.51.

7       6.   As of March 15, 2023, there are no fees, expenses or charges currently owing on the Loan
8   the payment of which is the Debtors' obligation.

9       7.   For the sake of clarity, Shellpoint's Claim asserts no prepetition arrearage on the Loan.
10  Respectfully submitted this the 7th day of April 2023.

**APPROVED AS TO FORM AND CONTENT:**

Dated: 4/6/23

*(signed)*
Gilbert A. Diaz
Law Office of Gilbert A. Diaz, Jr.
3682 Main Street, Suite 325
Riverside, California 92501
Phone: (951) 682-1245
gilbertdiaz@lawyer.com
Attorney for Debtor

Dated: 4/10/23

*(signed)*
Glenn E. Glover
Admitted Pro Hac Vice
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203
Phone: (205) 521-8000
gglover@bradley.com
Attorney for Shellpoint

**AGREED AS TO FORM:**

Dated: 4/10/2023

   /s/Austin P Nagel
Austin P. Nagel
Attorney for Shellpoint

**AGREED TO AND ACKNOWLEDGED BY:**

Dated: 4-6-2023

*(signed)*
Jose Granados

Dated: 4-6-2023

*(signed)*
Victoria Ann Gutierrez Vaughn

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**14841 Dallas Parkway, Suite 425**
**Dallas, Texas 75254**

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION RESOLVING PLAN OBJECTION AND OBJECTION TO CLAIM** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **April 11, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

*U.S. Trustee*
ustpregion16.rs.ecf@usdoj.gov

*Trustee*
Rod Danielson
Notice-efile@rodan13.com

*Debtors' Attorney*
Gilbert A. Diaz
gilbertdiaz@lawyer.com

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) **April 11, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*U.S. Bankruptcy Court Judge*
Honorable Wayne E. Johnson
3420 Twelfth Street, Suite 384
Riverside, CA 92501-3819

*Debtors*
Jose L. Granados
Victoria Ann Gutierrez Vaughn
6158 Royal Diamond Ct
Corona, CA 92880

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 11, 2023 | **Corey Banks** | */s/Corey Banks* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

7768-N-6774

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*                                                                                                 **F 9013-3.1.PROOF.SERVICE**