**FILED & ENTERED**

**APR 13 2023**

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gooch    DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>JOSE L. GRANADOS and<br>VICTORIA ANN GUTIERREZ VAUGHN,<br><br>Debtors. | Case No.: 6:21-bk-15024-WJ<br><br>CHAPTER 13<br><br>**ORDER REGARDING STIPULATION RESOLVING PLAN OBJECTION AND OBJECTION TO CLAIM**<br><br>Hearing:<br>Date:   April 24, 2023<br>Time:   11:00 a.m.<br>Crtrm.: 304 |

1    The Court has reviewed the "Stipulation Resolving Plan Objection and Objection to Claim" filed on April 11, 2023 as docket #141.  The Court construes the stipulation (in particular, paragraph 6) as (among other things) waiving any right of Shellpoint to charge the debtors any attorneys fees and costs that have been incurred prior to entry of this order that are related to this bankruptcy case and the disputes arising in this bankruptcy case.  With that understanding, the Court is prepared to take off calendar the hearing regarding the Show Cause Order.  The Court thanks the parties for resolving the matter.

Therefore, the Court hereby ORDERS as follows:

1.    The matter is deemed resolved by the parties pursuant to the terms of the stipulation. The hearing regarding the Show Cause Order currently set for April 24, 2023 at 11:00 a.m. is hereby vacated.  If Shellpoint ever attempts to charge the debtors for any legal fees related to this bankruptcy case arising prior to entry of this order, the debtors may file a notice of hearing to restore the Show Cause Order to calendar.

IT IS SO ORDERED.

###

Date: April 13, 2023

Wayne Johnson
United States Bankruptcy Judge