**FILED & ENTERED**

APR 13 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gooch    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>JOSE L. GRANADOS and<br>VICTORIA ANN GUTIERREZ-VAUGHN,<br><br>Debtors. | Case No.: 6:21-bk-15024-WJ<br><br>CHAPTER 13<br><br>**SCHEDULING ORDER** |

On February 2, 2023, the Court issued a scheduling order setting this case for a confirmation hearing and a status conference on April 24, 2023. See Docket #128. Thereafter, the clerk of the Court made plans to upgrade the essential electronic filing systems of the Court on April 14-17, 2023. A copy of the public notice is available on the Court's website: https://www.cacb.uscourts.gov/news/automated-systems-unavailable-during-essential-systems-and-security-upgrade-april-14-2023-april Among other things, this upgrade will prevent the electronic filing of documents.

The prior scheduling order, however, set a briefing schedule for confirmation which includes a deadline of April 17th for the debtors to file a key pleading in support of confirmation. The debtors will be unable to meet this deadline due to the unexpected unavailability of the Court's systems. The chapter 13 trustee has recommended confirmation of the chapter 13 plan of

- 1 -

the debtor in this case. See Docket #140 . Therefore, the Court shall reschedule the April 17th deadline and the related hearings.

Therefore, the Court hereby ORDERS as follows:

1. The confirmation hearing and status conference set for April 24, 2023 at 11:00 a.m. are hereby continued to June 26, 2023 at 10:00 a.m. Counsel for the debtors shall file and serve a notice of the continuance no later than April 19, 2023.

2. The debtors should file (no later than June 5, 2023) a secured debt payment history declaration demonstrating that the debtors have made all monthly post-petition mortgage payments from the petition date through June 2023.

3. If the trustee still supports confirmation then, after the debtors file the required pleading, the chapter 13 trustee should file, no later than June 12, 2023, a pleading stating as much and attach a worksheet with the proposed terms of confirmation. If the chapter 13 trustee no longer supports confirmation then, no later than June 12, 2023, the trustee should file a motion requesting dismissal which states all grounds for dismissal and includes a declaration in support of the motion. If the debtors have not made all post-petition mortgage payments for all post-petition months, the trustee normally requests dismissal of the case. If, for any reason, the trustee does not do so, the proposed terms of confirmation must (a) include provisions to cure all post-petition arrearages (as well as any pre-petition arrearage) and (b) provide for conduit payments for the monthly payments for the rest of the case.

4. The deadline for the debtors to respond to the trustee's pleading is June 20, 2023. If the trustee seeks dismissal, the debtors should file an opposition brief to the dismissal motion no later than June 20, 2023. If the trustee recommends confirmation, the debtors should state whether the debtors agree with the terms of confirmation proposed by the trustee.

5. The Court will review the pleadings and may issue a ruling without holding hearings on June 26, 2023 that (a) continues the matter, (b) dismisses the case or (c) grants other relief depending on various factors including, but not limited to, whether or not an agreement exists regarding confirmation, and whether or not the debtors have timely made payments and provided documents to the trustee during the case. If no order is entered prior to June 26, 2023, all parties should check the Court's posted calendar the day before June 26, 2023.

IT IS SO ORDERED.

###

Date: April 13, 2023

Wayne Johnson
United States Bankruptcy Judge