United States Bankruptcy Court

Central District of California

In re:                                                                  Case No. 21-15024-WJ

Jose L Granados                                                         Chapter 13

Victoria Ann Gutierrez Vaughn

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0973-6 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 13, 2023 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Jose L Granados, Victoria Ann Gutierrez Vaughn, 6158 Royal Diamond Ct, Corona, CA 92880-8873 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2023                    Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alipt Patel | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. apatel3@aisinfo.com |
| Arvind Nath Rawal | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A., c/o AIS Portfolio Services, LP arawal@aisinfo.com |
| Austin P Nagel | on behalf of Creditor The Bank Of New York Mellon Kim.Bellanger-Smith@BonialPC.com Notices.Bonial@ecf.courtdrive.com |
| Austin P Nagel | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for the Certificateholders of the CWMBS Inc., CHL Mortgage Pass-Through Trust 2006-OA5, Mortgage Pass Through Certificates, Series 2006 Kim.Bellanger-Smith@BonialPC.com, Notices.Bonial@ecf.courtdrive.com |
| Cameron C Ridley | on behalf of U.S. Trustee United States Trustee (RS) Cameron.Ridley@usdoj.gov |

District/off: 0973-6            User: admin            Page 2 of 2

Date Rcvd: Apr 13, 2023            Form ID: pdf042            Total Noticed: 1

Cheryl A Skigin
> on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. ca.ecf@aislegaltrac.com, caskigin@earthlink.net

Gilbert A Diaz
> on behalf of Joint Debtor Victoria Ann Gutierrez Vaughn gilbertdiaz@lawyer.com

Gilbert A Diaz
> on behalf of Debtor Jose L Granados gilbertdiaz@lawyer.com

Jeffrey W Dulberg
> on behalf of Creditor Bonial & Associates  PC jdulberg@pszjlaw.com

Marjorie M Johnson - DECEASED -
> on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. mmjesq@yahoo.com, ca.ecf@aislegaltrac.com

Rod Danielson (TR)
> notice-efile@rodan13.com

Shannon Johnson
> on behalf of Creditor Jefferson Capital Systems LLC shannon.johnson@jcap.com

United States Trustee (RS)
> ustpregion16.rs.ecf@usdoj.gov


TOTAL: 13

**FILED & ENTERED**

APR 13 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gooch      DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No.: 6:21-bk-15024-WJ |
| JOSE L. GRANADOS and VICTORIA ANN GUTIERREZ VAUGHN, | CHAPTER 13 |
| Debtors. | **ORDER REGARDING STIPULATION RESOLVING PLAN OBJECTION AND OBJECTION TO CLAIM** |
| | Hearing: Date: April 24, 2023 Time: 11:00 a.m. Crtrm.: 304 |

- 1 -

The Court has reviewed the "Stipulation Resolving Plan Objection and Objection to Claim" filed on April 11, 2023 as docket #141.  The Court construes the stipulation (in particular, paragraph 6) as (among other things) waiving any right of Shellpoint to charge the debtors any attorneys fees and costs that have been incurred prior to entry of this order that are related to this bankruptcy case and the disputes arising in this bankruptcy case.  With that understanding, the Court is prepared to take off calendar the hearing regarding the Show Cause Order.  The Court thanks the parties for resolving the matter.

Therefore, the Court hereby ORDERS as follows:

1.      The matter is deemed resolved by the parties pursuant to the terms of the stipulation. The hearing regarding the Show Cause Order currently set for April 24, 2023 at 11:00 a.m. is hereby vacated.  If Shellpoint ever attempts to charge the debtors for any legal fees related to this bankruptcy case arising prior to entry of this order, the debtors may file a notice of hearing to restore the Show Cause Order to calendar.

IT IS SO ORDERED.

###

Date: April 13, 2023

Wayne Johnson
United States Bankruptcy Judge

- 2 -