United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 21-15024-WJ |
| Jose L Granados | Chapter 13 |
| Victoria Ann Gutierrez Vaughn | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 13, 2023 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Jose L Granados, Victoria Ann Gutierrez Vaughn, 6158 Royal Diamond Ct, Corona, CA 92880-8873 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2023   Signature:   /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alipt Patel | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. apatel3@aisinfo.com |
| Arvind Nath Rawal | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A., c/o AIS Portfolio Services, LP arawal@aisinfo.com |
| Austin P Nagel | on behalf of Creditor The Bank Of New York Mellon Kim.Bellanger-Smith@BonialPC.com  Notices.Bonial@ecf.courtdrive.com |
| Austin P Nagel | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York  as Trustee for The Certificateholders of the CWMBS Inc., CHL Mortgage Pass-Through Trust 2006-OA5, Mortgage Pass Through Certificates, Series 2006 Kim.Bellanger-Smith@BonialPC.com, Notices.Bonial@ecf.courtdrive.com |
| Cameron C Ridley | on behalf of U.S. Trustee United States Trustee (RS) Cameron.Ridley@usdoj.gov |

District/off: 0973-6 | User: admin | Page 2 of 2
Date Rcvd: Apr 13, 2023 | Form ID: pdf042 | Total Noticed: 1

Cheryl A Skigin
    on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. ca.ecf@aislegaltrac.com, caskigin@earthlink.net

Gilbert A Diaz
    on behalf of Joint Debtor Victoria Ann Gutierrez Vaughn gilbertdiaz@lawyer.com

Gilbert A Diaz
    on behalf of Debtor Jose L Granados gilbertdiaz@lawyer.com

Jeffrey W Dulberg
    on behalf of Creditor Bonial & Associates PC jdulberg@pszjlaw.com

Marjorie M Johnson - DECEASED -
    on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. mmjesq@yahoo.com, ca.ecf@aislegaltrac.com

Rod Danielson (TR)
    notice-efile@rodan13.com

Shannon Johnson
    on behalf of Creditor Jefferson Capital Systems LLC shannon.johnson@jcap.com

United States Trustee (RS)
    ustpregion16.rs.ecf@usdoj.gov

TOTAL: 13

**FILED & ENTERED**

**APR 13 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gooch    DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>JOSE L. GRANADOS and<br>VICTORIA ANN GUTIERREZ-VAUGHN,<br><br>Debtors. | Case No.: 6:21-bk-15024-WJ<br><br>CHAPTER 13<br><br>**SCHEDULING ORDER** |

On February 2, 2023, the Court issued a scheduling order setting this case for a confirmation hearing and a status conference on April 24, 2023. See Docket #128. Thereafter, the clerk of the Court made plans to upgrade the essential electronic filing systems of the Court on April 14-17, 2023. A copy of the public notice is available on the Court's website:

https://www.cacb.uscourts.gov/news/automated-systems-unavailable-during-essential-systems-and-security-upgrade-april-14-2023-april

Among other things, this upgrade will prevent the electronic filing of documents.

The prior scheduling order, however, set a briefing schedule for confirmation which includes a deadline of April 17th for the debtors to file a key pleading in support of confirmation. The debtors will be unable to meet this deadline due to the unexpected unavailability of the Court's systems. The chapter 13 trustee has recommended confirmation of the chapter 13 plan of

- 1 -

1  the debtor in this case. See Docket #140 . Therefore, the Court shall reschedule the April 17th

2  deadline and the related hearings.

3

4        Therefore, the Court hereby ORDERS as follows:

5      1.    The confirmation hearing and status conference set for April 24, 2023 at 11:00 a.m.

6  are hereby continued to June 26, 2023 at 10:00 a.m.  Counsel for the debtors shall file and serve a

7  notice of the continuance no later than April 19, 2023.

8

9      2.    The debtors should file (no later than June 5, 2023) a secured debt payment history

10  declaration demonstrating that the debtors have made all monthly post-petition mortgage payments

11  from the petition date through June 2023.

12

13      3.    If the trustee still supports confirmation then, after the debtors file the required

14  pleading, the chapter 13 trustee should file, no later than June 12, 2023, a pleading stating as much

15  and attach a worksheet with the proposed terms of confirmation.  If the chapter 13 trustee no longer

16  supports confirmation then, no later than June 12, 2023, the trustee should file a motion requesting

17  dismissal which states all grounds for dismissal and includes a declaration in support of the motion.

18  If the debtors have not made all post-petition mortgage payments for all post-petition months, the

19  trustee normally requests dismissal of the case.  If, for any reason, the trustee does not do so, the

20  proposed terms of confirmation must (a) include provisions to cure all post-petition arrearages (as

21  well as any pre-petition arrearage) and (b) provide for conduit payments for the monthly payments

22  for the rest of the case.

23

24      4.    The deadline for the debtors to respond to the trustee's pleading is June 20, 2023.  If

25  the trustee seeks dismissal, the debtors should file an opposition brief to the dismissal motion no

26  later than June 20, 2023.  If the trustee recommends confirmation, the debtors should state whether

27  the debtors agree with the terms of confirmation proposed by the trustee.

28

5. The Court will review the pleadings and may issue a ruling without holding hearings on June 26, 2023 that (a) continues the matter, (b) dismisses the case or (c) grants other relief depending on various factors including, but not limited to, whether or not an agreement exists regarding confirmation, and whether or not the debtors have timely made payments and provided documents to the trustee during the case. If no order is entered prior to June 26, 2023, all parties should check the Court's posted calendar the day before June 26, 2023.

IT IS SO ORDERED.

###

Date: April 13, 2023

Wayne Johnson
United States Bankruptcy Judge