UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

In re:

JOSE L GRANADOS and

VICTORIA ANN GUTIERREZ VAUGHN

Case No.: 6:21-bk-15024-WJ

**NOTICE OF CONTINUANCE OF STATUS CONFERENCE AND CONFIRMATION HEARING**

Confirmation Hearing
Date:   June 26, 2023
Time:   11:00 a.m.
Crtm:   Courtroom 304
        United States Bankruptcy Court
        Central District of California
        3420 Twelfth Street
        Riverside, CA 92501

Stats Conference Hearing
Date:   June 26, 2023
Time:   11:00 a.m.
Crtm:   Courtroom 304
        United States Bankruptcy Court
        Central District of California
        3420 Twelfth Street
        Riverside, CA 92501

TO THE TRUSTEE AND ALL CREDITORS AND INTERESTED PARTIES:

1

The Status Conference that was scheduled for April 24, 2023 at 11:00 a.m. and the Confirmation hearing that was scheduled for April 24, 2023 at 11:00 a.m. this matter is hereby continued to:

Status conferences, June 26, 2023 at 11:00 a.m. in Courtroom 304, of the United States Bankruptcy Court for the Central District of California located 3420 Twelfth Street, Riverside, CA 92501 and the Confirmation Hearing, June 26, 2023 at 11:00 a.m. in Courtroom 304, of the United States Bankruptcy Court for the Central District of California located 3420 Twelfth Street, Riverside, CA 92501.

Dated: 4/18/23

*/s/ Gilbert A. Diaz Jr.*
Gilbert A. Diaz Jr.
Attorney for Debtors

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3685 Main Street Ste 325
Riverside CA 92501

A true and correct copy of the foregoing document entitled (specify): Notice of Continuance of Status Conference and Confirmation Hearing

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) 04/19/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Todd A Frealy, taftrustee@lnbyb.com; taf@trustesolutions.net; Alpt Patl, apatel3@aisinfo.com; Arvind Nath Rawal, arawal@aisinfo.com; Cameron C Ridley, Cameron.Ridley@usdoj.gov; Untied STates Trustee, ustpregion16.rs.ecf@usdoj.gov, Austin P Nagel, Kim.Bellanger-Smith@BonialPC>com, Notices.Bonial@ecf.courtdrive.com; Jeffrey W Dulberg, jdulberg@pszjlaw.com; Majorie M Johnson, mmjesq@yahoo.c

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (date) 04/19/2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

New Rez LLC dba Shellpoint Mortgage Servicing, PO Box 10826, Greenville, South Carolina 29603-0826
Honorable Wayne Johnson, 3420 Twelfth St Ste 384, Riverside, CA 92501-3819
Austin P. Nagel, Esq., 3160 Crow Canyon Place, Ste 215, San Ramon, CA 924583

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/19/23 | Gilbert A Diaz Jr | /s/ |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                F 9013-3.1.PROOF.SERVICE

Advance America
135 N. Main St
Spartanburg, SC 29306

Amerifirs Impr Fin/loa
Attn: Bankruptcy
11171 Mill Valley Road
Omaha, NE 68154

Avant
Attn: Bankruptcy
Po Box 9183380
Chicago, IL 60691

Bank of America
Attn: Bankruptcy
Po Box 982234
El Paso, TX 79998

Barclays Bank Delaware
Attn: Bankruptcy
Po Box 8801
Wilmington, DE 19899

Caine & Weiner
12005 Ford Rd.
Ste 300
Dallas, TX 75234

Capital One Auto Finance
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Care Credit
PO Box 960061
Orlando, FL 32896

CashNet
175 W. Jackson Blvd Ste 1000
Chicago, IL 60604

CEP America California
PO Box 582663
Modesto, CA 95358

Chase Auto Finance
Attn: Bankruptcy
Po Box 901076
Fort Worth, TX 76101

Chase Card Services
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850

CMRE Financial Services
Attn: Bankruptcy
3075 E Imperial Hwy Suite 200
Brea, CA 92821

Comenity Bank/Express
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

Continental Finance Company
Attn: Bankruptcy
Po Box 3220
Buffalo, NY 14240

Credit One Bank
Attn: Bankruptcy Department
Po Box 98873
Las Vegas, NV 89193

Eastline Lending
PO Box 958
Keshena, WI 54135

Enhanced Recovery Company
Attn: Bankruptcy
8014 Bayberry Road
Jacksonville, FL 32256

Fingerhut
Attn: Bankruptcy
6250 Ridgewood Road
Saint Cloud, MN 56303

First Premier Bank
Attn: Bankruptcy
Po Box 5524
Sioux Falls, SD 57117

Fit Platinum
PO Box 3220
Buffalo, NY 14240

Foothill Psychological Services Inc

13193 Central Ave Ste 200
Chino, CA 91710

Genesis Credit/Celtic Bank
Attn: Bankruptcy
Po Box 4477
Beaverton, OR 97076

Global GHLLC.com
4343 S 118th E AVe Ste 220
Tulsa, OK 74146

Global Lending Services LLC
Attn: Bankruptcy
Po Box 10437
Greenville, SC 29603

Green Pine Lending
3051 Sand Lake Rd
Crandon, WI 54520

HSBC Mortgage
Attn: Bankruptcy
Po Box 2013
Buffalo, NY 14240

Indigo Platinum
PO Box 4477
Beaverton, OR 97076

Insite Digestive Health Care
PO Box 14000
Belfast, ME 04915

Jefferson Capital Systems LLC
16 McLeland Rd
Saint Cloud, MN 56303

Kohls/Capital One
Attn: Credit Administrator
Po Box 3043
Milwaukee, WI 53201

Laboratory Coporation of America
PO Box 2240
Burlington, NC 27216

LoanMe, Inc.
Attn: Bankruptcy
1900 S State College Blvd

Anaheim, CA 92806

Makwa Finance
PO Box 343
Lac Du Flambeau, WI 54538

Mountain Summit Financial
635 Easy Hwy 20 F
Upper Lake, CA 95485

Nationwide Credit
PO Box 14581
Des Moines, IA 50306

NMAC
Attn: Bankruptcy
Po Box 660366
Dallas, TX 75266

OB GYN Place Arcadia
51 N Fifth Ave
Ste 204
Arcadia, CA 91006

OneMain Financial
Attn: Bankruptcy
Po Box 3251
Evansville, IN 47731

Premier Family Medicine
300 S. Park Ave 5th Floor
Pomona, CA 91766

Premier Family Medicine
PO Box 741530
Los Angeles, CA 90074

Raul and Rebecca Gutierrrez
5028 Buffington Rd
El Monte, CA 91732

Real Time Resolutions
PO Box 840923
Dallas, TX 75284-0923

Regional Acceptance Co
Attn: Bankruptcy
1424 E Firetower Rd
Greenville, SC 27858

RISE Credit
Attn: Bankruptcy
Po Box 101808
Fort Worth, TX 76185

NewRez LLC dba Shellpoint Mortgage Servicing
Attn: Bankruptcy
Po Box 10826
Greenville, SC 29603-0826

Speedycash
Attn: Bankruptcy
Po Box 780408
Wichita, KS 67278

Stone Lake
PO Box 924
Lac Du Flambeau, WI 54538

Synchrony Bank
Attn:  Bankruptcy Dept
Po Box 965064
Orlando, FL 32896

Target Cash Now
PO Box 581
Hays, MT 59527

The Loan Smith
621 Medicine Way #2
Ukiah, CA 95482

UCLA Medical Group Patient Pay
PO Box 748156
Los Angeles, CA 90074

Upgrade, Inc.
Attn: Bankruptcy
275 Battery Street 23rd Floor
San Francisco, CA 94111

Uprova Credit
635 East Hwy 20 V
Upper Lake, CA 95485

Upstart
Upstart Operations/ Attn:Bankruptcy
Po Box 1503
San Carlos, CA 94070

```
Wells Fargo Dealer Services
Attn: Bankruptcy
1100 Corporate Center Drive
Raleigh, NC 27607

Wheels Financial Group/dba Loan Mart
Attn: Bankruptcy
Po Box 8075
Van Nuys, CA 91409

Zoca Loans
27565 Research Park Dr
PO Box 1147
Mission, SD 57555
```