UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

Case No.: 6:21-bk-15024-WJ

In re:

JOSE L GRANADOS and

VICTORIA ANN GUTIERREZ VAUGHN

**DECLARATION OF DEBTORS REGARDING SECURED DEBT PAYMENT HISTORY**

Confirmation Hearing
Date:     June 26, 2023
Time:     11:00 a.m.
Crtm:     Courtroom 302
              United States Bankruptcy Court
              Central District of California
              3420 Twelfth Street
              Riverside, CA 92501

DECLARATION OF JOSE L GRANADOS AND VICTORIA ANN GUTIERREZ VAUGHN

We, Jose Granados and Victoria Ann Gutierrez Vaughn, declare:

1.  We are the debtors in this Chapter 13 bankruptcy case filed on September 21, 2021 (converted from a Chapter 7).

2. The assets in this bankruptcy case include the real property located at the following street address: 6158 Royal Diamond Ct., Corona, CA 92880 ("Property"). We have listed the Property on Schedule A with a value of $723,000.00.

3. The Property is our current residence.

4. The Property is encumbered by the following deeds of trust:

    a. First deed of trust in favor of Shellpoint.

        i. The current amount owed is $378,391.38.

        ii. The monthly mortgage payment is currently $3,609.15.

        iii. The unpaid, accrued arrearage is $0.00.

    b. Second deed of trust in favor of Real Time Resolutions, Inc.

        i. The current amount owed is $97,985.75.

        ii. The monthly mortgage payment is currently $742.30 starting November 2021.

        iii. The unpaid, accrued arrearage is $0.00.

5. During Each of the months listed below, we made the following payments:

| Month | Amount paid to 1st Lienholder | Amount Paid to 2nd Lienholder |
|---|---|---|
| October 2021 | 3545.25 | 694.83 |
| November 2021 | 3545.25 | 742.30 |
| December 2021 | 3545.25 | 742.30 |
| January 2022 | 3545.25 | 742.30 |
| February 2022 | 3545.25 | 742.30 |
| March 2022 | 3545.25 | 742.30 |
| April 2022 | 3545.25<br>3545.25 | 742.30 |
| May 2022 | 3545.25 | 742.30 |
| June 2022 | 3432.39 | 742.30 |

Secured Debt Payment History Declaration

| July 2022 | 3432.39 | 742.30 |
|---|---|---|
| August 2022 | 3432.39 | 742.30 |
| September 2022 | 3432.39 | 742.30 |
| October 2022 | 3432.39 | 742.30 |
| November 2022 | 3432.39 | 742.30 |
| December 2022 | 3432.39 | 742.30 |
| January 2023 | 3432.39 | 742.30 |
| February 2023 | 3609.15 | 742.30 |
| March 2023 | 3609.15 | 742.30 |
| April 2023 | 3609.15 | 742.30 |
| May 2023 | 3609.15 | 742.30 |
| June 2023 | 3609.15 | 742.30 (to be paid as required by June 27, 2023) |

6.  Attached to this declaration are true and correct copies of proof of any and all payments made

from October 2021 through June 2023.

7.  In 2021, our total income from all sources was $177,916.00.

8.  Our total income from 2022 from all sources is $162,325.32.

9.  Our total income from 2023 from all sources is $27,974.97 as of the date of this declaration.

We declare under penalty of perjury that the foregoing is true and correct.

Dated: 6/4/2023

Jose L Granados

Dated: 6/4/2023

Victoria Ann Gutierrez Vaughn



JOSE LUIS GRANADOS
VICTORIA A GUTIERREZ-VAUGHN
6158 ROYAL DIAMOND CT
EASTVALE CA 92880-8873

**Uni-Statement**
Account Number:

Statement Period:
Sep 17, 2021
through
Oct 18, 2021



Page 4 of 5

## EASY CHECKING                                                    (CONTINUED)

U.S. Bank National Association                                    Account Number
**Other Withdrawals**

| Date | Description of Transaction | Ref Number | Amount |
|------|---------------------------|------------|--------|
| Sep 27 | Electronic Withdrawal        To NEWREZ-SHELLPOIN | | 3,545.25- |
|        | REF=212700100197320N00SD    6371542226ACH PMT   0520604549 | | |



JOSE LUIS GRANADOS
VICTORIA A GUTIERREZ-VAUGHN
6158 ROYAL DIAMOND CT
EASTVALE CA 92880-8873

**Uni-Statement**
Account Number:
1
Statement Period:
Sep 17, 2021
through
Oct 18, 2021

Page 5 of 5

## EASY CHECKING (CONTINUED)

U.S. Bank National Association                                                    Account Number

### Other Withdrawals (continued)

| Date | Description of Transaction | Ref Number | Amount |
|------|---------------------------|------------|--------|
|      | **Total Other Withdrawals** | **$** | |

| | Total for Statement Period | Total Year to Date |
|---|---|---|
| Total Returned Item Fees | $    0.00 | $    36.00 |
| Total Overdraft Fees | $    0.00 | $   108.00 |
| TOTAL | $    0.00 | $   144.00 |

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount |
|-------|------|-----------|--------|
| 45572 | Sep 27 | 8054667372 | 694.83 |
| | | **Conventional Checks Paid (1)** | **$    694.83-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|----------------|------|----------------|------|----------------|
| Sep 17 | 2,259.41 | Sep 28 | 1,448.94 | Oct  8 | 2,364.96 |
| Sep 20 | 2,028.96 | Sep 29 | 1,409.94 | Oct 12 | 1,359.06 |
| Sep 21 | 1,960.71 | Sep 30 | 839.17 | Oct 13 | 1,203.84 |
| Sep 22 | 1,621.70 | Oct  1 | 2,580.22 | Oct 14 | 1,154.85 |
| Sep 23 | 1,389.66 | Oct  4 | 2,146.84 | Oct 15 | 2,698.62 |
| Sep 24 | 5,816.26 | Oct  6 | 1,879.32 | Oct 18 | 2,340.44 |
| Sep 27 | 1,464.06 | Oct  7 | 1,478.32 | | |

Balances only appear for days reflecting change.

# US bank.

JOSE LUIS GRANADOS
VICTORIA A GUTIERREZ-VAUGHN
6158 ROYAL DIAMOND CT
EASTVALE CA  92880-8873

**Uni-Statement**
Account Number:

Statement Period:
Oct 19, 2021
through
Nov 16, 2021

Page 3 of 4

## EASY CHECKING                                                    (CONTINUED)

U.S. Bank National Association                                          Account Number

**Card Withdrawals (continued)**
Card Number: xxxx-xxxx-xxxx-0165

| Date | Description of Transaction | Ref Number | Amount |
|------|---------------------------|------------|--------|

| | Card 0165  Withdrawals Subtotal | $ | |
| | Total Card Withdrawals | $ | |

**Other Withdrawals**

| Date | Description of Transaction | Ref Number | Amount |
|------|---------------------------|------------|--------|
| Oct 29 | Electronic Withdrawal     To NEWREZ-SHELLPOIN<br>REF=213020109839010N00SD     6371542226ACH PMT  0520604549 | | 3,545.25- |

 **usbank.**

JOSE LUIS GRANADOS
VICTORIA A GUTIERREZ-VAUGHN
6158 ROYAL DIAMOND CT
EASTVALE CA 92880-8873

**Uni-Statement**
Account Number:

Statement Period:
Oct 19, 2021
through
Nov 16, 2021



Page 4 of 4

## EASY CHECKING (CONTINUED)
U.S. Bank National Association                                    Account Number

### Other Withdrawals (continued)

| Date | Description of Transaction | Ref Number | Amount |
|------|---------------------------|------------|--------|
|      |                           |            |        |

| | | Total Other Withdrawals | $ |
|--|--|--|--|

|  | Total for Statement Period | Total Year to Date |
|--|----------------------------|--------------------|
| Total Returned Item Fees | $  0.00 | $  36.00 |
| Total Overdraft Fees | $  0.00 | $  108.00 |
| TOTAL | $  0.00 | $  144.00 |

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount |
|-------|------|------------|--------|
| 49273 | Oct 27 | 8653290925 | 742.30 |

| | Conventional Checks Paid (1) | $ | 742.30- |
|--|--|--|--|

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|----------------|------|----------------|------|----------------|
| Oct 19 | 2,133.85 | Oct 28 | 2,256.86 | Nov 5 | 2,092.71 |
| Oct 20 | 2,029.81 | Oct 29 | 516.91 | Nov 8 | 1,181.48 |
| Oct 21 | 1,913.96 | Nov 1 | 166.04 | Nov 9 | 1,015.17 |
| Oct 22 | 3,390.51 | Nov 2 | 1,141.09 | Nov 12 | 2,158.18 |
| Oct 25 | 3,212.66 | Nov 3 | 390.03 | Nov 15 | 1,608.97 |
| Oct 26 | 3,162.74 | Nov 4 | 167.03 | Nov 16 | 1,456.37 |
| Oct 27 | 2,269.61 | | | | |

Balances only appear for days reflecting change.



JOSE LUIS GRANADOS
VICTORIA A GUTIERREZ-VAUGHN
6158 ROYAL DIAMOND CT
EASTVALE CA 92880-8873

**Uni-Statement**
Account Number:

Statement Period:
Nov 17, 2021
through
Dec 15, 2021
Page 5 of 5

**EASY CHECKING**                                                     **(CONTINUED)**
U.S. Bank National Association                          **Account Number 1-575-1515-4241**
**Other Withdrawals (continued)**
*Date    Description of Transaction                    Ref Number              Amount*

Dec 13  Electronic Withdrawal          To NEWREZ-SHELLPOIN                             3,545.25-
        REF=213470142019570N00SD       6371542226ACH PMT   0520604549

|  |  | Total Other Withdrawals | $ | 7,059.14- |
|---|---|---|---|---|

|  | Total for Statement Period | Total Year to Date |
|---|---|---|
| Total Returned Item Fees | $     0.00 | $      36.00 |
| Total Overdraft Fees | $     0.00 | $     108.00 |
| TOTAL | $     0.00 | $     144.00 |

**Checks Presented Conventionally**
| Check | Date | Ref Number | Amount |
|---|---|---|---|
| 52897 | Nov 26 | 9253073453 | 742.30 |

|  |  | Conventional Checks Paid (1) | $ | 742.30- |
|---|---|---|---|---|

**Balance Summary**
| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Nov 17 | 1,908.10 | Nov 26 | 2,032.89 | Dec 7 | 1,933.31 |
| Nov 18 | 1,516.83 | Nov 29 | 1,577.05 | Dec 9 | 1,842.47 |
| Nov 19 | 942.50 | Nov 30 | 1,530.38 | Dec 10 | 3,858.61 |
| Nov 22 | 366.61 | Dec 1 | 772.20 | Dec 13 | 114.42 |
| Nov 23 | 304.63 | Dec 3 | 2,403.09 | Dec 14 | 168.48 |
| Nov 24 | 1,365.88 | Dec 6 | 2,124.15 | Dec 15 | 136.62 |

Balances only appear for days reflecting change.



JOSE LUIS GRANADOS
VICTORIA A GUTIERREZ-VAUGHN
6158 ROYAL DIAMOND CT
EASTVALE CA 92880-8873

**Uni-Statement**
Account Number:

Statement Period:
Dec 16, 2021
through
Jan 18, 2022



Page 4 of 5

## EASY CHECKING                                                        (CONTINUED)

U.S. Bank National Association                                    Account Number

**Card Withdrawals (continued)**
Card Number: xxxx-xxxx-xxxx-0165

| Date | Description of Transaction | Ref Number | Amount |
|------|---------------------------|------------|--------|

| | Card 0165 Withdrawals Subtotal | $ | |
| | Total Card Withdrawals | $ | |

**Other Withdrawals**

| Date | Description of Transaction | Ref Number | Amount |
|------|---------------------------|------------|--------|
| Jan 7 | Electronic Withdrawal          To NEWREZ-SHELLPOIN<br>REF=220070037272400N00SD      6371542226ACH PMT   0520604549 | | 3,545.25- |



JOSE LUIS GRANADOS
VICTORIA A GUTIERREZ-VAUGHN
6158 ROYAL DIAMOND CT
EASTVALE CA 92880-8873

**Uni-Statement**

Account Number:

Statement Period:
Dec 16, 2021
through
Jan 18, 2022

Page 5 of 5

## EASY CHECKING                                                                     (CONTINUED)

U.S. Bank National Association                                                Account Number

### Other Withdrawals (continued)

| Date | Description of Transaction | Ref Number | Amount |
|------|---------------------------|------------|--------|

Total Other Withdrawals          $

| | Total for Statement Period | 2022 Total Year to Date | 2021 Total Year to Date |
|---|---|---|---|
| Total Returned Item Fees | $      0.00 | $      0.00 | $      36.00 |
| Total Overdraft Fees | $      0.00 | $      0.00 | $      108.00 |
| TOTAL | $      0.00 | $      0.00 | $      144.00 |

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount |
|-------|------|------------|--------|
| 56554 | Dec 28 | 8310910554 | 742.30 |

Conventional Checks Paid (1)          $          742.30-

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|----------------|------|----------------|------|----------------|
| Dec 16 | 41.16 | Dec 28 | 1,096.84 | Jan 7 | 466.05 |
| Dec 17 | 1,742.02 | Dec 29 | 1,083.94 | Jan 10 | 381.44 |
| Dec 20 | 1,200.63 | Dec 30 | 589.53 | Jan 11 | 244.36 |
| Dec 21 | 1,220.19 | Dec 31 | 2,340.56 | Jan 12 | 167.61 |
| Dec 22 | 978.86 | Jan 3 | 2,071.00 | Jan 13 | 73.62 |
| Dec 23 | 823.93 | Jan 4 | 1,954.17 | Jan 14 | 1,778.84 |
| Dec 24 | 2,144.31 | Jan 5 | 1,774.20 | Jan 18 | 1,473.63 |
| Dec 27 | 1,921.92 | Jan 6 | 1,754.83 | | |

Balances only appear for days reflecting change.



JOSE LUIS GRANADOS
VICTORIA A GUTIERREZ-VAUGHN
6158 ROYAL DIAMOND CT
EASTVALE CA 92880-8873

**Uni-Statement**
Account Number:



Jan 19, 2022
through
Feb 15, 2022
Page 4 of 5

**EASY CHECKING**                                                                **(CONTINUED)**
U.S. Bank National Association                                   Account Number 1-575-1515-4241

**Card Withdrawals (continued)**
Card Number: xxxx-xxxx-xxxx-0165

| Date | Description of Transaction | Ref Number | Amount |
|------|---------------------------|------------|--------|

| | **Card 0165 Withdrawals Subtotal** | $ | 4,609.11- |
| | **Total Card Withdrawals** | $ | 4,619.06- |

**Other Withdrawals**

| Date | Description of Transaction | Ref Number | Amount |
|------|---------------------------|------------|--------|
| Feb 7 | Electronic Withdrawal         To NEWREZ-SHELLPOIN | | 3,545.25- |
| | REF=220380189913960N00SD      6371542226ACH PMT  0520604549 | | |

| | **Total Other Withdrawals** | $ | 5,511.26- |

**Checks Presented Conventionally**

| Check | Date | Ref Number | Amount | | |
|-------|------|------------|--------|---|---|
| 59997 | Jan 27 | 8910779171 | 742.30 | | |
| | | | **Conventional Checks Paid (1)** | $ | 742.30- |



JOSE LUIS GRANADOS
VICTORIA A GUTIERREZ-VAUGHN
6158 ROYAL DIAMOND CT
EASTVALE CA  92880-8873

**Uni-Statement**
Account Number:
1
Statement Period:
Feb.16, 2022
through
Mar 15, 2022

Page 5 of 5

## EASY CHECKING    (CONTINUED)

U.S. Bank National Association                                                    Account Number 1-575-1515-4241

**Other Withdrawals (continued)**

| Date | Description of Transaction | Ref Number | Amount |
|------|---------------------------|------------|--------|
| Mar 4 | Electronic Withdrawal    To NEWREZ-SHELLPOIN<br>REF=220630127446110N00SD    6371542226ACH PMT  0520604549 | | 3,545.25- |

| | | |
|---|---|---|
| **Total Other Withdrawals** | $ | 15,618.94- |

**Checks Presented Conventionally**

| Check | Date | Ref Number | Amount |
|-------|------|-----------|--------|

| | | |
|---|---|---|
| **Conventional Checks Paid (1)** | $ | 742.30- |

**Balance Summary**

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|----------------|------|----------------|------|----------------|
| Feb 16 | 889.76 | Feb 28 | 882.51 | Mar 8 | 840.84 |
| Feb 17 | 440.98 | Mar 1 | 700.97 | Mar 9 | 664.71 |
| Feb 18 | 2,225.09 | Mar 2 | 1,505.82 | Mar 10 | 645.21 |
| Feb 22 | 1,578.80 | Mar 3 | 4,176.01 | Mar 11 | 2,077.30 |
| Feb 23 | 1,332.39 | Mar 4 | 1,834.90 | Mar 14 | 1,632.88 |
| Feb 24 | 1,198.52 | Mar 7 | 1,582.18 | Mar 15 | 1,146.54 |
| Feb 25 | 2,616.42 | | | | |

Balances only appear for days reflecting change.



**JOSE LUIS GRANADOS**
**VICTORIA A GUTIERREZ-VAUGHN**
6158 ROYAL DIAMOND CT
EASTVALE CA 92880-8873

**Uni-Statement**
Account Number:

Statement Period:
Mar 16, 2022
through
Apr 15, 2022
Page 4 of 5



**EASY CHECKING**                                                   **(CONTINUED)**
U.S. Bank National Association                            Account Number 1-575-1515-4241

**Card Withdrawals (continued)**
Card Number: xxxx-xxxx-xxx

| Date | Description of Transaction | Ref Number | Amount |
|------|---------------------------|------------|--------|

|  | Card 0165  Withdrawals Subtotal | $ |  |
|  | Total Card Withdrawals | $ |  |

**Other Withdrawals**

| Date | Description of Transaction | Ref Number | Amount |
|------|---------------------------|------------|--------|
| Mar 22 | Electronic Withdrawal      To NEWREZ-SHELLPOIN<br>REF=220810134952330N00SD    6371542226ACH PMT  0520604549 |  | 3,545.25- |
| Apr 6 | Electronic Withdrawal      To NEWREZ-SHELLPOIN<br>REF=220960079483580N00SD    6371542226ACH PMT  0520604549 |  | 3,545.25- |



JOSE LUIS GRANADOS
VICTORIA A GUTIERREZ-VAUGHN
6158 ROYAL DIAMOND CT
EASTVALE CA 92880-8873

**Uni-Statement**
Account Number:

Statement Period:
Mar 16, 2022
through
Apr 15, 2022

Page 5 of 5

## EASY CHECKING                                                    (CONTINUED)

U.S. Bank National Association                                      Account Number

### Other Withdrawals (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|---|-----------|--------|
| Apr 15 | Electronic Withdrawal | To | | 1     - |
|        | REF=221050105152310N00 | | | |
| | | **Total Other Withdrawals** | $ | |

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount |
|-------|------|-----------|--------|
| 67064 | Mar 28 | 8015982255 | 742.30 |
| | | **Conventional Checks Paid (1)** | $ | 742.30- |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|---------------|------|---------------|------|---------------|
| | | | | | |

Balances only appear for days reflecting change.



JOSE LUIS GRANADOS
VICTORIA A GUTIERREZ-VAUGHN
6158 ROYAL DIAMOND CT
EASTVALE CA 92880-8873

**Uni-Statement**
Account Number:

Statement Period:
Apr 16, 2022
through
May 16, 2022
Page 5 of 6

## EASY CHECKING (CONTINUED)

U.S. Bank National Association                                          Account Number 1-575-1515-4241

**Card Withdrawals (continued)**
Card Number: xxxx-xxxx-xxxx

| Date | Description of Transaction | Ref Number | Amount |
|------|---------------------------|------------|--------|

|  | Card 0165  Withdrawals Subtotal | $ |  |
|--|--------------------------------|---|--|
|  | Total Card Withdrawals | $ |  |

**Other Withdrawals**

| Date | Description of Transaction | Ref Number | Amount |
|------|---------------------------|------------|--------|
| May 6 | Electronic Withdrawal          To NEWREZ-SHELLPOIN<br>REF=221260097514360N00SD      6371542226ACH PMT  0520604549 |  | 3,545.25- |

|  | Total Other Withdrawals | $ |  |
|--|-------------------------|---|--|

**Checks Presented Conventionally**

| Check | Date | Ref Number | Amount |
|-------|------|-----------|--------|
| 70206 | Apr 25 | 8015361189 | 742.30 |

|  | Conventional Checks Paid (1) | $ | 742.30- |
|--|------------------------------|---|---------|

**Balance Summary**

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|---------------|------|---------------|------|---------------|
| Apr 18 | 1,434.03 | Apr 20 | 2,428.64 | Apr 22 | 2,168.47 |
| Apr 19 | 2,329.04 | Apr 21 | 1,212.51 | Apr 25 | 1,012.45 |

# usbank.

JOSE LUIS GRANADOS
VICTORIA A GUTIERREZ-VAUGHN
6158 ROYAL DIAMOND CT
EASTVALE CA 92880-8873

**Uni-Statement**
Account Number:

Statement Period:
May 17, 2022
through
Jun 15, 2022

Page 5 of 5

## EASY CHECKING (CONTINUED)

U.S. Bank National Association    **Account Number 1-575-1515-4241**
**Other Withdrawals (continued)**

| Date | Description of Transaction | Ref Number | Amount |
|------|---------------------------|------------|--------|
| Jun 3 | Electronic Withdrawal    To NEWREZ-SHELLPOIN<br>REF=221540125016030N00SD    6371542226ACH PMT  0520604549 | | 3,432.39- |

**Total Other Withdrawals** $

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount |
|-------|------|-----------|--------|
| 73887 | May 26 | 8912870904 | 742.30 |

**Conventional Checks Paid (1)** $ 742.30-

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|---------------|------|---------------|------|---------------|
| May 17 | 1,811.80 | May 26 | 840.96 | Jun 7 | 53.57 |
| May 18 | 1,760.49 | May 27 | 2,230.88 | Jun 8 | 61.56 |
| May 19 | 299.50 | May 31 | 2,029.17 | Jun 10 | 1,688.08 |
| May 20 | 1,875.28 | Jun 1 | 1,821.19 | Jun 13 | 1,356.64 |
| May 23 | 1,204.61 | Jun 2 | 1,487.50 | Jun 14 | 773.86 |
| May 24 | 1,016.49 | Jun 3 | 517.82 | Jun 15 | 2,194.39 |
| May 25 | 1,759.49 | Jun 6 | 261.71 | | |

Balances only appear for days reflecting change.

# US bank.

JOSE LUIS CHAVEZ JR
VICTORIA A GUTIERREZ-VAUGHN
6158 ROYAL DIAMOND CT
EASTVALE CA  92880-8873

**Uni-Statement**

Account Number:

Statement Period:
Jun 16, 2022
through
Jul 18, 2022

Page 5 of 6

## EASY CHECKING                                    (CONTINUED)

U.S. Bank National Association                                **Account Number**

**Other Withdrawals (continued)**

| Date | Description of Transaction | Ref Number | Amount |
|------|---------------------------|------------|--------|
| | | | - |
| Jun 30 | Electronic Withdrawal       To NEWREZ-SHELLPOIN | | 3,432.39- |
| | REF=221810139681760N00SD      6371542226ACH PMT  0520604549 | | |

| | | | |
|---|---|---|---|
| | **Total Other Withdrawals** | $ | 6,863.64- |



**US bank**®

JOSE M GUTIERREZ
VICTORIA A GUTIERREZ-VAUGHN
6158 ROYAL DIAMOND CT
EASTVALE CA 92880-8873

**Uni-Statement**

Account Number:

Statement Period:
Jun 16, 2022
through
Jul 18, 2022

Page 6 of 6



## EASY CHECKING                                                      (CONTINUED)
U.S. Bank National Association                                    **Account Number**

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount |
|-------|------|------------|--------|
| 77185 | Jun 24 | 9213197506 | 742.30 |

| | | |
|---|---|---|
| **Conventional Checks Paid (1)** | **$** | **742.30-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|----------------|------|----------------|------|----------------|
| Jun 16 | 1,955.69 | Jun 28 | 3,236.09 | Jul 8 | 2,352.66 |
| Jun 17 | 3,845.50 | Jun 29 | 3,836.09 | Jul 11 | 1,611.11 |
| Jun 21 | 2,936.68 | Jun 30 | 1,967.93 | Jul 12 | 1,471.52 |
| Jun 22 | 2,843.13 | Jul 1 | 1,498.32 | Jul 13 | 1,983.98 |
| Jun 23 | 2,794.38 | Jul 5 | 909.24 | Jul 14 | 1,931.22 |
| Jun 24 | 3,815.91 | Jul 6 | 824.24 | Jul 15 | 2,760.04 |
| Jun 27 | 3,258.09 | Jul 7 | 670.68 | Jul 18 | 2,255.06 |

Balances only appear for days reflecting change.



**U.S. bank**

JOSE G FARCUS
VICTORIA A GUTIERREZ-VAUGHN
6158 ROYAL DIAMOND CT
EASTVALE CA  92880-8873

**Uni-Statement**

Account Number:

Statement Period:
Jul 19, 2022
through
Aug 15, 2022

Page 4 of 5



---

## EASY CHECKING                                         (CONTINUED)
U.S. Bank National Association                                    Account Number 1

**Card Withdrawals (continued)**
Card Number: xxxx-xxxx-xxxx-0165

| Date | Description of Transaction | Ref Number | Amount |
|------|---------------------------|------------|--------|

|  |  | Card 0165  Withdrawals Subtotal | $ | 2,378.16- |
|  |  | Total Card Withdrawals | $ | 2,390.11- |

---

**Other Withdrawals**

| Date | Description of Transaction | Ref Number | Amount |
|------|---------------------------|------------|--------|

| Aug 5 | Electronic Withdrawal          To NEWREZ-SHELLPOIN | | 3,432.39- |
|       | REF=222170105958370N00SD      6371542226ACH PMT  0520604549 | | |

**US bank.**

JOSE J FRANCO
VICTORIA A GUTIERREZ-VAUGHN
6158 ROYAL DIAMOND CT
EASTVALE CA  92880-8873

**Uni-Statement**

Account Number:

Statement Period:
Jul 19, 2022
through
Aug 15, 2022

Page 5 of 5

## EASY CHECKING                                                    (CONTINUED)

U.S. Bank National Association                                      Account Number 1

### Other Withdrawals (continued)

| Date | Description of Transaction | Ref Number | Amount |
|------|---------------------------|------------|--------|
| | | Total Other Withdrawals | $ |

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount |
|-------|------|------------|--------|
| 80864 | Jul 26 | 8314548011 | 742.30 |
| | | Conventional Checks Paid (1) | $ 742.30- |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|----------------|------|----------------|------|----------------|
| Jul 19 | 1,215.36 | Jul 28 | 793.38 | Aug 8 | 188.35 |
| Jul 20 | 1,487.43 | Jul 29 | 2,717.15 | Aug 9 | 67.37 |
| Jul 21 | 1,178.09 | Aug 1 | 2,189.76 | Aug 10 | 167.37 |
| Jul 22 | 2,603.44 | Aug 2 | 1,881.12 | Aug 11 | 79.45 |
| Jul 25 | 2,207.69 | Aug 3 | 1,871.01 | Aug 12 | 1,679.55 |
| Jul 26 | 1,007.46 | Aug 4 | 1,681.61 | Aug 15 | 1,276.63 |
| Jul 27 | 891.91 | Aug 5 | 195.01 | | |

Balances only appear for days reflecting change.



**bank**

JOSEPH M GUTIERREZ-VAUGHN
VICTORIA A GUTIERREZ-VAUGHN
6158 ROYAL DIAMOND CT
EASTVALE CA  92880-8873

**Uni-Statement**

Account Number:

Statement Period:
Aug 16, 2022
through
Sep 16, 2022

Page 6 of 6



| EASY CHECKING | (CONTINUED) |
|---|---|

U.S. Bank National Association    **Account Number 1-575-1515-4241**

**Other Withdrawals (continued)**

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|
| Sep 2 | Electronic Withdrawal    To NEWREZ-SHELLPOIN<br>REF=222450057412890N00SD    6371542226ACH PMT  0520604549 | | 3,432.39- |

| | Total Other Withdrawals | $ | 6,623.53- |
|---|---|---|---|

**Checks Presented Conventionally**

| Check | Date | Ref Number | Amount |
|---|---|---|---|
| 84349 | Aug 26 | 9213540800 | 742.30 |

| | Conventional Checks Paid (1) | $ | 742.30- |
|---|---|---|---|

**Balance Summary**

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Aug 16 | 998.31 | Aug 26 | 3,305.37 | Sep 8 | 251.27 |
| Aug 17 | 866.34 | Aug 29 | 2,691.16 | Sep 9 | 2,173.07 |
| Aug 18 | 824.03 | Aug 30 | 2,405.36 | Sep 12 | 489.11 |
| Aug 19 | 4,030.08 | Aug 31 | 1,710.16 | Sep 13 | 490.08 |
| Aug 22 | 2,643.86 | Sep 1 | 1,327.12 | Sep 14 | 405.95 |
| Aug 23 | 2,601.42 | Sep 2 | 112.46 | Sep 15 | 162.83 |
| Aug 24 | 2,384.52 | Sep 6 | 215.62 | Sep 16 | 2,092.15 |
| Aug 25 | 2,308.71 | Sep 7 | 133.02 | | |

Balances only appear for days reflecting change.

**U.S.bank**

JOSE LUIS FRANCOIS
VICTORIA A GUTIERREZ-VAUGHN
6158 ROYAL DIAMOND CT
EASTVALE CA 92880-8873

**Uni-Statement**
Account Number:

Statement Period:
Sep 17, 2022
through
Oct 18, 2022

Page 7 of 8

## EASY CHECKING                                                        (CONTINUED)

U.S. Bank National Association                                    **Account Number**

**Other Withdrawals (continued)**

| Date | Description of Transaction | Ref Number | Amount |
|------|----------------------------|------------|--------|
| Oct 7 | Electronic Withdrawal        To NEWREZ-SHELLPOIN<br>REF=222800115559490N00SD   6371542226ACH PMT  0520604549 |  | 3,432.39- |



JOSEPH VAUGHN
VICTORIA A GUTIERREZ-VAUGHN
6158 ROYAL DIAMOND CT
EASTVALE CA  92880-8873

**Uni-Statement**
Account

Statement Period:
Sep 17, 2022
through
Oct 18, 2022

Page 8 of 8



## EASY CHECKING                                                    (CONTINUED)

U.S. Bank National Association                           **Account Number**

**Other Withdrawals (continued)**

| Date | Description of Transaction | Ref Number | Amount |
|------|---------------------------|------------|--------|

| | Total Other Withdrawals | $ | 7,932.35- |
|---|---|---|---|

| | Total for Statement Period | Total Year to Date |
|---|---|---|
| Total Returned Item Fees | $        0.00 | $        0.00 |
| Total Overdraft Fees | $       72.00 | $       72.00 |
| Less:  Waives | $       72.00- | $       72.00- |
| TOTAL | $        0.00 | $        0.00 |

*A "waive" occurs when an assessed fee is credited back automatically.*

**Checks Presented Conventionally**

| Check | Date | Ref Number | Amount |
|-------|------|-----------|--------|
| 87308 | Sep 23 | 9212551367 | 742.30 |

| | Conventional Checks Paid (1) | $ | 742.30- |
|---|---|---|---|

**Balance Summary**

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|----------------|------|----------------|------|----------------|
| Sep 19 | 853.35 | Sep 28 | 1,546.01 | Oct  7 | 232.97 |
| Sep 20 | 655.88 | Sep 29 | 1,106.90 | Oct 11 | 193.24 |
| Sep 21 | 1,230.88 | Sep 30 | 2,439.05 | Oct 12 | 118.07 |
| Sep 22 | 233.16 | Oct  3 | 2,135.58 | Oct 13 | 37.89- |
| Sep 23 | 3,071.84 | Oct  4 | 1,789.28 | Oct 14 | 1,506.24 |
| Sep 26 | 1,866.46 | Oct  5 | 1,682.89 | Oct 17 | 1,104.17 |
| Sep 27 | 1,680.91 | Oct  6 | 1,582.82 | Oct 18 | 1,015.02 |

Balances only appear for days reflecting change.



**US bank.**

JOSEPH GERARD VAUGHN
VICTORIA A GUTIERREZ-VAUGHN
6158 ROYAL DIAMOND CT
EASTVALE CA  92880-8873

**Uni-Statement**

Account Number:

Statement Period:
Oct 19, 2022
through
Nov 16, 2022

Page 6 of 8



## EASY CHECKING                                           (CONTINUED)
U.S. Bank National Association                    **Account Number 1-575-1515-4241**

**Other Withdrawals (continued)**

| Date | Description of Transaction | Ref Number | Amount |
|------|----------------------------|------------|--------|
| Nov 3 | Electronic Withdrawal          To NEWREZ-SHELLPOIN | | 3,432.39- |
| | REF=223070115803230N00SD     6371542226ACH PMT  0520604549 | | |

# ꙮbank.

JOSEPH A GOODSON
VICTORIA A GUTIERREZ-VAUGHN
6158 ROYAL DIAMOND CT
EASTVALE CA  92880-8873

**Uni-Statement**

Account Number:

Statement Period:
Oct 19, 2022
through
Nov 16, 2022

Page 7 of 8

| **EASY CHECKING** | **(CONTINUED)** |
|---|---|
| U.S. Bank National Association | **Account Number 1-575-1515-4241** |

**Other Withdrawals (continued)**

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|
| | | **Total Other Withdrawals** $ | **11,569.68-** |

| | Total for Statement Period | | Total Year to Date | |
|---|---|---|---|---|
| Total Returned Item Fees | $ | 0.00 | $ | 0.00 |
| Total Overdraft Fees | $ | 0.00 | $ | 72.00 |
| Less:  Waives | $ | 0.00 | $ | 72.00- |
| TOTAL | $ | 0.00 | $ | 0.00 |

*A "waive" occurs when an assessed fee is credited back automatically.*

**Checks Presented Conventionally**

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| 0000 | Nov 3 | 8914359551 | 1,400.00 | 90939* | Oct 28 | 9214409893 | 742.30 |
| 90939* | Oct 27 | 8913271482 | 742.30 | | | | |

* Gap in check sequence     **Conventional Checks Paid (3)** $     **2,884.60-**

**Balance Summary**

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Oct 19 | 1,002.52 | Oct 27 | 526.69- | Nov 4 | 1,771.65 |
| Oct 20 | 1,140.81 | Oct 28 | 3,268.42 | Nov 7 | 148.02 |
| Oct 21 | 3,709.72 | Oct 31 | 1,457.57 | Nov 8 | 420.45 |
| Oct 24 | 681.23 | Nov 1 | 964.87 | Nov 9 | 177.95 |
| Oct 25 | 245.97 | Nov 2 | 2,193.44 | Nov 10 | 1,700.87 |
| Oct 26 | 229.76 | Nov 3 | 1,349.02- | Nov 14 | 651.72 |

# **US bank.**

JOSE LUIS GRANADOS
VICTORIA A GUTIERREZ-VAUGHN
6158 ROYAL DIAMOND CT
EASTVALE CA 92880-8873

**Uni-Statement**

Account Number:

Statement Period:
Nov 17, 2022
through
Dec 15, 2022

Page 6 of 7



## EASY CHECKING                                                  (CONTINUED)

U.S. Bank National Association                        **Account Number 1-575-1515-4241**

**Other Withdrawals (continued)**

| Date | Description of Transaction | Ref Number | Amount |
|------|---------------------------|------------|--------|
| Dec 9 | Electronic Withdrawal          To NEWREZ-SHELLPOIN |  | 3,432.39- |
|       | REF=223430053231610N00SD    6371542226ACH PMT  0520604549 |  |  |





JOSE LUIS GRANADOS
VICTORIA A GUTIERREZ-VAUGHN
6158 ROYAL DIAMOND CT
EASTVALE CA  92880-8873

**Uni-Statement**

Account Number:


Statement Period:
Dec 16, 2022
through
Jan 18, 2023

Page 8 of 8



## EASY CHECKING                                                                (CONTINUED)

U.S. Bank National Association                                    Account Number 1-575-1515-4241

**Other Withdrawals (continued)**

| Date | Description of Transaction | Ref Number | Amount |
|------|---------------------------|-----------|--------|
|  |  |  |  |

| | | | Total Other Withdrawals | $ | ▆▆▆ |
|--|--|--|--|--|--|

| | Total for Statement Period | 2023 Total Year to Date | 2022 Total Year to Date |
|---|---|---|---|
| Total Returned Item Fees | $        0.00 | $        0.00 | $        0.00 |
| Total Overdraft Fees | $        0.00 | $        0.00 | $      108.00 |
| Less:  Waives | $        0.00 | $        0.00 | $      108.00- |
| TOTAL | $        0.00 | $        0.00 | $        0.00 |

*A "waive" occurs when an assessed fee is credited back automatically.*

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount |
|-------|------|-----------|--------|
| 97280 | Dec 27 | 8315101107 | 742.30 |

| | | Conventional Checks Paid (1) | $ | 742.30- |
|--|--|--|--|--|

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|---------------|------|---------------|------|---------------|
|  |  |  |  |  |  |

Balances only appear for days reflecting change.

# U.S. bank.

JOSE LUIS GRANADOS
VICTORIA A GUTIERREZ-VAUGHN
6158 ROYAL DIAMOND CT
EASTVALE CA  92880-8873

**Uni-Statement**

Account Number:

Statement Period:
Dec 16, 2022
through
Jan 18, 2023

Page 6 of 8

## EASY CHECKING                                                    (CONTINUED)
U.S. Bank National Association                          **Account Number 1-575-1515-4241**
**Other Withdrawals (continued)**

| Date | Description of Transaction | Ref Number | Amount |
|------|---------------------------|------------|--------|
| Jan 6 | Electronic Withdrawal<br>REF=230060130333190N00SD | To NEWREZ-SHELLPOIN<br>6371542226ACH PMT  0520604549 | 3,432.39- |



JOSE LUIS GRANADOS
VICTORIA A GUTIERREZ-VAUGHN
6158 ROYAL DIAMOND CT
EASTVALE CA  92880-8873

**Uni-Statement**
Account Number:

Statement Period:
Feb 16, 2023
through
Mar 15, 2023

Page 5 of 6

## EASY CHECKING                                          (CONTINUED)
U.S. Bank National Association                  **Account Number 1-575-1515-4241**
**Card Withdrawals (continued)**
Card Number: xxxx-xxxx-xxxx-0165

| Date | Description of Transaction | Ref Number | Amount |
|------|---------------------------|-----------|--------|

|  |  | **Card 0165  Withdrawals Subtotal** | $ | **3,768.59-** |
|  |  | **Total Card Withdrawals** | $ | **3,780.54-** |

**Other Withdrawals**

| Date | Description of Transaction | | Ref Number | | Amount |
|------|---------------------------|--|-----------|--|--------|
| Feb 16 | Electronic Withdrawal | To CAPITAL ONE AUTO | | $ | 512.46- |
|  | REF=230460122209140N00 | 9541719806CARPAY  006208811884709 | | | |
| Feb 16 | Electronic Withdrawal | To NEWREZ-SHELLPOIN | | | 3,609.15- |
|  | REF=230470101667160N00SD | 6371542226ACH PMT  0520604549 | | | |
| Mar  2 | Electronic Withdrawal | To CAPITAL ONE AUTO | | | 512.46- |
|  | REF=230600139379080N00 | 9541719806CARPAY  006208811884709 | | | |



JOSE LUIS GRANADOS
VICTORIA A GUTIERREZ-VAUGHN
6158 ROYAL DIAMOND CT
EASTVALE CA  92880-8873

**Uni-Statement**

Account Number:

Statement Period:
Feb 16, 2023
through
Mar 15, 2023

Page 6 of 6



## EASY CHECKING
U.S. Bank National Association

**(CONTINUED)**
**Account Number 1-575-1515-4241**

**Other Withdrawals (continued)**

| Date | Description of Transaction | Ref Number | Amount |
|------|---------------------------|------------|--------|
| Mar 13 | Electronic Withdrawal          To NEWREZ-SHELLPOIN<br>REF=230720157379140N00SD   6371542226ACH PMT  0520604549 | | 3,609.15- |

| | | Total Other Withdrawals | $ | 13,557.62- |
|---|---|---|---|---|

**Checks Presented Conventionally**

| Check | Date | Ref Number | Amount |
|-------|------|------------|--------|
| 10391 | Feb 27 | 8015435697 | 742.30 |

| | Conventional Checks Paid (1) | $ | 742.30- |
|---|---|---|---|

**Balance Summary**

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|----------------|------|----------------|------|----------------|
| Feb 16 | 2,095.93 | Feb 27 | 611.63 | Mar  7 | 52.84 |
| Feb 17 | 1,887.43 | Feb 28 | 84.52 | Mar  8 | 205.87 |
| Feb 21 | 265.05 | Mar  1 | 736.58 | Mar 10 | 151.45 |
| Feb 22 | 425.75 | Mar  2 | 249.86 | Mar 13 | 100.31 |
| Feb 23 | 216.11 | Mar  3 | 238.61 | Mar 14 | 99.32 |
| Feb 24 | 164.00 | Mar  6 | 354.57 | Mar 15 | 50.62 |

Balances only appear for days reflecting change.



JOSE LUIS GRANADOS
VICTORIA C GRANADOS
6158 ROYAL DIMOND CT
EASTVALE CA 92880-8873

**Uni-Statement**

Account Number:

Statement Period:
Mar 16, 2023
through
Apr 17, 2023

Page 3 of 4

## EASY CHECKING                                              (CONTINUED)
U.S. Bank National Association                          **Account Number**

**Card Withdrawals (continued)**
Card Number: xxxx-xxxx-xxxx-0165

| Date | Description of Transaction | Ref Number | Amount |
|------|---------------------------|-----------|--------|
| | **Card 0165  Withdrawals Subtotal** | **$** | **3,461.13-** |
| | **Total Card Withdrawals** | **$** | **3,461.13-** |

**Other Withdrawals**

| Date | Description of Transaction | Ref Number | Amount |
|------|---------------------------|-----------|--------|
| Apr  3 | Electronic Withdrawal          To NEWREZ-SHELLPOIN | | 3,609.15- |
| | REF=230930096998420N00SD   6371542226ACH PMT  0520604549 | | |


Case 6:21-bk-15024-WJ Doc 952 Filed 06/05/23 Entered 06/05/23 19:32:02 Desc
Main Document Page 32 of 34

Uni-Statement

Account Number:

Statement Period:
Mar 16, 2023
through
Apr 17, 2023

Page 4 of 4

JOSE LUIS GRANADOS
VICTORIA G ZEFERINO-GRANADOS
6158 ROYAL DIAMOND CT
EASTVALE CA 92880-8873



## EASY CHECKING                                    (CONTINUED)
U.S. Bank National Association                        **Account Number**

## Other Withdrawals (continued)

| Date | Description of Transaction | Ref Number | Amount |
|------|---------------------------|-----------|--------|
| | | **Total Other Withdrawals** | $        10,503.24- |

## Checks Presented Conventionally

| Check | Date | Ref Number | Amount |
|-------|------|-----------|--------|
| 107274 | Mar 28 | 8314301402 | 742.30 |
| | | **Conventional Checks Paid (1)** | $            742.30- |

## Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|---------------|------|---------------|------|---------------|
| Mar 16 | 36.64 | Mar 28 | 58.69 | Apr  7 | 1,758.29 |
| Mar 17 | 1,125.14 | Mar 29 | 34.75 | Apr 10 | 1,432.95 |
| Mar 20 | 790.95 | Mar 30 | 408.09 | Apr 11 | 1,260.86 |
| Mar 21 | 478.40 | Mar 31 | 2,555.81 | Apr 12 | 307.19 |
| Mar 22 | 233.52 | Apr  3 | 559.66 | Apr 13 | 177.19 |
| Mar 23 | 89.35 | Apr  4 | 1,267.66 | Apr 14 | 1,704.77 |
| Mar 24 | 679.66 | Apr  5 | 755.20 | Apr 17 | 513.78 |
| Mar 27 | 800.99 | Apr  6 | 655.20 | | |

Balances only appear for days reflecting change.

JOSE LUIS GRANADOS
VICTORIA L ZUTTERMEISTER
6158 ROYAL DIMOND CT
EASTVALE CA 92880-8873

Statement Period:
Apr 18, 2023
through
May 15, 2023

Page 3 of 3

---

# EASY CHECKING                                    (CONTINUED)

U.S. Bank National Association                    Account Number

## Card Withdrawals (continued)

Card Number: xxxx-xxxx-xxxx-8107

| Date | Description of Transaction | Ref Number | Amount |
|------|---------------------------|------------|--------|
| May 12 | ATM Withdrawal  US BANK MIRA LOM CORONA CA  Serial No. 001146105152SUS4T501 | $ | 260.00- |
| | **Card 8107  Withdrawals Subtotal** | $ | **260.00-** |
| | **Total Card Withdrawals** | $ | **2,841.52-** |

## Other Withdrawals

| Date | Description of Transaction | Ref Number | Amount |
|------|---------------------------|------------|--------|
| May 5 | Electronic Withdrawal  To NEWREZ-SHELLPOIN  REF=231250123156440N00SD  6371542226ACH PMT  0520604549 | | 3,609.15- |
| | **Total Other Withdrawals** | $ | **8,339.51-** |

## Checks Presented Conventionally

| Check | Date | Ref Number | Amount |
|-------|------|-----------|--------|
| 110344 | Apr 26 | 8613083859 | 742.30 |
| | | **Conventional Checks Paid (1)** | $ 742.30 |

## Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|----------------|------|----------------|------|----------------|
| Apr 19 | 176.77 | Apr 28 | 1,556.36 | May 8 | 522.12 |
| Apr 20 | 43.65 | May 1 | 112.79 | May 9 | 668.56 |
| Apr 21 | 1,562.05 | May 2 | 96.11 | May 10 | 94.77 |
| Apr 24 | 1,151.55 | May 3 | 1.24 | May 12 | 1,474.27 |
| Apr 25 | 888.85 | May 5 | 206.55 | May 15 | 361.66 |
| Apr 26 | 133.75 | | | | |

Balances only appear for days reflecting change.

