UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

In re:

JOSE L GRANADOS and

VICTORIA ANN GUTIERREZ VAUGHN

Case No.: 6:21-bk-15024-WJ

**DEBTORS STATEMENT OF ACCEPTANCE PROPOSED CHAPTER 13 PLAN AS AMENDED AND OF CHAPTER 13 TRUSTEE'S STATEMENT REGARDING PLAN CONFIRMATION**

Confirmation Hearing
Date:  June 26, 2023
Time:  10:00 a.m.
Crtm:  Courtroom 304
       United States Bankruptcy Court
       Central District of California
       3420 Twelfth Street
       Riverside, CA 92501

DECLARATION OF JOSE L GRANADOS AND VICTORIA ANN GUTIERREZ VAUGHN

We, Jose Granados and Victoria Ann Gutierrez Vaughn, declare:

1. That we have read an considered the CHAPTER 13 TRUSTEE'S STATEMENT REGRDING PLAN CONFIRMATION filed by the Chapter 13 Trustee on June 8, 2023 as Document No.

---

1

**DEBTORS STATEMENT OF ACCEPTANCE PROPOSED CHAPTER 13 PLAN AS AMENDED AND OF CHAPTER 13 TRUSTEE'S STATEMENT REGARDING PLAN CONFIRMATION**

153. We agree and accept all the terms for Confirmation of our Chapter 13 plan as amended by the Trustee's recommendation.

2. We are the debtors in this Chapter 13 bankruptcy case filed on September 21, 2021 (converted from a Chapter 7).

3. We accept the terms of the amended Chapter 13 Plan filed on June 1, 2022 as Docket No. 61.

4. We accept the terms regarding monthly plan payments of the amended plan as follows:

    a. The Plan payments commenced March 28, 2022 in the amount of $460.00.

    b. Starting April 28, 2022, the Plan payment increased to $1,355.00.

    c. Starting May 28, 2022, the Plan payment increased to $1,455.00.

    d. Starting July 28, 2022, the Plan payment decreased to $946.00.

    e. Starting September 28, 2022, the Plan payment increased to $1,085.00.

5. The due date of the monthly plan payment is the 28th of the month.

6. The Chapter 13 plan is for a term of 60 months.

7. The percentage to paid to General Unsecured Creditors under the Plan is 100%.

8. The Chapter 13 Plan Base is $65,207.00.

9. The attorney fees in this Chapter 13 is $2,500.00 and the amount already paid for the attorney fees is $2,500.00 with $0.00 left to be paid in attorney fees. There is a $0.00 refund to the Chapter 13 Trustee.

10. There were interlineations with the Chapter 13 Plan:

    a. The schedule C exemption regarding 703 is hereby stricken.

    b. The schedule C exemption regarding 704.225 is hereby stricken.

11. The Chapter 13 Plan does contemplate that the debtors will be responsible for making payments directly to creditors:

**DEBTORS STATEMENT OF ACCEPTANCE PROPOSED CHAPTER 13 PLAN AS AMENDED AND OF CHAPTER 13 TRUSTEE'S STATEMENT REGARDING PLAN CONFIRMATION**

a. Shellpoint Mortgage, collateral is primary residence, it is the senior lien on the property in the monthly amount of $3,526.97.

b. Real Time Resolutions, collateral is primary residence, it is the junior lien on the property in the monthly amount of $742.30.

c. Capital One Auto Finance, the collateral is the 2021 Nissan Sentra, in the monthly amount of $512.46.

12. There was one asset abandoned, the 2009 Hyundai Sonata.

13. We, the Debtors, hereby accepts all the terms aforementioned and as indicated in The Trustee's Statement filed June 8, 2023 recommending confirmation.

We declare under penalty of perjury that the foregoing is true and correct.

Dated: 06/19/2023

Jose L Granados

Dated: 6-19-2023

Victoria Ann Gutierrez Vaughn

Approved as to form and content, Attorney for Debtors:

Dated: 6/19/23

Gilbert A Diaz Jr

DEBTORS STATEMENT OF ACCEPTANCE PROPOSED CHAPTER 13 PLAN AS AMENDED AND OF CHAPTER 13 TRUSTEE'S STATEMENT REGARDING PLAN CONFIRMATION

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3685 Main St Ste 325, Riverside, CA 92501

A true and correct copy of the foregoing document entitled (*specify*): DEBTORS STATEMENT OF ACCEPTANCE PROPOSED CHAPTER 13 PLAN AS AMENDED AND OF CHAPTER 13 TRUSTEE'S STATEMENT REGARDING PLAN CONFIRMATION

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 06/20/2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
  Debtors Jose Granados and Victoria Gutierrez, 6158 Royal Diamond Ct., Corona, CA 92880
  Chapter 13 Trustee, Ron Danielson, 3787 University Ave., Riverside, CA 92501
  Honorable Wayne E. Johnson, 3420 Twelfth St. Courtroom 304, Riverside, CA 92501-3819

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/20/2023 | Gilbert Diaz | /s/ Gilbert Diaz |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**