# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

Monday, June 26, 2023             Hearing Room    304

**10:00 AM**
**6:21-15024**    Jose L Granados and Victoria Ann Gutierrez Vaughn        Chapter 13

#2.01    Hrg re status conference regarding confirmation of the chapter 13 plan

FROM: 4-4-22, 7-25-22, 9-26-22, 11-7-22, 1-24-23, 4-24-23

Docket     0

**Matter Notes:**

PRESENT: _G. DIAZ_

Counsel for the Debtor(s): _____

( ) The status conference is concluded.

( ) The status conference is continued to _____.
Counsel for the debtors shall appear at the next status conference but the debtors are not required to appear.

(X) The status conference is continued to _10/2/23 AT 1:00 p.m._
Debtors are ordered to appear at the next status conference.

( ) Off calendar

( ) _____

**Tentative Ruling:**

      No appearances by debtors are required today but attorneys for debtors do need to appear.

**United States Bankruptcy Court**
**Central District of California**
Riverside
Wayne Johnson, Presiding
Courtroom 304 Calendar

**Monday, June 26, 2023**  **Hearing Room  304**

10:00 AM
CONT...    Jose L Granados and Victoria Ann Gutierrez Vaughn    **Chapter 13**

This hearing will occur by video using Zoom (not CourtCall). Courtroom 304 has not yet transitioned to facilitate appearances simultaneously by video and in person. Hybrid hearings are not occurring in courtroom 304 at this time. Therefore, even though Judge Johnson's courtroom is now open for in-person hearings on all other matters, this hearing today will occur by Zoom only. No appearances will be possible in the courtroom for this matter. All parties should attend the hearing today by video using the following information:

Meeting URL: https://cacb.zoomgov.com/j/1606687998
Meeting ID:    160 668 7998
Password:    547497

Based on the agreement of the parties, the Court intends to enter an order confirming the chapter 13 plan proposed in this case using the agreed terms. Counsel must appear at the confirmation hearing to approve the terms of confirmation and the confirmation order but debtors need not appear. Likewise, the debtors need not appear for the status conference (but counsel should appear). Instead, the status conference will be continued and conducted with the debtors on another date (most likely by video). Appearances by special counsel (for debtors) are permissible today for both the confirmation hearing and the status conference. Whoever appears for the debtors must review the proposed terms of the confirmation order prior to the hearing and be prepared to approve the form of the confirmation order at the hearing.

| Party Information |
|---|

**Debtor(s):**

Jose L Granados    Represented By
    Gilbert A Diaz

**Joint Debtor(s):**

Victoria Ann Gutierrez Vaughn    Represented By
    Gilbert A Diaz

**Trustee(s):**

Rod Danielson (TR)    Pro Se