**United States Bankruptcy Court**
**Central District of California**

**3420 Twelfth Street, Riverside, CA 92501–3819**

# NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

**DEBTOR(S) INFORMATION:**
Jose L Granados
**SSN:** xxx–xx–3018
**EIN:** N/A
Victoria Ann Gutierrez Vaughn
**SSN:** xxx–xx–1039

6158 Royal Diamond Ct
Corona, CA 92880

**BANKRUPTCY NO.** 6:21–bk–15024–WJ
**CHAPTER** 13

Notice is hereby given of the entry of an order of this Court confirming a chapter 13 plan. You may review the order and the plan itself at the bankruptcy clerk's office at the address listed above or online at https://pacer.uscourts.gov.

Dated: June 27, 2023

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form ntc13pln – ncp13 v.12/20)

**158 / AUTU**