United States Bankruptcy Court
Central District of California

In re:  Case No. 21-15024-WJ
Jose L Granados  Chapter 13
Victoria Ann Gutierrez Vaughn
    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 4 |
| Date Rcvd: Jun 27, 2023 | Form ID: ntc13pln | Total Noticed: 83 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jose L Granados, Victoria Ann Gutierrez Vaughn, 6158 Royal Diamond Ct, Corona, CA 92880-8873 |
| cr | + | The Bank Of New York Mellon, 3160 Crow Canyon Place, Suite 215, San Ramon, CA 94583-1110 |
| cr | + | The Bank of New York Mellon FKA The Bank of New Yo, 3160 Crow Canyon Place, Suite 215, San Ramon, CA 94583-1110 |
| 40940032 | | Advance America, 135 N. Main St, Spartanburg, SC 29306 |
| 40940056 | + | Fit Platinum, PO Box 3220, Buffalo, NY 14240-3220 |
| 40940057 | + | Foothill Psychological Services Inc, 13193 Central Ave Ste 200, Chino, CA 91710-4179 |
| 40940060 | + | Global GHLLC.com, 4343 S 118th E AVe Ste 220, Tulsa, OK 74146-4405 |
| 40940062 | + | Green Pine Lending, 3051 Sand Lake Rd, Crandon, WI 54520-8815 |
| 40940065 | + | Insite Digestive Health Care, PO Box 14000, Belfast, ME 04915-4033 |
| 40940069 | + | Loan Me, PO Box 2040, Omaha, NE 68103-2040 |
| 41034606 | + | LoanMe, 11171 Mill Valley Road, Omaha, NE 68154-3933 |
| 40940070 | + | LoanMe, Inc., Attn: Bankruptcy, 1900 S State College Blvd, Anaheim, CA 92806-6152 |
| 40940072 | | Mountain Summit Financial, 635 Easy Hwy 20 F, Upper Lake, CA 95485 |
| 40940078 | + | Premier Family Medicine, PO Box 741530, Los Angeles, CA 90074-1530 |
| 40940077 | + | Premier Family Medicine, 300 S. Park Ave 5th Floor, Pomona, CA 91766-1553 |
| 40940079 | + | Raul and Rebecca Gutierrrez, 5028 Buffington Rd, El Monte, CA 91732-1430 |
| 40940080 | | Real Time Resolutions, PO Box 840923, Dallas, TX 75284-0923 |
| 40940089 | + | The Loan Smith, 621 Medicine Way #2, Ukiah, CA 95482-8136 |
| 40940090 | + | UCLA Medical Group Patient Pay, PO Box 748156, Los Angeles, CA 90074-8156 |
| 40940092 | | Uprova Credit, 635 East Hwy 20 V, Upper Lake, CA 95485 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: itcdbg@edd.ca.gov | Jun 28 2023 01:39:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | Email/Text: BKBNCNotices@ftb.ca.gov | Jun 28 2023 01:40:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 28 2023 01:47:50 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 28 2023 01:58:37 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 40940033 | + | Email/Text: plittle@trustamerifirst.com | Jun 28 2023 01:39:00 | Amerifirs Impr Fin/loa, Attn: Bankruptcy, 11171 |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Mill Valley Road, Omaha, NE 68154-3933 |
| 40940034 | + | Email/Text: bk@avant.com | Jun 28 2023 01:39:00 | Avant, Attn: Bankruptcy, Po Box 9183380, Chicago, IL 60691-3380 |
| 40940035 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 28 2023 01:39:00 | Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 40940036 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 28 2023 01:39:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 40940037 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 28 2023 01:39:00 | Bank of America, PO Box 2493, Norfolk, VA 23501-2493 |
| 40940038 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jun 28 2023 01:39:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 40940040 | | Email/Text: caineweiner@ebn.phinsolutions.com | Jun 28 2023 01:39:00 | caine and weiner, po box 5010, Woodland Hills, CA 91365 |
| 40940044 | ^ | MEBN | Jun 28 2023 01:33:33 | CEP America California, PO Box 582663, Modesto, CA 95358-0070 |
| 40940047 | | Email/Text: EBN_Brea@meduitrcm.com | Jun 28 2023 01:39:00 | CMRE Financial Services, Attn: Bankruptcy, 3075 E Imperial Hwy Suite 200, Brea, CA 92821 |
| 40940049 | | Email/Text: cfcbackoffice@contfinco.com | Jun 28 2023 01:39:00 | Continental Finance Company, Attn: Bankruptcy, Po Box 3220, Buffalo, NY 14240 |
| 40940039 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Jun 28 2023 01:39:00 | Caine & Weiner, 12005 Ford Rd., Ste 300, Dallas, TX 75234-7262 |
| 40940041 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jun 28 2023 01:58:37 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 41131818 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 28 2023 01:58:37 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 40940042 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 28 2023 01:58:39 | Care Credit, PO Box 960061, Orlando, FL 32896-0061 |
| 40940043 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Jun 28 2023 01:39:00 | CashNetUSA, 175 W Jackson Blvd, Suite 1000, Chicago, IL 60604-2863 |
| 40940048 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 28 2023 01:39:00 | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 40940050 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 28 2023 01:58:37 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 40940051 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 28 2023 01:47:50 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 40940052 | | Email/Text: notice@eastlinelending.com | Jun 28 2023 01:39:00 | Eastline Lending, PO Box 958, Keshena, WI 54135 |
| 40940053 | + | Email/Text: bknotice@ercbpo.com | Jun 28 2023 01:39:00 | Enhanced Recovery Company, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 40940054 | + | Email/Text: bnc-bluestem@quantum3group.com | Jun 28 2023 01:39:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 40940055 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 28 2023 01:46:55 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 40940061 | | Email/Text: bankruptcy@glsllc.com | Jun 28 2023 01:39:00 | Global Lending Services LLC, Attn: Bankruptcy, Po Box 10437, Greenville, SC 29603 |
| 40940058 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 28 2023 01:40:00 | Genesis Credit/Celtic Bank, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 40940059 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 28 2023 01:40:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 40940063 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jun 28 2023 01:39:00 | HSBC Mortgage, Attn: Bankruptcy, Po Box 2013, |

Case 6:21-bk-15024-WJ   Doc 160   Filed 06/29/23   Entered 06/29/23 21:18:23   Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0973-6 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 27, 2023 | Form ID: ntc13pln | Total Noticed: 83 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Buffalo, NY 14240-2013 |
| 40940064 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 28 2023 01:40:00 | Indigo Platinum, PO Box 4477, Beaverton, OR 97076-4401 |
| 40940066 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 28 2023 01:39:00 | Jefferson Capital Systems LLC, 16 McLeland Rd, Saint Cloud, MN 56303 |
| 41030868 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 28 2023 01:39:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 41113540 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 28 2023 01:39:00 | Jefferson Capital Systems, LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 40940045 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 28 2023 01:46:51 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101 |
| 40940046 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 28 2023 01:58:38 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 40940067 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 28 2023 01:39:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 41540343 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 28 2023 01:58:37 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 40940068 | + | Email/Text: govtaudits@labcorp.com | Jun 28 2023 01:39:00 | Laboratory Coporation of America, PO Box 2240, Burlington, NC 27216-2240 |
| 40940071 | + | Email/Text: mail@ldf-holdings.com | Jun 28 2023 01:39:00 | Makwa Finance, PO Box 343, Lac Du Flambeau, WI 54538-0343 |
| 40940074 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jun 28 2023 01:39:00 | NMAC, Attn: Bankruptcy, Po Box 660366, Dallas, TX 75266-0366 |
| 40940073 | + | Email/Text: NCI_bankonotify@ncirm.com | Jun 28 2023 01:39:00 | Nationwide Credit, PO Box 14581, Des Moines, IA 50306-3581 |
| 40940076 | + | Email/PDF: cbp@onemainfinancial.com | Jun 28 2023 01:58:43 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 41029199 | ^ | MEBN | Jun 28 2023 01:33:39 | Pink Dogwood 13, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 41028871 | | Email/Text: bnc-quantum@quantum3group.com | Jun 28 2023 01:39:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 40940082 | + | Email/Text: elevate@ebn.phinsolutions.com | Jun 28 2023 01:40:00 | RISE Credit, Attn: Bankruptcy, Po Box 101808, Fort Worth, TX 76185-1808 |
| 41094700 | | Email/Text: bkdepartment@rtresolutions.com | Jun 28 2023 01:39:00 | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite #150, Dallas, Texas 75247-4029 |
| 40940081 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jun 28 2023 01:47:53 | Regional Acceptance Co, Attn: Bankruptcy, 1424 E Firetower Rd, Greenville, SC 27858-4105 |
| 41025065 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 28 2023 01:58:43 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 40940083 | + | Email/Text: mtgbk@shellpointmtg.com | Jun 28 2023 01:39:00 | Shellpoint, Attn: Bankruptcy, Po Box 10826, Greenville, SC 29603-0826 |
| 40940084 | + | Email/Text: bkinfo@ccfi.com | Jun 28 2023 01:39:00 | Speedycash, Attn: Bankruptcy, Po Box 780408, Wichita, KS 67278-0408 |
| 40940085 | + | Email/Text: bankruptcy@ldf-holdings.com | Jun 28 2023 01:40:00 | Stone Lake, PO Box 924, Lac Du Flambeau, WI 54538-0924 |
| 41090432 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 28 2023 01:58:38 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 40940086 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 28 2023 01:58:37 | Synchrony Bank/Care Credit, Attn: Bankruptcy |

District/off: 0973-6 | User: admin | Page 4 of 4
Date Rcvd: Jun 27, 2023 | Form ID: ntc13pln | Total Noticed: 83

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 40940087 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 28 2023 01:46:54 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 40940088 | + | Email/Text: disputes@soaren-management.com | Jun 28 2023 01:39:00 | Target Cash Now, PO Box 581, Hays, MT 59527-0581 |
| 41174694 | | Email/Text: mtgbk@shellpointmtg.com | Jun 28 2023 01:39:00 | The Bank of New York Mellon Trustee (See 410), c/o NewRez LLC, d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, South Carolina 29603-0826 |
| 40940091 | | Email/Text: bknotice@upgrade.com | Jun 28 2023 01:39:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 40940093 | + | Email/Text: LCI@upstart.com | Jun 28 2023 01:39:00 | Upstart, Upstart Operations/ Attn:Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 41081615 | ^ | MEBN | Jun 28 2023 01:33:41 | Upstart Network, PO BOX 1931, Burlingame, CA 94011-1931 |
| 40940094 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jun 28 2023 01:47:50 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |
| 40940095 | + | Email/Text: bankruptcy@800loanmart.com | Jun 28 2023 01:40:00 | Wheels Financial Group/dba Loan Mart, Attn: Bankruptcy, Po Box 8075, Van Nuys, CA 91409-8075 |
| 40940096 | + | Email/Text: admin@rosebudlending.com | Jun 28 2023 01:40:00 | Zoca Loans, 27565 Research Park Dr, PO Box 1147, Mission, SD 57555-1147 |

TOTAL: 63

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bonial & Associates, PC |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | The Bank of New York Mellon FKA The Bank of New Yo, 3160 Crow Canyon Place, Suite 215, San Ramon, CA 94583-1110 |
| cr | *+ | The Bank of New York Mellon FKA The Bank of New Yo, 3160 Crow Canyon Place, Suite 215, San Ramon, CA 94583-1110 |
| cr | *+ | The Bank of New York Mellon FKA The Bank of New Yo, 3160 Crow Canyon Place, Suite 215, San Ramon, CA 94583-1110 |
| cr | *+ | The Bank of New York Mellon FKA The Bank of New Yo, 3160 Crow Canyon Place, Suite 215, San Ramon, CA 94583-1110 |
| 40940075 | ##+ | OB GYN Place Arcadia, 51 N Fifth Ave, Ste 204, Arcadia, CA 91006-3711 |

TOTAL: 1 Undeliverable, 7 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2023        Signature:        /s/Gustava Winters

**United States Bankruptcy Court**
**Central District of California**

**3420 Twelfth Street, Riverside, CA 92501−3819**

# NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

**DEBTOR(S) INFORMATION:**
Jose L Granados
**SSN:** xxx−xx−3018
**EIN:** N/A
Victoria Ann Gutierrez Vaughn
**SSN:** xxx−xx−1039

6158 Royal Diamond Ct
Corona, CA 92880

**BANKRUPTCY NO.** 6:21−bk−15024−WJ
**CHAPTER** 13

Notice is hereby given of the entry of an order of this Court confirming a chapter 13 plan. You may review the order and the plan itself at the bankruptcy clerk's office at the address listed above or online at https://pacer.uscourts.gov.

Dated: June 27, 2023

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form ntc13pln − ncp13 v.12/20)

**158 / AUTU**