United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 21-15024-WJ |
| Jose L Granados | Chapter 13 |
| Victoria Ann Gutierrez Vaughn | |
|     Debtors | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 27, 2023 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Jose L Granados, Victoria Ann Gutierrez Vaughn, 6158 Royal Diamond Ct, Corona, CA 92880-8873 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2023          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alipt Patel | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. apatel3@aisinfo.com |
| Arvind Nath Rawal | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A., c/o AIS Portfolio Services, LP arawal@aisinfo.com |
| Austin P Nagel | on behalf of Creditor The Bank Of New York Mellon Kim.Bellanger-Smith@BonialPC.com  Notices.Bonial@ecf.courtdrive.com |
| Austin P Nagel | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York  as Trustee for The Certificateholders of the CWMBS Inc., CHL Mortgage Pass-Through Trust 2006-OA5, Mortgage Pass Through Certificates, Series 2006 Kim.Bellanger-Smith@BonialPC.com, Notices.Bonial@ecf.courtdrive.com |
| Cameron C Ridley | on behalf of U.S. Trustee United States Trustee (RS) Cameron.Ridley@usdoj.gov |

District/off: 0973-6 | User: admin | Page 2 of 2
Date Rcvd: Jun 27, 2023 | Form ID: pdf042 | Total Noticed: 1

Cheryl A Skigin
    on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. caskigin@earthlink.net, caskigin@earthlink.net

Gilbert A Diaz
    on behalf of Joint Debtor Victoria Ann Gutierrez Vaughn gilbertdiaz@lawyer.com

Gilbert A Diaz
    on behalf of Debtor Jose L Granados gilbertdiaz@lawyer.com

Jeffrey W Dulberg
    on behalf of Creditor Bonial & Associates  PC jdulberg@pszjlaw.com

Marjorie M Johnson - DECEASED -
    on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. mmjesq@yahoo.com, ca.ecf@aislegaltrac.com

Rod Danielson (TR)
    notice-efile@rodan13.com

Shannon Johnson
    on behalf of Creditor Jefferson Capital Systems LLC shannon.johnson@jcap.com

United States Trustee (RS)
    ustpregion16.rs.ecf@usdoj.gov

TOTAL: 13

**FILED & ENTERED**

**JUN 27 2023**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gooch    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No.: 6:21-bk-15024-WJ |
| JOSE L. GRANADOS and<br>VICTORIA ANN GUTIERREZ VAUGHN,<br><br>                           Debtors. | CHAPTER 13<br><br>**SCHEDULING ORDER SETTING STATUS CONFERENCE FOR APPEARANCES BY VIDEO**<br><br>Status Conference:<br>Date:   October 2, 2023<br>Time:   1:00 p.m.<br>Ctrm.:  None (Video hearing) |

- 1 -

A status conference occurred in this case on June 26, 2023 at 10:00 a.m. and was continued to October 2, 2023 at 1:00 p.m. The continued status conference is scheduled to occur in courtroom 304 in-person. However, in order to make the status conference more convenient for the parties involved, the Court intends to proceed with the status conference by video. Instructions for participating by video are included below.

Therefore, the Court hereby ORDERS as follows:

1. The status conference set for October 2, 2023 at 1:00 p.m. shall occur by video. All debtors need to appear and they need a copy of their confirmation order available for review during the status conference. Counsel for the debtors shall (a) provide a copy of the entered confirmation order to the debtors, (b) provide the debtors with a copy of this order and (c) confer with the debtors to ensure they understand the procedures for the status conference (especially the provisions of paragraph 12 below).

2. The status conference will not be held physically in a courtroom. Instead, the Court will conduct the hearing remotely, using ZoomGov video technology. Individuals will not be permitted access to the courtroom.

3. The following is the unique ZoomGov connection information for this hearing:

Meeting URL:   https://cacb.zoomgov.com/j/1610975131
Meeting ID:    161 097 5131
Password:      400234

4. Debtors, counsel, hearing participants and members of the public may participate in or observe the hearing using ZoomGov, free of charge.

5. Appearances by telephone (i.e. by CourtCall or otherwise) will not be possible.

6. Instead, individuals may connect by ZoomGov video using a personal computer (equipped with camera, microphone and speaker), or a handheld mobile device with an integrated camera, microphone and speaker (such as an iPhone, iPad, Android phone or Android tablet). The connection can be initiated by entering the "Meeting URL" (listed above) into a web browser on any of these devices, provided the device is connected to the Internet. Individuals connecting

in this manner will be prompted for the Meeting ID and Password shown above.

7. Participants must connect to the meeting and check-in at least 10-15 minutes prior to the start time. Late participants will not be able to attend the status conference.

8. Neither a Zoom nor a ZoomGov account is necessary to participate in or observe the hearing, and no pre-registration is required.

9. The audio portion of the hearing will be recorded electronically by the Court and constitute its official record. The video portion of the hearing will not be recorded or preserved.

10. All persons are strictly prohibited from taking pictures or making any recording of court proceedings, whether by video, audio, "screenshot," or otherwise. Violation of this prohibition may result in the imposition of monetary and non-monetary sanctions.

11. More information on using ZoomGov to participate in this hearing is available on the Court's website at the following web address: https://www.cacb.uscourts.gov/node/7890.

12. Please remember that this is a court hearing. Therefore, all parties must treat it with the normal decorum and attention that they would if they appeared physically in the courtroom. This means (among other things) that all parties must give the hearing their full attention. No parties appearing by video may be engaged in any other activities during the hearing such as driving, working, exercising, watching television, etc. Parties may not attend the hearing by video from inappropriate places such as restaurants, pools, beaches or any other similar public places. All parties should utilize a quiet room in which they will not be disturbed or interrupted by any other people. All parties should dress in courtroom attire. Parties who do not abide by these requirements will not be able to appear by video and (instead) will need to appear in court in person at a later date.

13. If appearing by video using these procedures is problematic, counsel for the debtors should (a) file a declaration explaining as much at least a week prior to the hearing and (b) review the court's posted calendar the day before the hearing.

14. As always, counsel for the debtors should review the court's posted calendar the day before the hearing. In some instances, the Court posts rulings or information in advance of hearings.

IT IS SO ORDERED.

###

Date: June 27, 2023

Wayne Johnson
United States Bankruptcy Judge