# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF INTENT TO PAY CLAIMS

NOTICE IS HEREBY GIVEN TO DEBTOR(S) AND COUNSEL, IF ANY, THAT THE TRUSTEE INTENDS TO PAY CLAIMS FILED BY THE CREDITORS LISTED BELOW UNLESS:
(1) OBJECTION IS MADE BY THE DEBTOR(S) OR ANY OTHER PARTY IN INTEREST; AND
(2) THE COURT ISSUES ITS ORDER DISALLOWING THE CLAIM.

```
IN RE:  JOSE L GRANADOS                 IN THE MATTER OF:
        VICTORIA ANN GUTIERREZ VAUGHN   JOSE L GRANADOS
        6158 ROYAL DIAMOND CT           6158 ROYAL DIAMOND CT
        CORONA, CA 92880                CORONA, CA  92880
```

DATE: 07/05/2023
Case No. 6:21-bk-15024-WJ

| COURT CLAIM# | CREDITOR NAME | AMOUNT SCHEDULED | AMOUNT OF CLAIM | ACCOUNT | CREDITOR CLASS | TEE CLM# |
|---|---|---:|---:|---:|---|---:|
|    | ADVANCE AMERICA      | $3,500.00 | NOT FILED |      | UNSECURED | 1 |
|    | AMERIFIRS IMPR FIN/L | $9,764.00 | NOT FILED | 4902 | UNSECURED | 2 |
|    | BANK OF AMERICA      | $307.00   | NOT FILED | 3793 | UNSECURED | 3 |
|    | CAINE & WEINER       | $159.00   | NOT FILED | 5440 | UNSECURED | 4 |
|    | CAINE & WEINER       | $377.07   | NOT FILED | 6970 | UNSECURED | 5 |
|    | CAINE AND WEINER     | $159.00   | NOT FILED | 4114 | UNSECURED | 6 |
|    | CARE CREDIT          | $5,000.00 | NOT FILED | 4990 | UNSECURED | 7 |
| 01 | CASHNET USA          | $5,008.25 | $5,008.25 | 1039 | UNSECURED | 8 |
|    | CEP AMERICA CALIFORN | $21.21    | NOT FILED | 8750 | UNSECURED | 9 |
|    | CHASE CARD SERVICES  | $809.00   | NOT FILED | 1798 | UNSECURED | 10 |
|    | CMRE FINANCIAL SERVI | $157.00   | NOT FILED | 4100 | UNSECURED | 11 |
|    | CONTINENTAL FINANCE  | $44.00    | NOT FILED | 5683 | UNSECURED | 12 |
| 04 | RESURGENT CAPITAL SE | $517.00   | $507.52   | 9568 | UNSECURED | 13 |
| 02 | RESURGENT CAPITAL SE | $57.00    | $205.30   | 5872 | UNSECURED | 14 |
| 03 | RESURGENT CAPITAL SE | $8.00     | $190.46   | 7673 | UNSECURED | 15 |
|    | CREDIT ONE BANK      | $8.39     | NOT FILED | 7670 | UNSECURED | 16 |
|    | EASTLINE LENDING     | $3,500.00 | NOT FILED |      | UNSECURED | 17 |
|    | FINGERHUT            | $1,312.00 | NOT FILED | 9428 | UNSECURED | 18 |
|    | FIRST PREMIER BANK   | $930.00   | NOT FILED | 6058 | UNSECURED | 19 |
|    | FIRST PREMIER BANK   | $476.00   | NOT FILED | 9353 | UNSECURED | 20 |
|    | FOOTHILL PSYCHOLOGIC | $215.87   | NOT FILED | 0990 | UNSECURED | 21 |
| 05 | QUANTUM3 GROUP LLC   | $99.00    | $137.13   | 9467 | UNSECURED | 22 |
|    | GLOBAL GHLLC.COM     | $3,600.00 | NOT FILED | 4211 | UNSECURED | 23 |
|    | GREEN PINE LENDING   | $2,126.52 | NOT FILED | 8933 | UNSECURED | 24 |
|    | INSITE DIGESTIVE HEA | $149.21   | NOT FILED | 3663 | UNSECURED | 25 |
| 09 | JEFFERSON CAPITAL SY | $3,380.04 | $3,330.04 | 5269 | UNSECURED | 26 |
|    | LABORATORY COPORATIO | $497.00   | NOT FILED | 1803 | UNSECURED | 27 |
| 10 | LOANME               | $9,450.88 | $9,294.43 | 1749 | UNSECURED | 28 |
|    | MAKWA FINANCE        | $2,000.00 | NOT FILED |      | UNSECURED | 29 |
|    | MOUNTAIN SUMMIT FINA | $200.00   | NOT FILED | 1658 | UNSECURED | 30 |
|    | NATIONWIDE CREDIT    | $106.80   | NOT FILED | 0820 | UNSECURED | 31 |
|    | OB GYN PLACE ARCADIA | $36.51    | NOT FILED | 5932 | UNSECURED | 32 |
| 12 | ONEMAIN              | $1,108.00 | $1,170.06 | 6803 | UNSECURED | 33 |
|    | PREMIER FAMILY MEDIC | $13.30    | NOT FILED | 7215 | UNSECURED | 34 |
|    | PREMIER FAMILY MEDIC | $10.00    | NOT FILED | 3850 | UNSECURED | 35 |
|    | PREMIER FAMILY MEDIC | $20.00    | NOT FILED | 9424 | UNSECURED | 36 |
|    | PREMIER FAMILY MEDIC | $202.32   | NOT FILED | 6764 | UNSECURED | 37 |

**NOTICE OF INTENT TO PAY CLAIMS - Continued**

**6:21-bk-15024-WJ**

```
         PREMIER FAMILY MEDIC          $13.30      NOT FILED    7215 UNSECURED            38
         RAUL AND REBECCA GUT      $25,200.00      NOT FILED         UNSECURED            39
         SPEEDYCASH                 $2,965.00      NOT FILED    4211 UNSECURED            40
   14    LVNV FUNDING LLC           $1,753.00      $1,753.84    4998 UNSECURED            41
   15    JEFFERSON CAPITAL SY         $299.00        $346.27    1475 UNSECURED            42
         TARGET CASH NOW            $2,000.00      NOT FILED         UNSECURED            43
         THE LOAN SMITH               $659.55      NOT FILED    6800 UNSECURED            44
         UCLA MEDICAL GROUP P          $49.26      NOT FILED    7319 UNSECURED            45
   11    PINK DOGWOOD 13 LLC        $5,857.00      $5,784.45    2367 UNSECURED            46
         UPGRADE, INC.              $4,692.00      NOT FILED    6491 UNSECURED            47
         UPROVA CREDIT                $300.00      NOT FILED    3894 UNSECURED            48
   13    UPSTART NETWORK            $9,196.00      $9,890.30    7952 UNSECURED            49
         ZOCA LOANS                   $700.00      NOT FILED         UNSECURED            50
   06    PINK DOGWOOD 13 LLC    NOT SCHEDULED      $1,770.77    9989 UNSECURED            51
   07    PINK DOGWOOD 13 LLC    NOT SCHEDULED        $990.55    8735 UNSECURED            52
   08    PINK DOGWOOD 13 LLC    NOT SCHEDULED      $2,034.96    5918 UNSECURED            53
   18    CAPITAL ONE AUTO FIN    PAID OUTSIDE   PAID OUTSIDE    4709 SECURED              54
   17    ONEMAIN FINANCIAL GR      SURRENDERED     SURRENDERED  2484 SECURED              55
   16    REAL TIME RESOLUTION    PAID OUTSIDE   PAID OUTSIDE    8777 SECURED              56
   19    NEWREZ LLC              PAID OUTSIDE   PAID OUTSIDE    4549 SECURED              57
         LOANME, INC.           NOT SCHEDULED          $0.00    3018 UNSECURED            58
         LOANME, INC.           NOT SCHEDULED   PAID OUTSIDE    3018 UNSECURED            58
   17    ONEMAIN FINANCIAL GR   NOT SCHEDULED     $16,271.11    2484 UNSECURED            59
         LAW OFFICES OF GILBE   NOT SCHEDULED          $0.00         ATTORNEY FEE - WJ    60
                     TOTAL:     $109,013.48     $58,685.44
```

ABOVE "TOTALS" DO NOT INCLUDE "SURRENDERED" OR "PAID OUTSIDE" CLAIMS. IF YOU BELIEVE YOU DO NOT OWE ONE OR MORE OF THE CLAIMS LISTED ABOVE, DO NOT CALL THE TRUSTEE, CALL YOUR ATTORNEY. THE TRUSTEE CANNOT GIVE LEGAL ADVICE. IF YOU DO NOT TIMELY FILE AND SERVE AN OBJECTION TO THE CLAIM(S) IN ACCORDANCE WITH BANKRUPTCY LAW, THE TRUSTEE IS UNDER A COURT ORDER TO PAY ALL CLAIMS, EXCEPT THOSE LISTED AS "NOT FILED," "PAID OUTSIDE" OR "NOTICE ONLY."

_Rod Danielson, Chapter 13 Trustee_

DECLARATION RE VERIFICATION OF CLAIMS REGISTER

I declare under penalty of perjury as follows:

1. That I am a citizen of the United States of America, I am over the age of 18 years, and not a party to the within matter.

2. I am employed by Rod Danielson, Chapter 13 Trustee in this case, and by virtue of that employment I am qualified to identify and interpret the records and documents typically prepared and maintained in the ordinary course of a Chapter 13 case.

Dated: 07/05/2023

VICTOR ZEPEDA                                      _Victor Zepeda_
Type or Print Name                                  Victor Zepeda

**NOTICE OF INTENT TO PAY CLAIMS - Continued**

**6:21-bk-15024-WJ**

PROOF OF SERVICE

I declare under penalty of perjury that I am employed by Rod Danielson, Chapter 13 Trustee: I am over 18 years of age and I mailed copies of the Notice of Intent to Pay Claims, and Declaration in support thereof, on the parties set forth below.

| | |
|---|---|
| JOSE L GRANADOS<br>6158 ROYAL DIAMOND CT<br>CORONA, CA  92880 | LAW OFFICES OF GILBERT A DIAZ, JR<br>3685 MAIN ST, STE 325<br>RIVERSIDE, CA  92501 |

Executed on 07/05/2023 at Riverside, California.

VICTOR ZEPEDA
Type or Print Name

*Victor Zepeda* (signature)