ROD DANIELSON
CHAPTER 13 TRUSTEE
3787 University Avenue
Riverside, CA 92501
Tel.: (951) 826-8000
Fax: (951) 826-8090

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| | |
|---|---|
| IN RE:<br><br>JOSE L GRANADOS<br>VICTORIA ANN GUTIERREZ VAUGHN<br>6158 ROYAL DIAMOND CT<br>CORONA, CA 92880<br><br>Debtor(s). | Case No.: 6:21-bk-15024-WJ<br><br>NOTICE OF INTENT TO PAY CLAIMS<br>(Change of Creditor Address) |

NOTICE IS HEREBY GIVEN TO DEBTOR(S) AND COUNSEL, IF ANY, AND OTHER PARTIES IN INTEREST, that the Trustee has been notified that the below listed creditor has changed its address. The Trustee intends to pay claims of the following Creditor at the new address listed below unless objection is made to the Clerk of the Court at 3420 Twelfth Street, Riverside, CA 92501 AND to the Chapter 13 Trustee at the above address, by the Debtor(s), Creditor or any other party in interest.

| PREVIOUS ADDRESS | NEW ADDRESS |
|---|---|
| LOANME<br>11171 MILL VALLEY RD<br>OMAHA, NE 68154 | LOANME<br>PO BOX 465<br>DUBLIN, OH 43017 |

**THE ABSENCE OF A PROPERLY SERVED, WRITTEN OBJECTION FILED WITH THE COURT, IS DEEMED AN APPROVAL BY THE DEBTOR(S), CREDITOR AND OTHER PARTIES IN INTEREST TO PAYMENT OF CLAIM(S) AS LISTED ABOVE.**

Dated: 08/09/2023    _____
                     Rod Danielson, Chapter 13 Trustee

FG:011 - VZ    28

**ROD DANIELSON
CHAPTER 13 TRUSTEE**
**3787 University Avenue**
**Riverside, CA 92501**
**Tel.: (951) 826-8000**
**Fax: (951) 826-8090**

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| | |
|---|---|
| IN RE: | Case No.: 6:21-bk-15024-WJ |
| **JOSE L GRANADOS** **VICTORIA ANN GUTIERREZ VAUGHN** **6158 ROYAL DIAMOND CT** **CORONA, CA 92880** | CHAPTER 13 |
| Debtor(s). | |

PROOF OF SERVICE

I, Victor Zepeda, am employed by Rod Danielson, Chapter 13 Trustee. On 8/9/2023, I served a true copy of the within NOTICE OF INTENT TO PAY CLAIM on the following persons by mail:

JOSE L GRANADOS
VICTORIA ANN GUTIERREZ VAUGHN
6158 ROYAL DIAMOND CT
CORONA, CA 92880

LAW OFFICES OF GILBERT A DIAZ, JR
3685 MAIN ST, STE 325
RIVERSIDE, CA 92501

LOANME
11171 MILL VALLEY RD
OMAHA, NE 68154

LOANME
PO BOX 465
DUBLIN, OH 43017

I declare under penalty of perjury that the foregoing is true and correct.

Executed: 08/09/2023

_____
Victor Zepeda

FG:011 - VZ    28