Rod Danielson, Chapter 13 Standing Trustee
3787 University Avenue, Riverside, CA 92501
Tel. (951) 826-8000

## STATUS REPORT - CASE #6:21-bk-15024-WJ  AS OF 9/30/2023

JOSE L GRANADOS
VICTORIA ANN GUTIERREZ VAUGHN
6158 ROYAL DIAMOND CT
CORONA, CA  92880

| LAST 12 RECEIPTS | | TOTAL RECEIPTS PER MONTH - LAST 12 MONTHS | |
|---|---|---|---|
| 09/25/23 | $1,085.00 | 10/2023 | $0.00 |
| 08/29/23 | $1,085.00 | 09/2023 | $1,085.00 |
| 07/25/23 | $1,085.00 | 08/2023 | $1,085.00 |
| 06/26/23 | $1,085.00 | 07/2023 | $1,085.00 |
| 05/26/23 | $1,085.00 | 06/2023 | $1,085.00 |
| 04/21/23 | $1,085.00 | 05/2023 | $1,085.00 |
| 03/24/23 | $1,085.00 | 04/2023 | $1,085.00 |
| 02/27/23 | $1,085.00 | 03/2023 | $1,085.00 |
| 01/26/23 | $1,085.00 | 02/2023 | $1,085.00 |
| 12/23/22 | $1,085.00 | 01/2023 | $1,085.00 |
| 11/28/22 | $1,085.00 | 12/2022 | $1,085.00 |
| 10/27/22 | $1,085.00 | 11/2022 | $1,085.00 |

**CURRENT CASE DISPOSITION:** ACTIVE

| | | | |
|---|---|---|---|
| FILING DATE: | 09/21/2021 | MONTHLY PLAN PMT AMT: $1,085.00 | FEES PAID TO ATTY: $0.00 |
| 1ST MEETING DATE: | 04/06/2022 | GROSS RECEIPTS: $20,722.00 | FEES PAID TO TRUSTEE: $1,435.47 |
| CONFIRMATION DATE: | 06/26/2023 | REFUNDS FR CREDITORS: $0.00 | REFUNDS TO DEBTORS: $0.00 |
| TERM OF PLAN: | 60 MONTHS | NET PAID CREDITORS: $18,280.76 | BALANCE ON HAND: $1,005.77 |
| PERCENT TO UNSEC.: | 100.00% | | |

| CLM# | CREDITOR NAME | CREDITOR CLASS | INT% | SCHEDULED AMOUNT | CLAIMED AMOUNT | PRINCIPAL PAID | INTEREST PAID | PRINCIPAL BAL OWED |
|---|---|---|---|---|---|---|---|---|
| ATTY | LAW OFFICES OF GILBERT A DIAZ, J | ATTORNEY FEE | N/A | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0001 | ADVANCE AMERICA | UNSECURED | 0.00 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0002 | AMERIFIRS IMPR FIN/LOA | UNSECURED | 0.00 | $9,764.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0003 | BANK OF AMERICA | UNSECURED | 0.00 | $307.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0004 | CAINE & WEINER | UNSECURED | 0.00 | $159.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0005 | CAINE & WEINER | UNSECURED | 0.00 | $377.07 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0006 | CAINE AND WEINER | UNSECURED | 0.00 | $159.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0007 | CARE CREDIT | UNSECURED | 0.00 | $5,000.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0008 | CASHNET USA | UNSECURED | 0.00 | $5,008.25 | $5,008.25 | $1,562.59 | $0.00 | $3,445.66 |
| 0009 | CEP AMERICA CALIFORNIA | UNSECURED | 0.00 | $21.21 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0010 | CHASE CARD SERVICES | UNSECURED | 0.00 | $809.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0011 | CMRE FINANCIAL SERVICES | UNSECURED | 0.00 | $157.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0012 | CONTINENTAL FINANCE COMPANY | UNSECURED | 0.00 | $44.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0013 | RESURGENT CAPITAL SERVICES | UNSECURED | 0.00 | $517.00 | $507.52 | $158.35 | $0.00 | $349.17 |
| 0014 | RESURGENT CAPITAL SERVICES | UNSECURED | 0.00 | $57.00 | $205.30 | $57.22 | $0.00 | $148.08 |
| 0015 | RESURGENT CAPITAL SERVICES | UNSECURED | 0.00 | $8.00 | $190.46 | $53.09 | $0.00 | $137.37 |
| 0016 | CREDIT ONE BANK | UNSECURED | 0.00 | $8.39 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0017 | EASTLINE LENDING | UNSECURED | 0.00 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0018 | FINGERHUT | UNSECURED | 0.00 | $1,312.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0019 | FIRST PREMIER BANK | UNSECURED | 0.00 | $930.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0020 | FIRST PREMIER BANK | UNSECURED | 0.00 | $476.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0021 | FOOTHILL PSYCHOLOGICAL SERVIC | UNSECURED | 0.00 | $215.87 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0022 | QUANTUM3 GROUP LLC | UNSECURED | 0.00 | $99.00 | $137.13 | $38.22 | $0.00 | $98.91 |
| 0023 | GLOBAL GHLLC.COM | UNSECURED | 0.00 | $3,600.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0024 | GREEN PINE LENDING | UNSECURED | 0.00 | $2,126.52 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0025 | INSITE DIGESTIVE HEALTH CARE | UNSECURED | 0.00 | $149.21 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0026 | JEFFERSON CAPITAL SYSTEMS, LLC | UNSECURED | 0.00 | $3,380.04 | $3,330.04 | $1,038.98 | $0.00 | $2,291.06 |
| 0027 | LABORATORY COPORATION OF AMI | UNSECURED | 0.00 | $497.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0028 | LOANME | UNSECURED | 0.00 | $9,450.88 | $9,294.43 | $2,899.89 | $0.00 | $6,394.54 |
| 0029 | MAKWA FINANCE | UNSECURED | 0.00 | $2,000.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0030 | MOUNTAIN SUMMIT FINANCIAL | UNSECURED | 0.00 | $200.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0031 | NATIONWIDE CREDIT | UNSECURED | 0.00 | $106.80 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0032 | OB GYN PLACE ARCADIA | UNSECURED | 0.00 | $36.51 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0033 | ONEMAIN | UNSECURED | 0.00 | $1,108.00 | $1,170.06 | $365.06 | $0.00 | $805.00 |
| 0034 | PREMIER FAMILY MEDICINE | UNSECURED | 0.00 | $13.30 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0035 | PREMIER FAMILY MEDICINE | UNSECURED | 0.00 | $10.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0036 | PREMIER FAMILY MEDICINE | UNSECURED | 0.00 | $20.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0037 | PREMIER FAMILY MEDICINE | UNSECURED | 0.00 | $202.32 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0038 | PREMIER FAMILY MEDICINE | UNSECURED | 0.00 | $13.30 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0039 | RAUL AND REBECCA GUTIERRREZ | UNSECURED | 0.00 | $25,200.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0040 | SPEEDYCASH | UNSECURED | 0.00 | $2,965.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0041 | LVNV FUNDING LLC | UNSECURED | 0.00 | $1,753.00 | $1,753.84 | $547.20 | $0.00 | $1,206.64 |
| 0042 | JEFFERSON CAPITAL SYSTEMS, LLC | UNSECURED | 0.00 | $299.00 | $346.27 | $96.51 | $0.00 | $249.76 |
| 0043 | TARGET CASH NOW | UNSECURED | 0.00 | $2,000.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0044 | THE LOAN SMITH | UNSECURED | 0.00 | $659.55 | $0.00 | $0.00 | $0.00 | $0.00 |

Rod Danielson, Chapter 13 Standing Trustee
3787 University Avenue, Riverside, CA 92501
Tel. (951) 826-8000

## STATUS REPORT - CASE #6:21-bk-15024-WJ  AS OF 9/30/2023

**CONTINUED**

| CLM# | CREDITOR NAME | CREDITOR CLASS | INT% | SCHEDULED AMOUNT | CLAIMED AMOUNT | PRINCIPAL PAID | INTEREST PAID | PRINCIPAL BAL OWED |
|---|---|---|---|---|---|---|---|---|
| 0045 | UCLA MEDICAL GROUP PATIENT PA' | UNSECURED | 0.00 | $49.26 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0046 | PINK DOGWOOD 13 LLC | UNSECURED | 0.00 | $5,857.00 | $5,784.45 | $1,804.76 | $0.00 | $3,979.69 |
| 0047 | UPGRADE, INC. | UNSECURED | 0.00 | $4,692.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0048 | UPROVA CREDIT | UNSECURED | 0.00 | $300.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0049 | UPSTART NETWORK | UNSECURED | 0.00 | $9,196.00 | $9,890.30 | $3,085.80 | $0.00 | $6,804.50 |
| 0050 | ZOCA LOANS | UNSECURED | 0.00 | $700.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0051 | PINK DOGWOOD 13 LLC | UNSECURED | 0.00 | $0.00 | $1,770.77 | $552.48 | $0.00 | $1,218.29 |
| 0052 | PINK DOGWOOD 13 LLC | UNSECURED | 0.00 | $0.00 | $990.55 | $309.06 | $0.00 | $681.49 |
| 0053 | PINK DOGWOOD 13 LLC | UNSECURED | 0.00 | $0.00 | $2,034.96 | $634.91 | $0.00 | $1,400.05 |
| 0054 | CAPITAL ONE AUTO FINANCE | SECURED | 0.00 | $27,229.00 | $26,612.78 | $0.00 | $0.00 | $0.00 |
| 0055 | ONEMAIN FINANCIAL GROUP, LLC. | SECURED | 0.00 | $16,264.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0056 | REAL TIME RESOLUTIONS INC | SECURED | 0.00 | $107,582.06 | $97,985.75 | $0.00 | $0.00 | $0.00 |
| 0057 | NEWREZ LLC | SECURED | 0.00 | $426,200.00 | $414,887.68 | $0.00 | $0.00 | $0.00 |
| 0058 | LOANME, INC. | UNSECURED | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0059 | ONEMAIN FINANCIAL GROUP, LLC. | UNSECURED | 0.00 | $0.00 | $16,271.11 | $5,076.64 | $0.00 | $11,194.47 |
| 0060 | LAW OFFICES OF GILBERT A. DIAZ | ATTORNEY FEE - WJ | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | **TOTAL PRINCIPAL BALANCE OWED*:** | | | **$40,404.68** |

* THE "TOTAL PRINCIPAL BALANCE OWED" IS NOT THE AMOUNT NECESSARY TO PAY YOUR PLAN IN FULL. IT DOES NOT TAKE INTO ACCOUNT ANY BALANCE ON HAND, NOR DOES IT INCLUDE TRUSTEE'S FEES (ESTIMATED AT 11%), ACCRUING INTEREST, ANY CLAIMS THAT THE TRUSTEE IS NOT AWARE OF, OR "BASE PLAN" REQUIREMENTS. TO OBTAIN AN ESTIMATED PAYOFF BALANCE, PLEASE SUBMIT A WRITTEN REQUEST TO THE TRUSTEE.