# United States Bankruptcy Court
## Central District of California
Riverside
Wayne Johnson, Presiding
Courtroom 304 Calendar

---

**Monday, October 2, 2023**                                                  **Hearing Room    304**

<u>1:00 PM</u>
**6:21-15024**    Jose L Granados and Victoria Ann Gutierrez Vaughn           **Chapter 13**

     **#8.00**    Hrg re status conference regarding confirmation of the chapter 13 plan

            FROM: 4-4-22, 7-25-22, 9-26-22, 11-7-22, 1-24-23, 4-24-23, 6-26-23

                                  Docket      0

**Matter Notes:**

    PRESENT:

    _____

    Counsel for the Debtor(s): _____

    ( )    The status conference is concluded.

    ( )    The status conference is continued to _____.
Counsel for the debtors shall appear at the next status conference but the debtors are not required to appear.

    (X)    The status conference is continued to **12/4/23 AT 1:00 AM** [*handwritten*]
Debtors are ordered to appear at the next status conference. **IN PERSON** [*handwritten*]

    ( )    Off calendar

    ( )    _____

---

**Tentative Ruling:**

       Appearances for this hearing shall occur by video (only) using the information set forth in the scheduling order previously entered by the Court in this case on June 27, 2023 as docket #159.

## United States Bankruptcy Court
## Central District of California
Riverside
Wayne Johnson, Presiding
Courtroom 304 Calendar

**Monday, October 2, 2023**                                                            **Hearing Room 304**

**1:00 PM**
**CONT...   Jose L Granados and Victoria Ann Gutierrez Vaughn**          **Chapter 13**

| Party Information |
|---|

**Debtor(s):**

   Jose L Granados                                         Represented By
                                                                Gilbert A Diaz

**Joint Debtor(s):**

   Victoria Ann Gutierrez Vaughn             Represented By
                                                                 Gilbert A Diaz

**Trustee(s):**

   Rod Danielson (TR)                                   Pro Se