**FILED & ENTERED**

**OCT 03 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gooch    DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>JOSE L. GRANADOS and<br>VICTORIA ANN GUTIERREZ VAUGHN,<br><br>                        Debtors. | Case No.: 6:21-bk-15024-WJ<br><br>CHAPTER 13<br><br>**SCHEDULING ORDER REGARDING STATUS CONFERENCE**<br><br>Status Conference:<br>Date:   December 4, 2023<br>Time:  11:00 a.m.<br>Ctrm.:  304 |

1    On October 2, 2023 at 1:00 p.m., the Court held a status conference regarding the confirmed chapter 13 plan in this case.  No one appeared.  Accordingly, the Court hereby ORDERS as follows:

1. The status conference is hereby continued to December 4, 2023 at 11:00 a.m. Given that the attempt to hold the status conference by video was not successful, the next status conference shall occur in person (not by video) in Courtroom 304 at the United States Bankruptcy Court, Central District of California, 3420 12th Street, Riverside, California 92501.  The debtors are directed to appear in person.  Counsel for the debtors may also appear but is not required to do so.  However, counsel for the debtors shall (a) provide to the debtors a copy of this order and the entered confirmation order and (b) advise the debtors to bring both documents to the status conference.

IT IS SO ORDERED.

###

Date: October 3, 2023

Wayne Johnson
United States Bankruptcy Judge