United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 21-15024-WJ |
| Jose L Granados | Chapter 13 |
| Victoria Ann Gutierrez Vaughn | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 03, 2023 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Jose L Granados, Victoria Ann Gutierrez Vaughn, 6158 Royal Diamond Ct, Corona, CA 92880-8873 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2023          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alipt Patel | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. apatel3@aisinfo.com |
| Arvind Nath Rawal | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A., c/o AIS Portfolio Services, LP arawal@aisinfo.com |
| Austin P Nagel | on behalf of Creditor The Bank Of New York Mellon Kim.Bellanger-Smith@BonialPC.com Notices.Bonial@ecf.courtdrive.com |
| Austin P Nagel | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for The Certificateholders of the CWMBS Inc., CHL Mortgage Pass-Through Trust 2006-OA5, Mortgage Pass Through Certificates, Series 2006 Kim.Bellanger-Smith@BonialPC.com, Notices.Bonial@ecf.courtdrive.com |
| Cameron C Ridley | |

District/off: 0973-6 | User: admin | Page 2 of 2
Date Rcvd: Oct 03, 2023 | Form ID: pdf042 | Total Noticed: 1

on behalf of U.S. Trustee United States Trustee (RS) Cameron.Ridley@usdoj.gov

Cheryl A Skigin
on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. caskigin@earthlink.net, caskigin@earthlink.net

Gilbert A Diaz
on behalf of Joint Debtor Victoria Ann Gutierrez Vaughn gilbertdiaz@lawyer.com

Gilbert A Diaz
on behalf of Debtor Jose L Granados gilbertdiaz@lawyer.com

Jeffrey W Dulberg
on behalf of Creditor Bonial & Associates PC jdulberg@pszjlaw.com

Marjorie M Johnson - DECEASED -
on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. mmjesq@yahoo.com, ca.ecf@aislegaltrac.com

Rod Danielson (TR)
notice-efile@rodan13.com

Shannon Johnson
on behalf of Creditor Jefferson Capital Systems LLC shannon.johnson@jcap.com

United States Trustee (RS)
ustpregion16.rs.ecf@usdoj.gov

TOTAL: 13

**FILED & ENTERED**

OCT 03 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gooch   DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>JOSE L. GRANADOS and<br>VICTORIA ANN GUTIERREZ VAUGHN,<br><br>                  Debtors. | Case No.: 6:21-bk-15024-WJ<br><br>CHAPTER 13<br><br>**SCHEDULING ORDER REGARDING STATUS CONFERENCE**<br><br>Status Conference:<br>Date:   December 4, 2023<br>Time:   11:00 a.m.<br>Ctrm.:  304 |

- 1 -

1    On October 2, 2023 at 1:00 p.m., the Court held a status conference regarding the confirmed chapter 13 plan in this case. No one appeared. Accordingly, the Court hereby ORDERS as follows:

1. The status conference is hereby continued to December 4, 2023 at 11:00 a.m. Given that the attempt to hold the status conference by video was not successful, the next status conference shall occur in person (not by video) in Courtroom 304 at the United States Bankruptcy Court, Central District of California, 3420 12th Street, Riverside, California 92501. The debtors are directed to appear in person. Counsel for the debtors may also appear but is not required to do so. However, counsel for the debtors shall (a) provide to the debtors a copy of this order and the entered confirmation order and (b) advise the debtors to bring both documents to the status conference.

IT IS SO ORDERED.

###

Date: October 3, 2023

Wayne Johnson
United States Bankruptcy Judge